WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Matthew P. Goren

*Proposed Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
**ALL YEAR HOLDINGS LIMITED,**                              :    Case No. 21-12051 (MG)
                                                            :
                                                            :
            Debtor.                                         :
                                                            :
Fed. Tax Id. No. 98-1220822                                 :
------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY**
**HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, All Year Holdings Limited, as debtor and debtor in possession in the above-captioned chapter 11 case (collectively, the "**Parent Debtor**"), respectfully represents as follows in support of this corporate ownership statement and list of holders having a direct or indirect ownership interest in the Parent Debtor:

1. Mr. Yoel Goldman, an individual, owns 100% of the common equity interests of the Parent Debtor. During the Parent Debtor's prepetition negotiations with its secured and unsecured bondholders, the Parent Debtor issued a single Class A voting share to Mr. Assaf Ravid, as Chief Restructuring Officer, and Mr. Ephraim Diamond, as Associate Restructuring Officer

(the "**Class A Share**").  The Class A Share entitles those parties to vote on appointment or removal of the directors of the Parent Debtor, as the owner of each of its direct and indirect subsidiaries, but confers no other voting rights.  The voting rights are set to expire at 11:59 pm (British Virgin Islands time) on January 4, 2022.  The Class A Share is entitled to $1.00 upon the liquidation of the Debtor but confers no rights to participate in any dividend or other distribution of the Parent Debtor at any time.  To the best of the Parent Debtor's knowledge and belief, as of the date hereof, no other person or entity directly or indirectly owns 10% or more of the equity interests in the Parent Debtor.

2. The Parent Debtor does not, directly or indirectly, own 10% or more of any class of equity of a corporation whose securities are publicly traded.

3. A copy of the organizational chart for the Parent Debtor and its direct and indirect non-debtor subsidiaries is attached as **Exhibit A** hereto.

Dated: December 14, 2021
      New York, New York

/s/ Assaf Ravid
_____
Assaf Ravid
Chief Executive Officer and
Chief Restructuring Officer,
All Year Holdings Limited

[*Signature Page to Corporate Ownership Statement*]

# Exhibit A

## Organizational Chart

# All Year Holdings Limited (BVI) Organizational Chart of the Corporate Group:



1

# All Year Holdings Limited (BVI) Organizational Chart of the Corporate Group:



# All Year Holdings Limited (BVI) Organizational Chart of the Corporate Group:



# All Year Holdings Limited (BVI) Organizational Chart of the Corporate Group:



4