Artem Skorostensky
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
askorostensky@goodwinlaw.com

*Counsel to MREF REIT Lender 9 LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **ALL YEAR HOLDINGS LIMITED,** | : | **Case No. 21-12051 (MG)** |
| | : | |
|     **Debtor.** | : | |
| | | |
| **Fed. Tax Id. No. 98-1220822** | : | |

------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR SERVICE OF DOCUMENTS</u>

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

proceeding, as counsel to MREF REIT Lender 9 LLC "<u>Mezz Lender</u>"), and requests, pursuant to

the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") 2002, 9007 and 9010 and

section 1109(b) of the Bankruptcy Code, that all notices and pleadings given or required to be

given, and all papers served or required to be served, be given and served upon:

> Artem Skorostensky
> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York 10018
> Tel.:   212.813.8800
> Fax.:   212.355.3333
> askorostensky@goodwinlaw.com

*Counsel to MREF REIT Lender 9 LLC*

**PLEASE TAKE FURTHER NOTICE** that the undersigned consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Mezz Lender or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Mezz Lender may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: December 14, 2021
     New York, New York

Respectfully submitted,

*/s/ Artem Skorostensky*
Artem Skorostensky
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
askorostensky@goodwinlaw.com

*Counsel to MREF REIT Lender 9 LLC*

## CERTIFICATE OF SERVICE

I, Artem Skorostensky, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.

*/s/ Artem Skorostensky*
Artem Skorostensky