**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| **ALL YEAR HOLDINGS LIMITED,** | : | **Case No. 21-12051 (MG)** |
|  | : |  |
| Debtor.[1] | : |  |
|  | : |  |
| Fed. Tax Id. No. 98-1220822 | : |  |

-------------------------------------------------------------X

## SCHEDULES OF ASSETS AND LIABILITES
## FOR ALL YEAR HOLDINGS LIMITED[2]

---

[1]    The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

[2]    The Debtor reserves all rights to amend, modify, or supplement its schedules of assets and liabilities and statement of financial affairs in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the schedules and statement as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Nothing contained in the schedules and statement shall constitute a waiver of any rights with respect to the Debtor's Chapter 11 Case, including, but not limited to, issues involving equitable subordination, characterization or re-characterization of contracts, assumption or rejection of executory contracts and causes of action arising under chapter 5 of the Bankruptcy Code or any applicable non-bankruptcy laws to recover assets or avoid transfers.

**Fill in this information to identify the case:**

Debtor Name: <u>All Year Holdings Limited</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>
                                          (State)

Case number (If known): <u>21-12051 (MG)</u>

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
         Copy line 88 from *Schedule A/B* ...........................................................    | $0 |

    1b.  **Total personal property:**
         Copy line 91A from *Schedule A/B*..........................................................    | $177,780,822.10 |

    1c.  **Total of all property:**
         Copy line 92 from *Schedule A/B* ...........................................................    | $177,780,822.10 |

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D    | $10,000,000.00 |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................    | $0 |

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................    | + $663,063,178 |

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b                                                                              | $673,063,178 |

**Fill in this information to identify the case:**

Debtor name All Year Holdings Limited

United States Bankruptcy Court for the: Southern District of New York
(State)

Case number (*If known*): 21-12051 (MG)

☐ Check if this an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.
   ☒  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| | $_____ |

2. **Cash on hand**                                                                                  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*             $_____

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BANK LEUMI | CHECKING | 9600 | $4,006,703 |
| 3.2. ISRAEL DISCOUNT BANK | NIS ACCOUNT | 4214 | $14,106[1] |
| 3.3. ISRAEL DISCOUNT BANK | USD ACCOUNT | 4656 | $2,052 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $_____
   4.2. _____          $_____

5. **Total of Part 1**                                                                        $4,022,861

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐  No. Go to Part 3.
   ☒  Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

---

[1] THE VALUE OF THE DEBTOR'S INTEREST IN THE NIS ACCOUNT WAS CONVERTED FROM ILS TO USD USING THE EXCHANGE RATE FROM
DECEMBER 14, 2021.

| Debtor | All Year Holdings Limited | | |
|---|---|---|---|
| | Name | | |
| | | Case number 21-12051 (MG) | |

| 7.1. _____ | $_____ |
|---|---|

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1. D&O INSURANCE POLICY | |
|---|---|
| LLOYDS OF LONDON | $329,452.06 |
| 8.2. INTEREST & EXPENSE PREPAYMENT | |
| MISHMERET TRUST SERVICE COMPANY LTD., AS TRUSTEE FOR THE HOLDERS OF THE DEBENTURES (SERIES B) | $4,788,018.00 |
| 8.3. EXPENSE PREPAYMENT | |
| MISHMERET TRUST SERVICE COMPANY LTD., AS TRUSTEE FOR THE HOLDERS OF THE DEBENTURES (SERIES C) | $399,961.00 |
| 8.4. INTEREST & EXPENSE PREPAYMENT | |
| MISHMERET TRUST SERVICE COMPANY LTD., AS TRUSTEE FOR THE HOLDERS OF THE DEBENTURES (SERIES D) | $5,831,664.00 |
| 8.5. EXPENSE PREPAYMENT | |
| MISHMERET TRUST SERVICE COMPANY LTD., AS TRUSTEE FOR THE HOLDERS OF THE DEBENTURES (SERIES E) | $400,053.00 |
| 8.6. FEE ADVANCE | |
| KOFFSKY SCHWALB LLC | $13,337.50 |
| 8.7. FEE ADVANCE | |
| WEIL, GOTSHAL & MANGES LLP | $375,000.00 |
| 8.8. FEE ADVANCE | |
| ARCHER & GREINER PC | $25,000.00 |
| 8.9. FEE ADVANCE | |
| CONYERS, FILL & PEARMAN | 80,000.00 |

| 9.   **Total of Part 2** | $12,242,485.56 |
|---|---|
| Add lines 7 through 8. Copy the total to line 81. | |

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.   Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.   Accounts receivable**

11a. 90 days old or less:    _____  –  _____  = ........ ➜         $
                                                 face amount                              doubtful or uncollectible accounts

11b. Over 90 days old:       _____  –  _____  = ........ ➜
                                                 face amount                              doubtful or uncollectible accounts

**12.   Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                     $_____

| **Part 4:** | **Investments** |
|---|---|

**13.   Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

Debtor    <u>All Year Holdings Limited</u>                          Case number 21-12051 (MG)
          Name

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____
14.2. _____    _____    $_____


**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Entity | Debtor's Interest | Value of Debtor's Interest[2] |
|---|---|---|---|
| 15.1 | 101 Quincy LLC | **50%** | $ 1,287,313.50 |
| 15.2 | 1012 Willoughby Avenue LLC | **50%** | $ 446,276.50 |
| 15.3 | 133 Leonard LLC | **50%** | $ 3,101,250.00 |
| 15.4 | 1044 Flushing Avenue LLC | **100%** | $ 605,280.00 |
| 15.5 | 1055 Dean LLC | **100%** | $ 1,573,594.00 |
| 15.6 | 1058 Bergen Street LLC | **50%** | $ 453,393.00 |
| 15.7 | 1088 Bedford Ave LLC | **50%** | $ 532,744.50 |
| 15.8 | Gunther Apartments Corp | **100%** | $ 365,081.00 |
| 15.9 | 1136 Willoughby LLC | **100%** | $ 551,068.00 |
| 15.10 | 1159 Dean LLC | **50%** | $ 547,723.50 |
| 15.11 | 1221 Atlantic Avenue LLC | **100%** | $ 868,189.80 |
| 15.12 | 125 Leonard LLC | **50%** | $ 3,101,250.00 |
| 15.13 | 132 Havemeyer St LLC | **50%** | $ 1,423,339.31 |
| 15.14 | Bedford Living, LLC | **50%** | $ 548,198.89 |
| 15.15 | 132A Stanhope LLC | **17%** | $ 140,904.21 |
| 15.16 | The Henrica Group LLC | **100%** | $ 913,843.39 |
| 15.17 | 1358 Dekalb LLC | **50%** | $ 342,668.88 |
| 15.18 | 136 Kingsland LLC | **50%** | $ 296,429.13 |
| 15.19 | 1361 Greene LLC | **50%** | $ 678,250.00 |
| 15.20 | WWW 888 Realty Inc. | **100%** | $ 748,903.81 |
| 15.21 | 1418 Putnam Avenue LLC | **100%** | $ 548,986.71 |
| 15.22 | 1420 Putnam Avenue LLC | **100%** | $ 547,728.07 |

---

[2] THE VALUE OF THE DEBTOR'S INTERESTS IN ITS SUBSIDIARIES REFLECTS THE DEBTOR'S SHARE OF THE NET EQUITY VALUE OF THE SUBSIDARIES, WHICH HAS BEEN CALCULATED BASED ON THE DEBTOR'S MOST RECENT APPRAISAL VALUES OF THE PROPERTIES OWNED BY SUCH SUBSIDIARES AS OF JUNE 2020.

| Debtor | All Year Holdings Limited | | | |
|---|---|---|---|---|
| | Name | | Case number 21-12051 (MG) | |

| | | | | |
|---|---|---|---|---|
| 15.23 | 690 Prospect Pl LLC | **50%** | $ | 1,173,820.29 |
| 15.24 | 143 N8 C3 Realty Investors LLC | **100%** | $ | 1,294,381.38 |
| 15.25 | 145 Driggs LLC | **50%** | $ | 543,279.29 |
| 15.26 | Grove Palace LLC | **100%** | $ | 522,648.25 |
| 15.27 | Hudson View Realty LLC | **50%** | $ | 2,178,546.00 |
| 15.28 | 161 Meserole LLC | **50%** | $ | 403,557.37 |
| 15.29 | 161 Troutman LLC | **50%** | $ | 232,085.34 |
| 15.30 | 163 Troutman Realty LLC | **100%** | $ | 448,423.97 |
| 15.31 | 165 Central Avenue Realty LLC | **50%** | $ | 184,258.62 |
| 15.32 | 166 Harman Realty LLC | **100%** | $ | 560,288.39 |
| 15.33 | Harman Towers LLC | **50%** | $ | 668,747.80 |
| 15.34 | 170 Knickerbocker LLC | **50%** | $ | 247,652.38 |
| 15.35 | 189 Menahan LLC | **67%** | $ | 177,695.46 |
| 15.36 | The Troutman Residence LLC | **100%** | $ | 469,381.38 |
| 15.37 | 192 BSD Realty LLC | **50%** | $ | 337,111.53 |
| 15.38 | Ralph & Ralph Properties LLC | **50%** | $ | 923,757.59 |
| 15.39 | 198 Scholes LLC | **65%** | $ | 415,987.70 |
| 15.40 | 199 Weirfield LLC | **50%** | $ | 78,250.00 |
| 15.41 | 212-214 Grand LLC | **50%** | $ | 1,386,167.39 |
| 15.42 | 215 Himrod LLC | **50%** | $ | 277,582.78 |
| 15.43 | Dodworth Enterprise LLC | **60%** | $ | 588,000.00 |
| 15.44 | 222 Stanhope II LLC | **50%** | $ | 670,000.00 |
| 15.45 | 226 Troutman LLC | **50%** | $ | 376,072.50 |
| 15.46 | 231 Jefferson LLC | **100%** | $ | 681,983.00 |
| 15.47 | 233 Jefferson LLC | **100%** | $ | 722,145.00 |
| 15.48 | 236 Meserole LLC | **50%** | $ | 700,711.50 |
| 15.49 | 238 Troutman LLC | **75%** | $ | 601,583.25 |
| 15.50 | 239 Troutman LLC | **50%** | $ | 365,917.00 |
| 15.51 | 242 Troutman LLC | **75%** | $ | 526,670.25 |
| 15.52 | 247 Troutman LLC | **50%** | $ | 339,863.50 |
| 15.53 | 252 Grand LLC | **50%** | $ | 759,617.49 |
| 15.54 | 254 Palmetto Street LLC | **100%** | $ | 260,594.14 |

| Debtor | All Year Holdings Limited | | | Case number 21-12051 (MG) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 15.55 | 259 Evergreen Realty LLC | 100% | $ | 1,562,192.11 |
|---|---|---|---|---|
| 15.56 | 271 Metropolitan LLC | 58% | $ | 5,870,468.10 |
| 15.57 | 273 Driggs LLC | 50% | $ | 710,952.14 |
| 15.58 | 273 Skillman St LLC | 100% | $ | 773,962.45 |
| 15.59 | 274 Jefferson LLC | 50% | $ | 770,201.24 |
| 15.60 | 277 Classon LLC | 100% | $ | 1,587,034.70 |
| 15.61 | 28 Wilson LLC | 50% | $ | 375,467.97 |
| 15.62 | 283 Nostrand Ave Realty LLC | 50% | $ | 352,351.14 |
| 15.63 | 30 Driggs LLC | 50% | $ | 346,015.91 |
| 15.64 | 300 Troutman LLC | 90% | $ | 338,505.59 |
| 15.65 | 305 Grand LLC | 50% | $ | 250,477.60 |
| 15.66 | 307 Devoe LLC | 100% | $ | 1,303,451.33 |
| 15.67 | 311 Melrose LLC | 100% | $ | 738,592.99 |
| 15.68 | 335 St. Nicholas LLC | 100% | $ | 832,302.99 |
| 15.69 | 360 Decatur LLC | 67% | $ | 793,272.95 |
| 15.70 | 3609 15th Avenue LLC | 100% | $ | 578,110.28 |
| 15.71 | 3611 15th Avenue LLC | 50% | $ | 218,764.26 |
| 15.72 | 378 Lewis LLC | 100% | $ | 1,890,495.13 |
| 15.73 | 78 Havemeyer LLC | 50% | $ | 1,416,826.55 |
| 15.74 | 392 St Marks LLC | 50% | $ | 1,960,881.11 |
| 15.75 | 401 Suydam LLC | 50% | $ | 205,151.23 |
| 15.76 | Lavan Equities LLC | 50% | $ | 413,777.50 |
| 15.77 | 461 Park Place LLC | 75% | $ | 932,585.93 |
| 15.78 | 469 Park LLC | 75% | $ | 941,717.72 |
| 15.79 | 473 Park Pl LLC | 50% | $ | 627,270.99 |
| 15.80 | 48 Wilson LLC | 50% | $ | 342,579.68 |
| 15.81 | West Tremont Housing LLC | 100% | $ | 664,463.39 |
| 15.82 | 506 Dekalb LLC | 100% | $ | 1,495,902.15 |
| 15.83 | Knickerbocker St Holdings LLC | 100% | $ | 4,046,562.51 |
| 15.84 | 533 Knickerbocker LLC | 100% | $ | 167,312.50 |
| 15.85 | 54 Lewis LLC | 100% | $ | 479,639.62 |
| 15.86 | 574 Broadway LLC | 50% | $ | 706,843.34 |
| 15.87 | 57-59 Grand St LLC | 50% | $ | 1,065,648.90 |
| 15.88 | 591 Franklin LLC | 100% | $ | 1,055,671.00 |
| 15.89 | A & M Park Place Enterprises LLC | 50% | $ | 1,067,273.12 |
| 15.90 | 648 Myrtle Ave LLC | 100% | $ | 2,033,000.00 |

| Debtor | All Year Holdings Limited | | Case number 21-12051 (MG) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 15.91 | 65 Kent Mezz LLC | **100%** | $ | 2,355,000.00 |
| 15.92 | 654 Park Place LLC | **50%** | $ | 631,595.72 |
| 15.93 | 679 681 Classon Ave LLC | **50%** | $ | 459,590.65 |
| 15.94 | 69 Stockholm Realty LLC | **50%** | $ | 408,343.55 |
| 15.95 | 694 Franklin Avenue LLC | **50%** | $ | 604,562.67 |
| 15.96 | 697 Prospect Pl LLC | **100%** | $ | 829,125.35 |
| 15.97 | 71 Wilson LLC | **50%** | $ | 400,949.96 |
| 15.98 | 716 Jefferson Ave LLC | **50%** | $ | 847,368.29 |
| 15.99 | 778 Lincoln Place LLC | **50%** | $ | 559,122.79 |
| 15.100 | 79 South 6th Street LLC | **50%** | $ | 874,956.28 |
| 15.101 | 82 Jefferson LLC | **50%** | $ | 1,292,763.12 |
| 15.102 | 871 Grand LLC | **50%** | $ | 537,142.78 |
| 15.103 | 89 North LLC | **100%** | $ | 710,226.00 |
| 15.104 | Y & M Management LLC | **75%** | $ | 1,349,111.98 |
| 15.105 | 90 Wilson LLC | **100%** | $ | 556,468.13 |
| 15.106 | 916 Madison St LLC | **50%** | $ | 306,377.45 |
| 15.107 | 430 Albee Square LLC | **100%** | $ | (8,000,000.00) |
| 15.108 | Chester Holdings NY LLC | **87%** | $ | (2,073,296.88) |
| 15.109 | TLG North LLC | **33%** | $ | 7,116,500.00 |
| 15.110 | All Year Holdings LLC | **100%** | $ | 55,629,954.98 |
| 15.111 | YG WV LLC | **100%** | $ | (3,997,000.00) |
| 15.112 | Lofts on Devoe LLC | **50%** | $ | 0 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____   _____   $_____
   16.2. _____   _____   $_____

17. **Total of Part 4**                                                                    $139,053,785.55

   Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   ☒ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

Debtor    <u>All Year Holdings Limited</u>                                    Case number 21-12051 (MG)
          Name

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials**<br>_____    _____<br><span style="font-size:small">MM / DD / YYYY</span> | | $_____ | _____ | $_____ |
| **20.** **Work in progress**<br>_____    _____<br><span style="font-size:small">MM / DD / YYYY</span> | | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale**<br>_____    _____<br><span style="font-size:small">MM / DD / YYYY</span> | | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies**<br>_____    _____<br><span style="font-size:small">MM / DD / YYYY</span> | | $_____ | _____ | $_____ |

**23.** **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.

$_____

**24.** **Is any of the property listed in Part 5 perishable?**
  ☐ No.
  ☐ Yes.

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☐ No.
  ☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☐ No.
  ☐ Yes.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| **29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6**<br>_____ | $_____ | _____ | $_____ |

**33.** **Total of Part 6**

  Add lines 28 through 32. Copy the total to line 85.

$_____

Debtor    <u>All Year Holdings Limited</u>                    Case number 21-12051 (MG)
          Name

34.  **Is the debtor a member of an agricultural cooperative?**
 ☐ No.
 ☐ Yes.  Is any of the debtor's property stored at the cooperative?

      ☐ No.
      ☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
 ☐ No.
 ☐ Yes.  Book value $_____  Valuation method _____  Current value $_____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
 ☐ No.
 ☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
 ☐ No.
 ☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ☒ No. Go to Part 8.
 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40.  **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|  | $_____ | _____ | $_____ |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43.  **Total of Part 7**
                                                                          $_____
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No.
      ☐ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☐ No.
      ☐ Yes.

Debtor    <u>All Year Holdings Limited</u>                    Case number 21-12051 (MG)
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☐ Yes.

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

Debtor    <u>All Year Holdings Limited</u>                    Case number 21-12051 (MG)
        Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 735 BEDFORD AVENUE A/K/A 12 SPENCER STREET, BROOKLYN, NY 11205 | TENANT | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No.
☐ Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No.
☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | | $_____ |

**66. Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    <u>All Year Holdings Limited</u>                    Case number 21-12051 (MG)
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐  No.
☐  Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐  No.
☐  Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐  No.
☐  Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐  No. Go to Part 12.
☒  Yes. Fill in the information below.

71. **Notes receivable[3]**

| | Description (Name of Obligor) | Approximate Value of Debtor's Interest |
|---|---|---|
| 71.1 | Mercer Jordan Ventures LLC | $3,608,918.36 |
| 71.2 | JS Skillman NY LLC | $5,353,790.33 |
| 71.3 | 1044 Flushing Avenue LLC | $35,974.22 |
| 71.4 | 1055 Dean LLC | $35,600.30 |
| 71.5 | 1136 Willoughby LLC | $80,242.30 |
| 71.6 | 1221 Atlantic Avenue LLC | $38,346.11 |
| 71.7 | The Henrica Group LLC | $46,718.51 |
| 71.8 | 273 Skillman LLC | $298,621.56 |
| 71.9 | 277 Classon LLC | $29,278.49 |
| 71.10 | 307 Devoe LLC | $25,580.75 |
| 71.11 | 378 Lewis LLC | $56,755.09 |
| 71.12 | 506 Dekalb LLC | $101,524.63 |
| 71.13 | 54 Lewis LLC | $28,700.53 |
| 71.14 | 141 Spencer LLC | $507,151.61 |
| 71.15 | 1418 Putnam Avenue LLC | $26,255.82 |
| 71.16 | 1420 Putnam Avenue LLC | $23,271.19 |
| 71.17 | 143 N8 C3 Realty Investors LLC | $154,036.56 |
| 71.18 | Grove Palace LLC | $46,106.13 |
| 71.19 | 163 Troutman Realty LLC | $3,721.47 |

---

[3] THE DEBTOR HAS MADE INTERCOMPANY LOANS TO CERTAIN OF ITS SUBSIDIARIES. LOANS TO SUBSIDIARIES IN WHICH THE DEBTOR IS THE SOLE MEMBER HAVE A TOTAL OUTSTANDING BALANCE OF APPROXIMATELY $3,203,890 AND LOANS TO SUBSIDIARIES IN WHICH THE DEBTOR IS NOT THE SOLE MEMBER HAVE A TOTAL OUSTANDING BALANCE OF APPROXIMATELY $3,378,728.

Debtor    All Year Holdings Limited                                    Case number 21-12051 (MG)
          Name

| 71.20 | 166 Harman Realty LLC | $9,982.15 |
| 71.21 | 169 Graham LLC | $571,321.89 |
| 71.22 | The Troutman Residence LLC | $54,387.38 |
| 71.23 | 231 Jefferson LLC | $13,375.22 |
| 71.24 | 233 Jefferson LLC | $16,335.05 |
| 71.25 | 234-236 North 11th LLC | $55,435.39 |
| 71.26 | 254 Palmetto Street LLC | $35,010.27 |
| 71.27 | 259 Evergreen Realty LLC | $58,539.71 |
| 71.28 | 311 Melrose LLC | $19,777.64 |
| 71.29 | 3535 St. Nicholas LLC | $50,486.17 |
| 71.30 | 3609 15th Avenue LLC | $74,569.39 |
| 71.31 | West Tremont LLC | $211,089.00 |
| 71.32 | 591 Franklin LLC | $169,930.06 |
| 71.33 | 648 Myrtle Ave LLC | $202,873.13 |
| 71.34 | 65 Kent Avenue LLC | $34,322.33 |
| 71.35 | 697 Prospect Pl LLC | $47,334.05 |
| 71.36 | 90 Wilson LLC | $50,092.83 |
| 71.37 | 1000 Broadway LLC | $432,957.68 |
| 71.38 | 101 Quincy LLC | $49,241.76 |
| 71.39 | 1058 Bergen Street LLC | $12,763.87 |
| 71.40 | 1088 Bedford Ave LLC | $80,397.41 |
| 71.41 | 1159 Dean LLC | $41,825.88 |
| 71.42 | 125 Leonard LLC & 133 Leonard LLC | $37,555.09 |
| 71.43 | 132 Havemeyer St LLC | $20,269.56 |
| 71.44 | Bedford Living, LLC | $17,904.93 |
| 71.45 | 136 Kingsland LLC | $61,602.08 |
| 71.46 | 1361 Greene LLC | $48,444.17 |
| 71.47 | 690 Prospect Pl LLC | $78,287.89 |
| 71.48 | 145 Driggs LLC | $45,841.64 |
| 71.49 | 161 Meserole LLC | $11,057.06 |
| 71.50 | 161 Troutman LLC | $8,442.94 |
| 71.51 | 165 Central Avenue Realty LLC | $25,001.76 |
| 71.52 | 170 Knickebocker LLC | $1,070.67 |
| 71.53 | 188 South 3rd Street LLC | $315,083.95 |
| 71.54 | 189 Menahan LLC | $17,344.00 |
| 71.55 | 192 BSD Realty LLC | $16,244.82 |
| 71.56 | 198 Scholes LLC | $44,830.11 |
| 71.57 | 212-214 Grand LLC | $112,543.98 |

| Debtor | __All Year Holdings Limited__ | | Case number 21-12051 (MG) |
|--------|------------------|---|----------------------------|
|        | Name             |   |                            |

| | | |
|---|---|---|
| 71.58 | 215 Himrod LLC | $53,076.72 |
| 71.59 | 222 Stanhope II LLC | $39,508.08 |
| 71.60 | 226 Troutman LLC | $47,040.13 |
| 71.61 | 236 Meserole LLC | $20,267.87 |
| 71.62 | 239 Troutman LLC | $30,294.69 |
| 71.63 | 252 Grand LLC | $50,431.40 |
| 71.64 | 273 Driggs LLC | $18,676.11 |
| 71.65 | 274 Jefferson LLC | $40,631.05 |
| 71.66 | 28 Wilson LLC | $24,038.17 |
| 71.67 | 283 Nostrand Ave Realty LLC | $39,870.27 |
| 71.68 | 30 Driggs LLC | $42,484.66 |
| 71.69 | 300 Troutman LLC | $26,972.23 |
| 71.70 | 305 Grand LLC | $43,881.60 |
| 71.71 | 360 Decatur LLC | $140,780.73 |
| 71.72 | 78 Havemeyer LLC | $69,211.46 |
| 71.73 | 392 St Marks LLC | $572.89 |
| 71.74 | 401 Suydam LLC | $19,218.47 |
| 71.75 | Lavan Equities LLC | $24,946.32 |
| 71.76 | 461 Park Place LLC | $37,077.95 |
| 71.77 | 48 Wilson LLC | $30,717.21 |
| 71.78 | 527 & 531 Knickerbocker LLC | $318,836.47 |
| 71.79 | 574 Broadway LLC | $14,801.77 |
| 71.80 | 57-59 Grand St LLC | $97,647.49 |
| 71.81 | A&M Park Place Enterprises LLC | $137,068.64 |
| 71.82 | 679 - 681 Classon Avenue LLC | $50,399.01 |
| 71.83 | 69 Stockholm Street LLC | $72,198.14 |
| 71.84 | 694 Franklin Avenue LLC | $9,942.18 |
| 71.85 | 716 Jefferson Ave LLC | $54,029.53 |
| 71.86 | 778 Lincoln Place LLC | $285,378.11 |
| 71.87 | 79 South 6th Street LLC | $6,540.27 |
| 71.88 | 871 Grand LLC | $31,170.12 |
| 71.89 | 916 Madison St LLC | $32,716.38 |
| 71.90 | Evergreen Gardens I LLC | $2,197,097.00 |

$17,761,689.99 – _____ = $17,761,689.99

Total face amount          doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____   $_____

_____     Tax year _____   $_____

Debtor    <u>All Year Holdings Limited</u>                    Case number 21-12051 (MG)
      Name

| | | | | Tax year _____ | $_____ |
|---|---|---|---|---|---|

**73.** **Interests in insurance policies or annuities**

<u>Current Value of Debtor's Interest</u>

| | Insurance Company | Insurance Policy No. | |
|---|---|---|---|
| 73.1. | LLOYDS OF LONDON | B0595FD1657802021 | UNDETERMINED |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1. ALL YEAR HOLDINGS LIMITED, INDIVIDUALLY AND ON BEHALF OF LOFTS ON DEVOE LLC V. ABRAHAM GREENHUT A/K/A ABRAHAM GRUNHUT AND DEVOE RESIDENCE LLC

      UNDETERMINED

  **Nature of claim**    QUIET TITLE ACTION
  **Amount requested**   UNDETERMINED

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1. YOEL GOLDMAN, ET AL. V GRAND LIVING II, LLC, ET AL, INDEX NUMBER 518781/2020 & 503207/2021 & CASE NUMBER 19-23957 (RDD)

      $4,700,000.00

  **Nature of claim**    SETTLEMENT AGREEMENT DATED 08/30/2021
  **Amount requested**   $4,700,000.00

**76.** **Trusts, equitable or future interests in property**

| | | $_____ |
|---|---|---|

**77.** **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

| | | $_____ |
|---|---|---|
| | | $_____ |

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

      | $22,461,689.99 |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☒  No.
  ☐  Yes.

| **Part 12:** |
|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | <u>$4,022,861.00</u> | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | <u>$12,242,485.56</u> | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | <u>$0</u> | |
| **83.** **Investments.** *Copy line 17, Part 4.* | <u>$139,053,785.55</u> | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | <u>$0</u> | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | <u>$0</u> | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | <u>$0</u> | |

Debtor    <u>All Year Holdings Limited</u>
        Name

Case number 21-12051 (MG)

| | | | |
|---|---|---|---|
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | <u>$0</u> | |
| 88. | **Real property.** *Copy line 56, Part 9* ......................................................................➔ | | <u>$0</u> |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | <u>$0</u> | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | <u>$22,461,689.99</u> | |
| 91. | **Total. Add lines 80 through 90 for each column.** ......................91a. | <u>$177,780,822.10</u> ＋ 91b | <u>$0</u> |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................ | | <u>$177,780,822.10</u> |

**Fill in this information to identify the case:**

Debtor name: <u>All Year Holdings Limited</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>
(State)

Case number (If known): <u>21-12051 (MG)</u>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐  No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑  Yes. Fill in all of the information below.

Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>PILGRIM CHESTER LENDER, LLC | **Describe debtor's property that is subject to a lien**<br>DEBTOR'S 86.5% INTEREST IN CHESTER HOLDINGS NY LLC | $10,000,000.00 | $12,170,000.00[1] |
| **Creditor's mailing address**<br>360 HAMILTON AVENUE, STE 1110<br>WHITE PLAINS, NY 10601 | **Describe the lien**<br>PLEDGE OF EQUITY IN DEBTOR'S SUBSIDIARY | | |
| **Creditor's email address, if known**<br>gkatz@downtownlp.com | **Is the creditor an insider or related party?**<br>☐  No<br>☑  Yes | | |
| **Date debt was incurred** 02/26/2018<br>**Last 4 digits of account number**   _ _ _ _ | **Is anyone else liable on this claim?**<br>☐  No<br>☑  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>☑  No<br>☐  Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑  Contingent<br>☑  Unliquidated<br>☑  Disputed | | |

| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $10,000,000.00 |
|---|---|

---

[1] NO APPRAISAL OF THE PROPERTY HAS BEEN CONDUCTED; THE VALUE LISTED ABOVE REFLECTS THE PURCHASE PRICE OF THE UNDERLYING PROPERTY.

Debtor    21-12051-mg    Doc 15    Filed 12/28/21    Entered 12/28/21 22:05:30    Main Document
     All Year Holdings Limited      Pg 19 of 29    Case number 21-12051 (MG)
       Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| COOPERMAN LESTER MILLER CARUS LLP | | |
| 1129 NORTHERN BOULEVARD, SUITE 402 | Line 2.1 | ___ ___ ___ ___ |
| MANHASSET, NEW YORK 11030 | | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor: <u>All Year Holdings Limited</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>
(State)

Case number (if known): <u>21-12051 (MG)</u>

☐ Check if this is an
amended filing

# Official Form 206E/F

## Schedule E/F:  Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:  Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G:  Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?**  (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.  If the debtor has
    more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- | --- |

**2.1** **Priority creditor's name and mailing address**
_____
_____
**Date or dates debt was incurred**_____
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**_____
**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** **Priority creditor's name and mailing address**
_____
_____
**Date or dates debt was incurred**_____
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (__)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** **Priority creditor's name and mailing address**
_____
_____
**Date or dates debt was incurred**_____
**Last 4 digits of account
number** ___ ___ ___ ___
**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (___)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**_____
**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   All Year Holdings Limited                    Case number (if known) 21-12051 (MG)
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.[1]

|  | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>BLANK ROME LLP<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020<br><br>**Date or dates debt was incurred** VARIOUS<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** LEGAL FEES<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>DCP KINGS POINTS LLC<br>360 HAMILTON AVENUE, SUITE 1110<br>WHITE PLAINS, NEW YORK 10601<br><br>**Date or dates debt was incurred** 04/23/2018<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** MEZZANINE LOAN GUARANTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $3,600,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>DOWNTOWN CAPITAL PARTNERS, LLC<br>360 HAMILTON AVENUE, SUITE 1110<br>WHITE PLAINS, NEW YORK 10601<br><br>**Date or dates debt was incurred** 12/05/2018<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** PREFERRED EQUITY GUARANTY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $56,900,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>MISHMERET TRUST COMPANY LTD.<br>OF 48 DERECH MENCHAEM BEGIN<br>TEL AVIV-YAFO, ISRAEL 6618003<br><br>**Date or dates debt was incurred** 12/25/2016<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** SERIES B DEBENTURES<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | ILS 440,161,597<br>($141,941,824) |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>MISHMERET TRUST COMPANY LTD.<br>OF 48 DERECH MENCHAEM BEGIN<br>TEL AVIV-YAFO, ISRAEL 6618003<br>**Date or dates debt was incurred** 02/19/2017<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** SERIES C DEBENTURES<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | ILS 641,606,871<br>($206,903,215)[2] |

---

[1] UNSECURED CLAIM AMOUNTS FOR MISHMERET TRUST COMPANY LTD. ARE AS OF DECEMBER 13, 2021 AND WERE CONVERTED FROM ILS TO USD ON THE SAME DATE.

[2] THE SERIES C DEBENTURES WERE SECURED BY A MORTGAGE DELIVERED BY A SUBSIDIARY OF THE DEBTOR, WHICH JOINTLY OWNS A PROPERTY LOCATED IN BROOKLYN, NEW YORK, KNOWN AS THE WILLIAM VALE. THE MORTGAGE SECURED BY THE WILLIAM VALE WAS MADE IN FAVOR OF THE DEBTOR AND FURTHER SECURED BY A COLLATERAL ASSIGNMENT OF SUCH MORTGAGE IN FAVOR OF THE SERIES C DEBENTURES WHICH WAS SUBSEQUENTLY ASSIGNED IN MARCH, 2021 TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES C DEBENTURES.

Debtor   All Year Holdings Limited
         Name                                          Case number (if known) 21-12051 (MG)

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | ILS 562,912,019 ($181,525,965) |
|---|---|---|---|
| | MISHMERET TRUST COMPANY LTD. OF 48 DERECH MENCHAEM BEGIN TEL AVIV-YAFO, ISRAEL 6618003 **Date or dates debt was incurred** 06/27/2017 **Last 4 digits of account number** ___ ___ ___ ___ | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** SERIES D DEBENTURES **Is the claim subject to offset?** ☐ No ☑ Yes | |
| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | ILS 106,433,061 ($34,322,174)[3] |
| | MISHMERET TRUST COMPANY LTD. OF 48 DERECH MENCHAEM BEGIN TEL AVIV-YAFO, ISRAEL 6618003 **Date or dates debt was incurred** 02/04/2018 **Last 4 digits of account number** ___ ___ ___ ___ | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** SERIES E DEBENTURES **Is the claim subject to offset?** ☐ No ☑ Yes | |
| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
| | MREF REIT LENDER 9 LLC 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK, NY 10023 **Date or dates debt was incurred** 02/12/2019 **Last 4 digits of account number** ___ ___ ___ ___ | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** CLAIMS RELATED TO MEZZANINE LOAN **Is the claim subject to offset?** ☐ No ☑ Yes | |
| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,870,000[4] |
| | TAZ PARTNERS LLC 22 PLEASANT VALLEY RIDGE ROAD SPRING VALLEY, NEW YORK 10977 **Date or dates debt was incurred** 12/10/2020 **Last 4 digits of account number** ___ ___ ___ ___ | *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed **Basis for the claim:** CONFESSION OF JUDGMENT **Is the claim subject to offset?** ☐ No ☑ Yes | |

---

[3] PURSUANT TO THE JOINT CHAPTER 11 PLAN OF EVERGREEN GARDENS MEZZ LLC, EVERGREEN GARDENS I LLC, AND EVERGREEN GARDENS II LLC, WHICH BECAME EFFECTIVE AND WAS SUBSTANTIALLY CONSUMMATED ON DECEMBER 2, 2021, THE HOLDERS OF THE ALLOWED SERIES E BOND CLAIMS RECEIVED A DISTRIBUTION FROM EVERGREEN GARDENS II LLC ON ACCOUNT OF SUCH ALLOWED CLAIMS. THE CLAIM AMOUNT PROVIDED HEREIN REFLECTS THE SERIES E BONDHOLDERS' DEFICIENCY CLAIM AGAINST THE DEBTOR, AS A CO-OBLIGOR UNDER THE SERIES E BONDS. THE SERIES E BONDHOLDERS, HOWEVER, HAVE INDICATED THAT THEY MAY ASSERT A CLAIM AGAINST THE DEBTOR FOR ALL PRINCIPAL AND UNPAID INTEREST ON THE SERIES E BONDS.

[4] PRIOR TO THE DATE HEREOF, A CONFESSION OF JUDGMENT IN FAVOR OF TAZ PARTNERS LLC WAS UNILATERALLY ENTERED INTO BY THE YOEL GOLDMAN ON BEHALF OF THE DEBTOR.  ON DECEMBER 9, 2021, A JUDGMENT IN THE AMOUNT OF $37,870,000 IN CONNECTION WITH THAT CERTAIN CONFESSION OF JUDGMENT WAS ENTERED BY THE CLERK FOR THE KINGS COUNTY SUPREME COURT.

Debtor   All Year Holdings Limited                                      Case number (if known) 21-12051 (MG)
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | AKIN GUMP<br>ATTN: FRANK REDDICK, ESQ.<br>1999 AVENUE OF THE STARS, SUITE 600<br>LOS ANGELES, CA 90067 | LINES 3.2 & 3.3<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.2 | BLANK ROME LLP<br>ATTN: STEPHEN E. TISMAN, ESQ.<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10020 | LINE 3.1<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.3 | CHAPMAN & CUTLER LLP<br>ATTN: MICHAEL FRIEDMAN, ESQ.<br>1270 SIXTH AVENUE<br>NEW YORK, NY 10020 | LINES 3.4 THROUGH 3.7<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.4 | GOODWIN PROCTER LLP<br>ATTN: KIZZY L. JARASHOW, ESQ.<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | LINE 3.8<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |
| 4.5 | LIPSIUS-BENHAIM LAW<br>ATTN: IRA LIPSIUS, ESQ.<br>80-02 KEW GARDENS BLVD., SUITE 1030<br>KEW GARDENS, NY 11415 | LINE 3.9<br><br>☐ Not listed.  Explain _____ | ___ ___ ___ ___ |

Debtor    All Year Holdings Limited                                    Case number (if known) 21-12051 (MG)
                Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** **Total claims from Part 1** | 5a. |  | $0 |
| **5b** **Total claims from Part 2** | 5b. | + | $663,063,178 |
| **5c** **Total of Parts 1 and 2** | 5c. |  | $663,063,178 |

**Fill in this information to identify the case:**

Debtor name: <u>All Year Holdings Limited</u>

United States Bankruptcy Court for the: <u>Southern District of New York</u>
(State)

Case number (*If known*): <u>21-12051 (MG)</u>    Chapter <u>11</u>

☐ Check if this an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.  List all contracts and unexpired leases**

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE - 735 BEDFORD AVE. | 735 BEDFORD LLC (LANDLORD) |
| | | AKA 12 SPENCER ST, 3RD FLOOR, BROOKLYN, NY 11205 - TENANT | ATTN: MARK NUSSBAUM |
| | State the term remaining | TERMINATION DATE ON 05/01/2022 | 225 BROADWAY, 39TH FLOOR, NEW YORK, NY 10007 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | CRO SERVICES AGREEMENT – HIRING AGENT | CIRCLE INVESTMENTS LLC |
| | | | 245 EAST 58TH STREET |
| | State the term remaining | N/A; 30-DAYS NOTICE TO TERMINATE | NEW YORK, NEW YORK 10022 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT AGREEMENT FOR ARO SERVICES – HIRING AGENT | ARBEL CAPITAL ADVISORS LLC |
| | | | 4 WAVERLY PLACE |
| | State the term remaining | N/A; 30-DAYS NOTICE TO TERMINATE | LAWRENCE, NEW YORK 11559 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | PRIMARY DIRECTOR'S AND OFFICER'S LIABILITY INSURANCE – INSURED – POLICY NO. B0595FD165780202 | LLOYDS OF LONDON |
| | | | ATTENTION: LEGAL DEPARTMENT |
| | State the term remaining | TERMINATION DATE ON 06/17/2022 | 280 PARK AVENUE, EAST TOWER |
| | List the contract number of any government contract | | 25TH FLOOR, NEW YORK, NY 11017 |

Debtor    All Year Holdings Limited _____    Case number 21-12051 (MG)
          Name

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE AGREEMENT - RECAPITALIZATION AGREEMENT (AS AMENDED) | MERIDIAN CAPITAL GROUP LLC |
| | | | 1 BATTERY PARK PLAZA, 26TH FLOOR |
| | State the term remaining | TERMINATION DATE ON 12/24/2021 | NEW YORK, NEW YORK 10004 |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE BROKERAGE AGREEMENT – FINANCING (AS AMENDED) | MERIDIAN CAPITAL GROUP LLC |
| | | | 1 BATTERY PARK PLAZA, 26TH FLOOR |
| | State the term remaining | TERMINATION DATE ON 12/24/2021 | NEW YORK, NEW YORK 10004 |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENT | ALL YEAR MANAGEMENT LLC |
| | | | 199 LEE AVENUE, #693 |
| | State the term remaining | N/A; 90-DAYS NOTICE TO TERMINATE OR DATE THAT DEBTOR HAS NO OUTSTANDING DEBENTURES IN ISRAEL, THE EARLIER THEREOF | BROOKLYN, NEW YORK 11211 |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name: <u>All Year Holdings Limited</u></td></tr>
<tr><td>United States Bankruptcy Court for the: <u>Southern District of New York</u><br>(State)</td></tr>
<tr><td>Case number (<em>If known</em>): <u>21-12051 (MG)</u></td></tr>
</table>

☐ Check if this an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | YOEL GOLDMAN | 141 SKILLMAN STREET<br>Street<br>BROOKLYN   NY   11205<br>City   State   Zip Code | PILGRIM CHESTER LENDER, LLC; DCP KINGS POINT LLC; DOWNTOWN CAPITAL PARTNERS, LLC; MREF REIT LENDER 9 LLC; TAZ PARTNERS, LLC | ☒ D<br>☒ E/F<br>☐ G |
| 2.2 | ALL YEAR HOLDINGS LLC | 199 LEE AVENUE, #693<br>Street<br>BROOKLYN   NY   11221<br>City   State   Zip Code | DOWNTOWN CAPITAL PARTNERS, LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 | ALL YEAR HOLDINGS COMMON LLC | 199 LEE AVENUE, #693<br>Street<br>BROOKLYN   NY   11221<br>City   State   Zip Code | DOWNTOWN CAPITAL PARTNERS, LLC | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 | GREENS AT CHESTER LLC | 65 STEUBEN STREET<br>Street<br>BROOKLYN   NY   11205<br>City   State   Zip Code | PILGRIM CHESTER LENDER, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | JEHUDA LANDAU | 104 HEWES STREET<br>Street<br>BROOKLYN   NY   11249<br>City   State   Zip Code | PILGRIM CHESTER LENDER, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | SAMUEL LANDAU | 103 DIVISION AVENUE<br>Street<br>BROOKLYN   NY   11249<br>City   State   Zip Code | PILGRIM CHESTER LENDER, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.7 | CHAIM SCHWARTZ | 19 PRAG BOULEVARD, #202<br>Street<br>MONROE   NY   10950<br>City   State   Zip Code | PILGRIM CHESTER LENDER, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | CHESTER HOLDINGS NY LLC | 199 LEE AVENUE, #693<br>Street | PILGRIM CHESTER LENDER, LLC | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | All Year Holdings Limited | | | Case number 21-12051 (MG) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BROOKLYN NY 11249 | | | | |
| | | City State Zip Code | | | | |
| 2.9 | YANKIE ROCHLITZ | 26 HEYWARD STREET, 3L | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | BROOKLYN NY 11211 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.10 | LIPA MEISELS | 670 MYRTLE AVENUE, #158 | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | BROOKLYN NY 11205 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.11 | DRH CHESTER LLC | 360 HAMILTON AVENUE, SUITE 1110 | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | WHITE PLAINS NY 10601 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.12 | GARY KATZ | 360 HAMILTON AVENUE, SUITE 1110 | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | WHITE PLAINS NY 10601 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.13 | DAVID BILLET | 360 HAMILTON AVENUE, SUITE 1110 | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | WHITE PLAINS NY 10601 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.14 | ALTER BITTMAN | 43 SKILLMAN STREET, #3-B | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | BROOKLYN NY 11249 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.15 | ROLLINGS HILLS CHESTER LLC | 1407 6TH STREET | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | BROOKLYN NY 11219 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.16 | JOEL GRUNFELD | 1407 6TH STREET | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | BROOKLYN NY 11219 | | | ☐ | G |
| | | City State Zip Code | | | | |
| 2.17 | DOV TRATNER | 80-02 KEW GARDENS ROAD, SUITE 605 | | PILGRIM CHESTER LENDER, LLC | ☒ | D |
| | | Street | | | ☐ | E/F |
| | | KEW GARDENS NY 11415 | | | ☐ | G |
| | | City State Zip Code | | | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name: <u>All Year Holdings Limited</u></td></tr>
<tr><td>United States Bankruptcy Court for the: <u>Southern District of New York</u><br>(State)</td></tr>
<tr><td>Case number (<em>If known</em>):    <u>21-12051 (MG)</u></td></tr>
</table>

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

- ☑ Schedule H: Codebtors (Official Form 206H)

- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

- ☐ Amended Schedule ____

- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>12 / 28 / 2021</u>
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

<u>Assaf Ravid</u>
Printed name

<u>CEO & CRO of All Year Holdings Limited</u>
Position or relationship to debtor