AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Michael S. Stamer
David M. Zensky
Jason P. Rubin

*Counsel to the Downtown Capital Parties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **ALL YEAR HOLDINGS LIMITED** | Case No. 21-12051 (MG) |
| **Debtor.** | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Downtown Capital Partners, LLC, DCP All Year Pref Equity, LLC, DCP Kings Point, LLC and certain of their affiliates (collectively, the "Downtown Capital Parties") hereby enter their appearance by and through their counsel, Akin Gump Strauss Hauer & Feld LLP, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code sections 342 and 1109(b), that copies of all notices given or required to be given in the above-captioned cases and all papers served or required to be served in such cases be served upon the following:

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel:    (212) 872-1000
Fax:    (212) 872-1002

Michael S. Stamer
mstamer@akingump.com
David M. Zensky
dzensky@akingump.com
Jason P. Rubin
jrubin@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of any of the Downtown Capital Parties, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding related to these cases or any case, controversy or proceedings related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions or defenses to which any of the Downtown Capital Parties may be entitled in law, in equity or otherwise, all of which rights, claims, actions and defenses are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in these cases.

| | |
|---|---|
| Date: January 7, 2022<br>New York, New York | By:*/s/Michael S. Stamer*<br>Michael S. Stamer<br>David M. Zensky<br>Jason P. Rubin<br>AKIN GUMP STRAUSS HAUER & FELD<br>One Bryant Park<br>New York, New York 10036<br>Tel:   (212) 872-1000<br>Fax:   (212) 872-1002<br>Email: mstamer@akingump.com<br>         dzensky@akingump.com<br>         jrubin@akingump.com<br><br>*Counsel to the Downtown Capital Parties* |