WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Jacqueline Marcus
Matthew P. Goren

*Proposed Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                          :        **Chapter 11**
:
**ALL YEAR HOLDINGS LIMITED,**                 :        **Case No. 21-12051 (MG)**
:
          **Debtors.**                         :
:
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of New York   )
                    )    ss.:
County of New York  )

Tyler J. Okada, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2. I caused true and correct copies of the following pleadings to be served upon the parties listed on **Exhibits A, B** and **C**, as indicated.

- Parent Debtor's Motion Pursuant to Bankruptcy Code §§ 105(a) and 363 and Bankruptcy Rule 9019 for Approval of Settlement Providing for Recapitalization of Non-Debtor All Year Equity Partners LLC **[ECF No. 25]**

- Declaration of Ephraim Diamond in Support of Parent Debtor's Motion Pursuant Bankruptcy Code §§ 105(a) and 363 and Bankruptcy Rule 9019 for Approval of Settlement Providing for Recapitalization of Non-Debtor All Year Equity Partners LLC **[ECF No. 26]**

- Order Shortening Notice With Respect to Motion of Parent Debtor Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 for Approval of Settlement Providing for Recapitalization of Non-Debtor All Year Equity Partners LLC **[ECF No. 28]**

/s/ *Tyler J. Okada*
Tyler J. Okada

Sworn to before me this
14th day of January 2022

/s/ Tanya T. Stewart
Tanya T. Stewart
Notary Public, State of New York
No. 01ST6385817
Qualified in Kings County
Commission Expires Jan 14, 2023

## Exhibit A

**(Served via E-Mail on January 14, 2022)**

ustpregion02.nyecf@usdoj.gov
shara.cornell@usdoj.gov
friedman@chapman.com
freddick@akingump.com
iral@lipsiuslaw.com
kjarashow@goodwinlaw.com
stisman@blankrome.com
askorostensky@goodwinlaw.com
rick.antonoff@blankrome.com
ilipsius@lipsiuslaw.com
elliot.moskowitz@davispolk.com
brian.resnick@davispolk.com
dantheil@akingump.com
jrubin@akingump.com
stetro@chapman.com
akrieger@chapman.com
ppretlove@kaloadvisors.com
ccaulfield@kaloadvisors.com

## Exhibit B

**(Served via Overnight Mail on January 14, 2022)**

| | |
|---|---|
| William K. Harrington<br>U.S. Department of Justice, Office of the U.S. Trustee<br>201 Varick Street, Room 1006,<br>New York, NY 10014<br>(Attn: Andrea B. Schwartz, Esq. and Shara Cornell, Esq.) | Internal Revenue Service<br>c/o US Attorney Claims Unit<br>One Saint Andrews Plaza Rm 417<br>New York, NY 10007 |
| United States Attorney's Office<br>Southern District Of New York<br>Attn.: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | Chapman & Cutler LLP<br>1270 Sixth Avenue,<br>New York, New York 10020<br>(Attn: Michael Friedman, Esq) |
| Mishmeret Trust Company Ltd.<br>Attn.: Michael Friedman<br>48 Derech Menachem Begin<br>Tel Aviv-Yafo, Israel 6618003 | Downtown Capital Partners, LLC<br>Attn.: Frank Reddick<br>360 Hamilton Avenue, Suite 1110<br>White Plains, New York 10601 |
| DCP Kings Point LLC<br>Attn.: Frank Reddick<br>360 Hamilton Avenue, Suite 1110<br>White Plains, New York 10601 | Taz Partners LLC<br>Attn.: Ira Lipsius<br>22 Pleasant Ridge Road<br>Spring Valley, New York 10977 |
| MREF REIT Lender 9 LLC<br>Attn.: Kizzy L. Jarashow<br>60 Columbus Circle, 20th Floor<br>New York, NY 10023 | Blank Rome LLP<br>Attn.: Stephen E. Tisman<br>1271 Avenue Of The Americas<br>New York, NY 10020 |

WEIL:\98457164\1\12817.0007

GOODWIN PROCTER LLP
Attn.: Artem Skorostensky
The New York Times Building
620 Eighth Avenue
New York, New York 10018

GOODWIN PROCTER LLP
Attn.: Kizzy Jarashow
The New York Times Building
620 Eighth Avenue
New York, New York 10018

Rick Antonoff, Esq.
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020

Ira S. Lipsius
LIPSIUS-BENHAIM LAW LLP
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415

Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(Attn: Elliot Moskowitz, Esq. and Brian M. Resnick, Esq.)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Attn: David Antheil, Esq. and Jason Rubin, Esq.)

CHAPMAN AND CUTLER LLP
320 South Canal Street, 27th Floor
Chicago, IL 60606
Telephone: (312) 845-3000
(Attn: Stephen R. Tetro II and Aaron M. Krieger)

**Exhibit C**

**(Served via First Class Mail on January 14, 2022)**

| | |
|---|---|
| KALO (BVI) LIMITED<br>Attn: Paul Pretlove<br>PO Box 4571<br>LM Business Centre, 4th Floor<br>Fish Lock Road<br>Road Town, Tortola (British Virgin Islands) | KALO (BVI) LIMITED<br>Attn: Charlotte Caulfield<br>PO Box 4571<br>LM Business Centre, 4th Floor<br>Fish Lock Road<br>Road Town, Tortola (British Virgin Islands) |

WEIL:\98457164\1\12817.0007