WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary Holtzer
Jacqueline Marcus
Matthew P. Goren

*Proposed Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                        :
**In re**                               :    **Chapter 11**
                                        :
**ALL YEAR HOLDINGS LIMITED,**          :    **Case No. 21-12051 (MG)**
                                        :
Debtor.[1]                              :
                                        :
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 25, 2022 AT 10:00 A.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE**, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Bankruptcy Court provided that all conferences scheduled to be held in the courthouse comprising the Manhattan Division will be conducted through Zoom for Government. All attorneys, witnesses and parties wishing to appear at, or attend, a Zoom hearing or conference must register using the Court's eCourt Appearances tool, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Pro se parties may participate in the hearing free of charge using Zoom. Further instructions for making an electronic Court Appearance and additional information on the Court's Zoom procedures can be found at https://www.nysb.uscourts.gov/content/judge-martin-glenn.

---

[1]    The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

### I. UNCONTESTED MATTER:

1. Parent Debtor's Motion Pursuant to Bankruptcy Code §§ 105(a) and 363 and Bankruptcy Rule 9019 for Approval of Settlement Providing for Recapitalization of Non-Debtor All Year Equity Partners LLC **[ECF No. 25]**

    Response Deadline:    January 21, 2022 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None.

    Related Documents:

    A.  Declaration of Ephraim Diamond in Support of Parent Debtor's Motion Pursuant Bankruptcy Code §§ 105(a) and 363 and Bankruptcy Rule 9019 for Approval of Settlement Providing for Recapitalization of Non-Debtor All Year Equity Partners LLC **[ECF No. 26]**

    B.  Parent Debtor's Motion Pursuant to Fed. R. Bankr. P. 9006(c) for Order Shortening Notice with Respect to the Parent Debtor's Motion Pursuant to Bankruptcy Code §§ 105(a) and 363 and Bankruptcy Rule 9019 for Approval of Settlement Providing for Recapitalization of Non-Debtor All Year Equity Partners LLC **[ECF No. 27]**

    C.  Order Shortening Notice with Respect to Motion of Parent Debtor Pursuant to 11 U.S.C. §§ 105(a) and 363 and Fed. R. Bankr. P. 9019 for Approval of Settlement Providing for Recapitalization of Non-Debtor All Year Equity Partners LLLC **[ECF No. 28]**

    Status:  This matter is going forward on an uncontested basis.

Dated:  January 24, 2022
        New York, New York

    /s/ *Jacqueline Marcus*
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    Gary T. Holtzer
    Jacqueline Marcus
    Matthew P. Goren

    *Proposed Attorneys for the Parent Debtor*