**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11** |
| | : | |
| **ALL YEAR HOLDINGS LIMITED,** | : | **Case No. 21-12051 (MG)** |
| | : | |
| Debtor.[1] | : | |
| | : | |
| **Fed. Tax Id. No. 98-1220822** | : | |

--------------------------------------------------------------X

### MONTHLY OPERATING REPORT FOR
### ALL YEAR HOLDINGS LIMITED FOR THE PERIOD FROM
### JANUARY 1, 2022 THROUGH AND INCLUDING JANUARY 31, 2022

---

[1]    The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

# UNITED STATES BANKRUPTCY COURT

Southern  DISTRICT OF  New York

Manhattan Division

In Re. All Year Holdings Limited
§
§
§
§

Debtor(s)

Case No.  21-12051

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2022

Petition Date: 12/14/2021

Months Pending: 2

Industry Classification: | 5 | 3 | 1 | 3 |

Reporting Method:        Accrual Basis  ◉        Cash Basis  ○

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):   0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☒    Schedule of payments to professionals
☒    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Assaf Ravid

Signature of Responsible Party

02/15/2022

Date

Assaf Ravid

Printed Name of Responsible Party

12 Spencer Street, 3rd Floor, Brooklyn, New York 11205

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  All Year Holdings Limited                                                                Case No. 21-12051

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $4,022,873 | |
| b. Total receipts (net of transfers between accounts) | $115,843 | $195,793 |
| c. Total disbursements (net of transfers between accounts) | $480,680 | $480,708 |
| d. Cash balance end of month (a+b-c) | $3,658,036 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $480,680 | $480,708 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $219,649 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 | |
| d. Total current assets | $3,877,685 | |
| e. Total assets | $310,765,198 | |
| f. Postpetition payables (excluding taxes) | $1,266,440 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $1,266,440 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $564,693,178 | |
| n. Total liabilities (debt) (j+k+l+m) | $565,959,618 | |
| o. Ending equity/net worth (e-n) | $-255,194,420 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $135,199 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $135,199 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $568,632 | |
| f. Other expenses | $1,505 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $434,192 | |
| k. Profit (loss) | $-869,130 | $-1,443,750 |

UST Form 11-MOR (12/01/2021)                                2

Debtor's Name  All Year Holdings Limited                                      Case No.  21-12051

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Weil, Gotshal & Manges LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | Meridian Capital Group, LLC | Other | $0 | $0 | $0 | $0 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                              3

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | Archer & Greiner PC | Special Counsel | | $0 | $0 | $0 | $0 |
| ii | Bartov & Co. | Special Counsel | | $0 | $0 | $0 | $0 |
| iii | Koffsky Schwalb LLC | Special Counsel | | $0 | $0 | $0 | $0 |
| iv | Conyers Dill & Pearman | Special Counsel | | $0 | $0 | $0 | $0 |
| v | Herrick, Feinstein LLP | Special Counsel | | $0 | $0 | $0 | $0 |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

UST Form 11-MOR (12/01/2021)                                    5

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name All Year Holdings Limited                                                          Case No. 21-12051

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ●  No ○ |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○  No ● |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:        Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

Debtor's Name  All Year Holdings Limited                                                                 Case No.  21-12051

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Assaf Ravid                                                          Assaf Ravid
_____                         _____
Signature of Responsible Party                               Printed Name of Responsible Party

CEO & CRO of All Year Holdings Limited           02/15/2022
_____                         _____
Title                                                                     Date

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051



PageThree



PageFour

| All Year Holdings Limited | | Case No. 21-12051 (MG) | | | |
|---|---|---|---|---|---|
| Debtor | | Reporting Period: January 1, 2022- January 31, 2022 | | | |

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

**BANK  ACCOUNTS**

| ACCOUNT NUMBER (LAST 4) | Bank Leumi Acct# 9600 | Israel Discount Bank acct# 4214 | Israel Discount Bank acct# 4656 | | CURRENT MONTH ACTUAL |
|---|---|---|---|---|---|
| CASH BEGINNING  AS OF PETITION | 4,006,704 | 14,120 | 2,049 | | 4,022,873 |
| RECEIPTS | | | | | |
| Insurance refunds | 17,343 | | | | 17,343 |
| Cash from subsidiaries | 98,500 | | | | 98,500 |
| | | | | | |
| TOTAL  RECEIPTS | 115,843 | - | - | | 115,843 |
| DISBURSEMENTS | | | | | |
| Inter-company loans | 206,675 | | | | 206,675 |
| General & administrative expenses | 272,501 | | | | 272,501 |
| Bank fees | 1,002 | 87 | 40 | | 1,129 |
| TOTAL  DISBURSEMENTS | 480,178 | 87 | 40 | | 480,305 |
| | | | | | |
| NET CASH FLOW | (364,334) | (87) | (40) | | (364,461) |
| Loss from exchange rate[1] | | (376) | | | (376) |
| | | | | | |
| CASH – END OF MONTH | 3,642,370 | 13,657 | 2,009 | | 3,658,036 |

[1] The funds in the Debtor's bank account with Israel Discount Bank (acct #4214), which are denominated in NIS and have been converted to USD, were subject to currency fluctuations during the reporting period. The loss from exchange rate reflects the decrease in USD of the account balance as a result of such fluctuation.

**In re** All Year Holdings Limited

**Debtor**

Case No. 21-12051 (MG)

Reporting Period: January 1, 2022- January 31, 2022

**STATEMENT OF OPERATIONS**  (Income Statement)

| REVENUES | MONTH | CUMULATIVE  -FILING TO DATE |
|---|---|---|
| **OTHER INCOME AND EXPENSES** | | |
| Interest Income & Insurance refund | 135,199 | 304,557 |
| Bank fees and Loss from exchange rate | (1,505) | (1,505) |
| Other Expense | (568,632) | (883,060) |
| Net Profit (Loss) Before Reorganization Items | (434,938) | (580,008) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees[1] | (433,942) | (863,492) |
| U. S. Trustee Quarterly Fees | (250) | (250) |
| Total Reorganization Expenses | (434,192) | (863,742) |
| Income Taxes | - | - |
| Net Profit (Loss) | (869,130) | (1,443,750) |

[1] The amount of Professional Fees is based solely on internal budgets and estimates. No amounts have been or will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case until an order is entered by the Bankruptcy Court approving such amounts on an interim or final basis.

**In re** All Year Holdings Limited        Case No. <u>21-12051 (MG)</u>

**Debtor**        Reporting Period: <u>January 1, 2022- January 31, 2022</u>

**BALANCE SHEET**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Cash & cash equivalents | 3,658,036 | 4,022,873 | 4,022,873 |
| Restricted Cash | | | - |
| Prepayments | 12,010,253 | 12,067,239 | 11,964,046 |
| Other receivable | 22,777,129 | 22,551,098 | 22,461,690 |
| | | | |
| *TOTAL CURRENT ASSETS* | 38,445,418 | 38,641,210 | 38,448,609 |
| *NON- CURRENT ASSETS* | | | |
| OTHER ASSETS | 272,319,780 | 272,319,780 | 272,319,780 |
| | | | |
| *TOTAL PROPERTY & EQUIPMENT* | 272,319,780 | 272,319,780 | 272,319,780 |
| | | | |
| *TOTAL ASSETS* | 310,765,198 | 310,960,990 | 310,768,389 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF CURRENT REPORTING MONTH | |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Post petition)* | | | |
| Professional Fees[1] | 863,492 | 429,550 | |
| Account payable | 402,948 | 163,552 | - |
| *TOTAL POST-PETITION LIABILITIES* | 1,266,440 | 593,102 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Bonds | 564,693,178 | 564,693,178 | 564,693,178 |
| *TOTAL LIABILITIES* | 565,959,618 | 565,286,280 | 564,693,178 |
| *OWNERS' EQUITY* | | | |
| *NET OWNERS' EQUITY* | (255,194,420) | (254,325,290) | (253,924,789) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 310,765,198 | 310,960,990 | 310,768,389 |

[1] The amount of Professional Fees is based solely on internal budgets and estimates. No amounts have been or will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case until an order is entered by the Bankruptcy Court approving such amounts on an interim or final basis.

In re All Year Holdings Limited                                    Case No. 21-12051 (MG)
    **Debtor**                                            Reporting Period: January 1, 2022- January 31, 2022

### STATUS OF POST-PETITION TAXES

*The Debtor is a pass-through entity for tax purposes and therefore has no tax liability to report.

### SUMMARY OF UNPAID POST-PETITION DEBTS

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Professional Fees[1] | 433,942 | 429,550 | | | - | 863,492 |
| Account payable | 239,396 | 163,552 | - | - | - | 402,948 |
| | | | | | | |
| **Total Post-petition Debts** | 673,337 | 593,102 | - | - | - | 1,266,440 |

[1] The amount of Professional Fees is based solely on internal budgets and estimates. No amounts have been or will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case until an order is entered by the Bankruptcy Court approving such amounts on an interim or final basis.

**In re** All Year Holdings Limited

**Debtor**

**Case No.** 21-12051 (MG)

**Reporting Period:** January 1, 2022- January 31, 2022

### NOTE RECEIVABLE

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 17,851,098 |
| Plus: Amounts billed during the period | 130,241 |
| Less: Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | 17,981,339 |

(*) Amounts collected do not include the security

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 130,241 | 89,408 | | 17,761,690 | 17,981,339 |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |

**In re** All Year Holdings Limited

**Debtor**

**Case No.** 21-12051 (MG)

**Reporting Period:** January 1, 2022- January 31, 2022

### PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Assaf Ravid | Payroll & Expenses | $75,000.00 | $75,000.00 |
| Ephraim Diamond | Payroll & Expenses | $50,400.00 | $50,400.00 |
| Yizhar Shimoni | Payroll & Expenses | $87,940.89 | $87,940.89 |
| Shaul Schneider | Fee | $4,392.19 | $4,392.19 |
| TOTAL PAYMENTS TO INSIDERS | | $217,733.08 | $217,733.08 |

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Weil, Gotshal & Manges LLP | | - | - | | 863,492 |
| | | - | - | | |
| | | - | - | | |
| | | - | - | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | - | - | - | 863,492 |

(1) The amount of Professional Fees is based solely on internal budgets and estimates. No amounts have been or will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case until an order is entered by the Bankruptcy Court approving such amounts on an interim or final basis.

**ISRAEL DISCOUNT BANK**

```
--------------------------------------------------------------------------------

   TO ALL YEAR HOLDINGS LIMITED              BRANCH SHDEROT ROTHSCHILD    100

   ADDRESS: 277 CLASSON AVENUE BROOKLYN      ADDRESS: 76    SHD. ROTSHILD TEL AVIV - YAFO
   ACCOUNT NUMBER: 129854214    CURRENCY: ILS  PHONE: 0768053740    FAX: 0768890100
   PRIOR ACCOUNT: 61-00-948725               TEAM:            PHONE: 0768053760 0768053763


                                             TEL:  0768058144
   ACCOUNT OWNER'S INFO IS ACCURATE AS OF THIS DATE, IN CASE OF A DIFFERENCE, CONTACT THE BRANCH
--------------------------------------------------------------------------------
   confirmation of balances                         ORIGINAL        AUE005
```

RE: CONFIRMATION OF VALUE BALANCES DATED 31/01/2022

DEAR CLIENT,
WE ARE PLEASED TO DETAIL YOUR BALANCES IN YOUR CHECKING ACCOUNTS FOR THE DATE OF 31/01/2022 AS
THEY APPEAR IN THE BANK'S BOOKS. AMONG OTHER USES, THIS REPORT MAY BE USED AS CONFIRMATION FOR
INCOME TAX, AND IT IS PART OF THE SPECIAL SERVICE OUR CLIENTS RECEIVE.
NOTES: A. THIS CONFIRMATION DOES NOT INCLUDE BALANCES IN SECURITIES OR TRANSACTIONS WITH
          FINANCIAL INSTRUMENTS.
       B. A DETAILED SUMMARY OF YOUR ASSETS IN FINANCIAL INSTRUMENTS WILL BE SENT TO YOU
          SEPARATELY.
       C. THE VALUE OF YOUR FOREIGN CURRENCY BALANCES IN NIS INCLUDES INTEREST (EXCEPT FOR
          CHECKING) AND IS CALCULATED ACCORDING TO THE REPRESENTATIVE RATE FOR THE DATE OF THE
          CONFIRMATION.

| TYPE OF ACCOUNT | COLLA-TERAL | ACCOUNT NUMBER | CURR ENCY TYPE | FUND BALANCE IN THE CURRENCY OF THE ACCOUNT | ESTIMATED BALANCE IN THE CURRENCY OF THE ACCOUNT | ESTIMATED BALANCE VALUE IN NIS |
|---|---|---|---|---|---|---|
| Checking Acc | | 123 0129854214 | ILS | 43,634.68 | 43,634.68 | 43,634.68 |
| Checking F.C Acc | | 123 0129854656 | USD | 2,009.66 | 2,009.66 | 6,420.86 |



Bank Leumi USA
579 Fifth Avenue
New York, New York 10017

ALL YEAR HOLDINGS LTD
199 LEE AVE # 693
BROOKLYN NY 11211

Direct inquiries to:
800-892-5430

## Business Analysis Checking

| | |
|---|---|
| Account number | 6615719600 |
| Enclosures | 8 |
| Low balance | $3,642,369.65 |
| Average balance | $3,730,227.37 |
| Avg collected balance | $3,730,227 |

### DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 12-31 | Beginning balance | | | $4,006,703.86 |
| 01-04 | Wire Out Intl | | -29,250.00 | 3,977,453.86 |
| | 202201040002504 MAOZ EITAN LEGAL S ERVICES | | | |
| 01-04 | ' Wire Out | | -25,000.00 | 3,952,453.86 |
| | 202201040002503 KRIEGER KIM AND LE WIN LLP | | | |
| 01-04 | ' Wire Out | | -34,915.41 | 3,917,538.45 |
| | 202201040001404 IDF PROPERTIES LLC | | | |
| 01-04 | ' Wire Out | | -50,400.00 | 3,867,138.45 |
| | 202201040001403 ARBEL CAPITAL ADVI SORS | | | |
| 01-04 | ' Wire Out | | -75,000.00 | 3,792,138.45 |
| | 202201040001405 CIRCLE INVESTMENTS LLC | | | |
| 01-06 | Wire IN | 10,000.00 | | 3,802,138.45 |
| | 202201060005951 274 JEFFERSON LLC BY ALL YEAR MANAG | | | |
| 01-06 | Wire IN | 21,000.00 | | 3,823,138.45 |
| | 202201060005955 DODWORTH ENTERPRIS E LLC BY ALL YEAR | | | |



Bank Leumi USA
579 Fifth Avenue
New York, New York 10017

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 01-06 | Wire IN | 25,000.00 | | 3,848,138.45 |
| | 202201060005950 HARMAN TOWERS LLC BY ALL YEAR MANAG | | | |
| 01-06 | Wire IN | 35,000.00 | | 3,883,138.45 |
| | 202201060006103 694 FRANKLIN AVENU E LLC BY ALL YEAR | | | |
| 01-07 | ' Wire Out | | -1,750.00 | 3,881,388.45 |
| | 202201070002438 305 GRAND LLC | | | |
| 01-07 | ' Wire Out | | -2,000.00 | 3,879,388.45 |
| | 202201070002433 1418 PUTNAM AVENUE LLC | | | |
| 01-07 | ' Wire Out | | -2,500.00 | 3,876,888.45 |
| | 202201070002440 GROVE PALACE LLC | | | |
| 01-07 | ' Wire Out | | -2,500.00 | 3,874,388.45 |
| | 202201070002449 697 PROSPECT PL LL C | | | |
| 01-07 | ' Wire Out | | -3,500.00 | 3,870,888.45 |
| | 202201070002432 679 - 681 CLASSON AVENUE LLC | | | |
| 01-07 | ' Wire Out | | -4,500.00 | 3,866,388.45 |
| | 202201070002444 231 JEFFERSON LLC | | | |
| 01-07 | ' Wire Out | | -6,250.00 | 3,860,138.45 |
| | 202201070002439 28 WILSON AVENUE L LC | | | |
| 01-07 | ' Wire Out | | -6,500.00 | 3,853,638.45 |
| | 202201070002431 143 N8 C3 REALTY I NVESTORS LLC | | | |
| 01-07 | ' Wire Out | | -6,500.00 | 3,847,138.45 |
| | 202201070002441 277 CLASSON LLC | | | |
| 01-07 | ' Wire Out | | -7,700.00 | 3,839,438.45 |
| | 202201070002437 1221 ATLANTIC AVEN UE LLC | | | |
| 01-07 | ' Wire Out | | -8,250.00 | 3,831,188.45 |
| | 202201070002435 212-214 GRAND LLC | | | |
| 01-07 | ' Wire Out | | -8,500.00 | 3,822,688.45 |
| | 202201070002434 360 DECATUR LLC | | | |
| 01-07 | ' Wire Out | | -8,500.00 | 3,814,188.45 |
| | 202201070002446 54 LEWIS LLC | | | |
| 01-07 | ' Wire Out | | -9,100.00 | 3,805,088.45 |
| | 202201070002447 506 DEKALB AVENUE LLC | | | |
| 01-07 | ' Wire Out | | -9,500.00 | 3,795,588.45 |
| | 202201070002442 254 PALMETTO STREE T LLC | | | |
| 01-07 | ' Wire Out | | -10,500.00 | 3,785,088.45 |
| | 202201070002445 WEST TREMONT HOUSI NG LLC | | | |



Bank Leumi USA
579 Fifth Avenue
New York, New York 10017

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 01-07 | ' Wire Out | | -11,000.00 | 3,774,088.45 |
| | 202201070002448 648 MYRTLE AVENUE LLC | | | |
| 01-07 | ' Wire Out | | -15,000.00 | 3,759,088.45 |
| | 202201070001249 KNICKERBOCKER ST H OLDINGS LLC | | | |
| 01-07 | ' Wire Out | | -15,000.00 | 3,744,088.45 |
| | 202201070002436 57-59 GRAND STREET LLC | | | |
| 01-07 | ' Wire Out | | -20,500.00 | 3,723,588.45 |
| | 202201070002443 591 FRANKLIN AVENU E LLC | | | |
| 01-10 | Wire IN | 7,500.00 | | 3,731,088.45 |
| | 202201100005557 54 LEWIS LLC BY AL L YEAR MANAGEMENT | | | |
| 01-11 | ' Wire Out | | -7,500.00 | 3,723,588.45 |
| | 202201110001786 716 JEFFERSON AVE LLC | | | |
| 01-14 | ' Wire IN Intl | 17,343.40 | | 3,740,931.85 |
| | 202201140001669 GUEST KRIEGER LTD 61299 PLEASE PAY IN FULL | | | |
| 01-18 | Wire Out Intl | | -3,208.00 | 3,737,723.85 |
| | 202201180005918 U.S. REAL ESTATE R EPRESENTATION LTD | | | |
| 01-18 | Wire Out Intl | | -4,392.19 | 3,733,331.66 |
| | 202201180005919 SHAUL SCHNEIDER | | | |
| 01-18 | ' Wire Out | | -1,065.00 | 3,732,266.66 |
| | 202201180005921 BELKIN BURDEN GOLD MAN, LLP | | | |
| 01-18 | ' Wire Out | | -34,270.11 | 3,697,996.55 |
| | 202201180005920 IDF PROPERTIES LLC | | | |
| 01-18 | ' Wire Out | | -39,624.80 | 3,658,371.75 |
| | 202201180003520 RALPH AND RALPH PR OPERTIES LLC | | | |
| 01-18 | ' Analysis Results Chg | | -1,002.10 | 3,657,369.65 |
| | ANALYSIS ACTIVITY FOR 12/21 | | | |
| 01-26 | ' Wire Out | | -15,000.00 | 3,642,369.65 |
| | 202201260005143 CBRE VALUATION WIR E RECEIPTS 41047 RET220384 | | | |
| 01-31 | **Ending totals** | **115,843.40** | **-480,177.61** | **$3,642,369.65** |

*Thank you for banking with Bank Leumi USA*

**In Case of Errors or Questions About Your Electronic Funds Transfers:** If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, call or write us immediately at:

|                                      |                                |
|--------------------------------------|--------------------------------|
| Toll-free call within U.S.:          | 800-892-5430                   |
| Collect call from outside of U.S.:   | 917-542-2343                   |
| Address:                             | Bank Leumi USA                 |
|                                      | Attention: Banking Operations  |
|                                      | 350 Madison Avenue             |
|                                      | New York, NY 10017             |

*For personal accounts only:* We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You will be asked to provide:

- your name and account number,
- a description of the error or the transfer you are unsure about, why you believe it is an error, or why you need more information, and
- the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Your Non-Electronic Transactions (e.g., checks):** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic transactions on this statement. If any such error appears, you must notify us in writing no later than 30 days after the statement was made available to you or such other period as explained in our *Account Agreement and Privacy Notice* that governs your account. A copy of your account agreement is available to view at www.leumiusa.com/account-terms-and-fees (or a successor page).

**Overdraft Fee Information**: Overdraft fees appearing on your statement may be related to transactions that occurred during your previous statement cycle. Please refer to the Standard Overdraft Services disclosure and applicable Fee Schedule for details regarding the standard overdraft service policy, including applicable fees and terms available to view at www.leumiusa.com/account-terms-and-fees (or a successor page).

**For Personal Basic Banking Checking Accounts Only**: There is no limit to the amount of withdrawals you may make during each periodic cycle. The only fees that may be applied to your account are nonsufficient funds fees (ACH or Check only) and dormant account fees. Please refer to your Personal Basic Banking Checking Account Receipt for more information.

Bank Leumi USA® is an FDIC-insured, New York State chartered bank. Leumi and Bank Leumi are brands operated under Bank Leumi USA.

*Thank you for banking with Bank Leumi USA*