WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Jacqueline Marcus
Matthew P. Goren

*Proposed Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
**In re**                                                      :   **Chapter 11**
                                                               :
**ALL YEAR HOLDINGS LIMITED,**                                 :   **Case No. 21-12051 (MG)**
                                                               :
                    **Debtor.**[1]                             :
                                                               :
**Fed. Tax Id. No. 98-1220822**                                :
---------------------------------------------------------------X

### NOTICE OF STATUS CONFERENCE SCHEDULED
### FOR MARCH 29, 2022 AT 2:00 P.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that a status conference for All Year Holdings Limited,

as debtor and debtor in possession (the "**Parent Debtor**") in the above-referenced chapter 11 case,

will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United

States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling

Green, New York, New York 10004 (the "**Bankruptcy Court**") on **March 29, 2022, at 2:00 p.m.**

**(Prevailing Eastern Time)** (the "**Status Conference**").

            **PLEASE TAKE FURTHER NOTICE** that due to the COVID-19 pandemic,

**the Status Conference will be conducted using Zoom for Government.  Parties should not**

---

[1]     The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

**appear in person and those wishing to appear or participate at the Status Conference**

**(whether "live" or "listen only") must make an electronic appearance prior to 4:00 p.m.**

**(Eastern Time) on March 28, 2022 by using the following link:**

**https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.    Instructions for making an**

**eCourt Appearance and additional information on the Court's Zoom procedures can be**

**found at http://www.nysb.uscourts.gov/content/judge-martin-glenn.**

Dated: February 18, 2022
       New York, New York

/s/  *Matthew P. Goren*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Jacqueline Marcus
Matthew P. Goren

*Proposed Attorneys for the Parent Debtor*