Efrem Schwalb
KOFFSKY SCHWALB LLC
500 Seventh Avenue, 8th Floor
New York, New York 10018
Tel.: 646-553-1590
Email: eschwalb@koffskyschwalb.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **All Year Holdings Limited,** | **Case No. 21-12051-mg** |
| **Debtor.** | |
| **Fed. Tax Id. No. 98-1220822** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as attorneys for the debtor All Year Holdings Limited, and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following address:

Efrem Schwalb, Esq.
KOFFSKY SCHWALB LLC
Attorneys for All Year Holdings Limited
500 Seventh Avenue, 8th Floor
New York, NY 10018
Tel. No. (646) 553-1590
Fax No. (646) 553-1591
eschwalb@koffskyschwalb.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier se1vice, hand delive1y, telephone, facsimile transmission, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE, that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly rese1ved.             .

Dated: New York, New York
        March 23, 2022

                        KOFFSKY SCHWALB LLC

                        By: /s/ Efrem Schwalb
                        Efrem Schwalb
                        500 Seventh Avenue, Eight Floor
                        New York, New York  10018
                        (646) 553-1590
                        Attorneys for Debtor