UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
In re                                                        :    Chapter 11
                                                             :
ALL YEAR HOLDINGS LIMITED,                                   :    Case No. 21-12051 (MG)
                                                             :
          Debtor.[1]                                         :
                                                             :
Fed. Tax Id. No. 98-1220822                                  :
---------------------------------------------------------------X

**ORDER PURSUANT TO FED. R. BANKR. P. 9006(b) AND 9027 ENLARGING TIME
TO FILE NOTICES OF REMOVAL OF RELATED PROCEEDINGS**

Upon the motion, dated March 14, 2022 (ECF Doc. # 57) (the "Motion")[2], of All Year Holdings Limited, as debtor and debtor in possession (the "Parent Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), pursuant to Rules 9006(b) and 9027 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), for entry of an order enlarging the time within which to file notices of removal of civil actions and of related proceedings to which the Parent Debtor is a party (the "Civil Actions"), all as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief

---

[1]     The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

[2]     Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

requested in the Motion having been provided to the Notice Parties, and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Parent Debtor, its estate, its creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The time period provided by Bankruptcy Rule 9027 within which the Parent Debtor may file notices of removal of the Civil Actions is extended until the date an order is entered confirming a chapter 11 plan in the Chapter 11 Case.

3. The Parent Debtor is authorized to take all action necessary to effectuate the relief granted in this Order.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

Dated:  March 25, 2022
       New York, New York

                                                         /s/ **Martin Glenn**
                                                         MARTIN GLENN
                                                         Chief United States Bankruptcy Judge