LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone: (212) 415-8600
Facsimile: (212) 303-2754
Shalom Jacob
Stephanie Wickouski
Chelsey Rosenbloom List
Alan H. Katz

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED, | Case No. 21-12051 (MG) |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Paragraph Partners LLC, by and through its undersigned counsel, Locke Lord LLP, hereby appears in the above –captioned case and demands service of all papers filed in the above-captioned case be made upon:

> Shalom Jacob
> Locke Lord LLP
> Brookfield Place
> 200 Vesey Street, 20th Floor
> New York, NY  10281-2101
> Telephone: (212) 415-8600
> Facsimile: (212) 303-2754
> sjacob@lockelord.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes notices of any orders,

1

pleadings, motions, applications, complaints, demands, hearings, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, written or oral, and transmitted or conveyed electronically or by mail, delivery, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Demand for Service of Papers* does not confer jurisdiction over the Paragraph Partners LLC or any of its parents, subsidiaries, affiliates or related parties; does not constitute and shall not be deemed a consent to jurisdiction by the Paragraph Partners LLC or any of its parents, subsidiaries, affiliates or related parties; and does not constitute and shall not be deemed a waiver of any defense based on lack of jurisdiction by Paragraph Partners LLC or any of its parents, subsidiaries, affiliates or related parties.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Demand for Service of Papers* shall not be deemed or construed to be a waiver of any of the rights of Paragraph Partners LLC, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Paragraph Partners LLC may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 14, 2022
       New York, New York

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Shalom Jacob*
    Shalom Jacob
    Stephanie Wickouski
    Chelsey Rosenbloom List
    Alan H. Katz
    Brookfield Place
    200 Vesey Street, 20th Floor
    New York, New York 10281
    Telephone: (212) 415-8600
    Facsimile: (212) 303-2754
    sjacob@lockelord.com
    swickouski@lockelord.com
    chelsey.list@lockelord.com
    akatz@lockelord.com

*Counsel for Paragraph Partners LLC*

## CERTIFICATE OF SERVICE

    I certify that on April 14, 2022, a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Papers* was served via ECF upon all parties who receive service via ECF.

    */s/ Shalom Jacob*
    Shalom Jacob

125620694v.2