WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Jacqueline Marcus
Matthew P. Goren

*Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X
: 
In re                                                          :     Chapter 11
                                                                :
**ALL YEAR HOLDINGS LIMITED,**           :     Case No. 21-12051 (MG)
                                                                :
                           Debtor.[1]                    :
                                                                :
**Fed. Tax Id. No. 98-1220822**              :
----------------------------------------------------------X

**NOTICE OF CANCELLATION OF HEARING AND STATUS**
**CONFERENCE SCHEDULED FOR APRIL 20, 2022 AT 11:00 A.M.**

**PLEASE TAKE NOTICE** that the Zoom hearing and status conference previously scheduled for April 20, 2022 at 11:00 a.m. (Prevailing Eastern Time), before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York 10004, **has been cancelled**.

---

[1] The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

Dated: April 19, 2022
      New York, New York

                                             /s/ *Matthew P. Goren*
                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007
                                             Gary T. Holtzer
                                             Jacqueline Marcus
                                             Matthew P. Goren

                                             *Attorneys for the Parent Debtor*

WEIL:\98590665\3\12817.0007