WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Jacqueline Marcus
Matthew P. Goren

*Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                              :
In re                                                         :        **Chapter 11**
                                                              :
**ALL YEAR HOLDINGS LIMITED,**                                :        **Case No. 21-12051 (MG)**
                                                              :
              **Debtor.**[1]                                  :
                                                              :
**Fed. Tax Id. No. 98-1220822**                               :
---------------------------------------------------------------X

**NOTICE OF FILING OF FIRST QUARTERLY STATEMENT OF THE PARENT
DEBTOR REGARDING THE EMPLOYMENT OF PROFESSIONALS USED IN
THE ORDINARY COURSE OF BUSINESS DURING THE PERIOD
FROM DECEMBER 14, 2021 THROUGH MARCH 31, 2022**

        **PLEASE TAKE NOTICE** that, on December 14, 2021 (the "**Petition Date**"), All

Year Holdings Limited, as a debtor and debtor in possession (the "**Parent Debtor**") in the above-

captioned chapter 11 case, filed a voluntary case under chapter 11 of title 11 of the United States

Code in the United States Bankruptcy Court for the Southern District of New York (the

"**Bankruptcy Court**").

        **PLEASE TAKE FURTHER NOTICE** that, on February 1, 2022, the Bankruptcy

Court entered the *Order Pursuant to 11 U.S.C. §§ 105(a), 327, 328, and 330 Authorizing Parent*

*Debtor to Employ Professionals Used in Ordinary Course of Business* [ECF No. 41] (the "**OCP**

---

[1]    The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

Order"), approving, among other things, certain procedures for the Parent Debtor to retain and compensate certain professionals that the Parent Debtor and its direct and indirect non-debtor subsidiaries employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Order, attached hereto as **Exhibit 1** is a statement for the period commencing on the Petition Date through and including March 31, 2022 (the "**Reported Quarter**") setting forth: (i) the name of each Ordinary Course Professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by each Ordinary Course Professional during the Reported Quarter; (iii) all postpetition payments made to each Ordinary Course Professional to date; and (iv) a general description of the services rendered by each Ordinary Course Professional.

Dated: April 28, 2022
      New York, New York

                */s/ Matthew P. Goren*
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone:  (212) 310-8000
                Facsimile: (212) 310-8007
                Gary T. Holtzer
                Jacqueline Marcus
                Matthew P. Goren

                *Attorneys for the Parent Debtor*

## Exhibit 1

**Quarterly OCP Statement for the Reporting Period Ending March 31, 2022**

***In re All Year Holdings Limited, Chapter 11 Case No. 21-12051 (MG)*:**
**Fees and Expenses Paid to Ordinary Course Professionals During Reporting Period Ending March 31, 2022**

| Name of Professional | Fees and Expenses Paid for December | Fees and Expenses Paid for January | Fees and Expenses Paid for February | Fees and Expenses Paid for March | Total Fees and Expenses Paid for Quarterly Period | Services Performed by Professional |
|---|---|---|---|---|---|---|
| Archer & Greiner PC | $3,330.00 | $5,985.00 | $8,602.50 | $0.00 | $17,917.50 | Corporate & Litigation Legal Services |
| Bartov & Co. | $7,583.00 | $23,150.93 | $30,530.46 | $45,506.18 | $106,770.57 | Israeli Corporate & Regulatory Legal Services |
| Koffsky Schwalb LLC | $34,991.43 | $34,616.19 | $50,000.00 | $0.00 | $119,607.62 | Corporate & Litigation Legal Services |
| Conyers Dill & Pearman | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $100,000.00 | BVI Bankruptcy Legal Services |