# EXHIBIT 1

# Schreiber, Carey

| | |
|---|---|
| **From:** | Kanoff, Justin <Justin.Kanoff@weil.com> |
| **Sent:** | Friday, May 6, 2022 10:36 AM |
| **To:** | Schreiber, Carey; Marcus, Jacqueline |
| **Cc:** | jbrooks@abramsonbrooks.com; Holtzer, Gary; Goren, Matthew; EvergreenRxWeilAssociates |
| **Subject:** | RE: All Year |
| **Attachments:** | AYH Form NDA-98612719-v2.docx |

Hi Carey,

Attached please find a draft of the Company's form NDA.

Let us know of any questions or comments.

Best,
Justin



**Justin Kanoff**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Justin.Kanoff@weil.com
+1 212 310 8521 Direct
+1 646 420 0585 Mobile

---

**From:** Schreiber, Carey <CSchreiber@winston.com>
**Sent:** Friday, May 6, 2022 6:53 AM
**To:** Marcus, Jacqueline <jacqueline.marcus@weil.com>
**Cc:** jbrooks@abramsonbrooks.com; Holtzer, Gary <gary.holtzer@weil.com>; Goren, Matthew <matthew.goren@weil.com>; EvergreenRxWeilAssociates <EvergreenRxWeilAssociates@weil.com>
**Subject:** RE: All Year

Good morning.  Just following up to see when we can expect a draft of the NDA.  We'd like to get access as soon as possible.

Thanks,
Carey

### Carey D. Schreiber

**Partner**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-3547
M: +1 917-597-4625
F: +1 212-294-4700

1

Bio | VCard | Email | winston.com



**From:** Marcus, Jacqueline <jacqueline.marcus@weil.com>
**Sent:** Thursday, May 5, 2022 11:27 AM
**To:** Schreiber, Carey <CSchreiber@winston.com>
**Cc:** jbrooks@abramsonbrooks.com; Holtzer, Gary <gary.holtzer@weil.com>; Goren, Matthew <matthew.goren@weil.com>; EvergreenRxWeilAssociates <EvergreenRxWeilAssociates@weil.com>
**Subject:** Re: All Year

Let's talk at 11:30. I'll send a dial in.

> On May 5, 2022, at 10:56 AM, Schreiber, Carey <CSchreiber@winston.com> wrote:
>
> Sorry, but I've booked up a little in between. I have 15 minutes at 11:30. Then I am tied up until 3.
>
> **Carey D. Schreiber**
> **Partner**
> Winston & Strawn LLP
> 200 Park Avenue
> New York, NY 10166-4193
>
> D: +1 212-294-3547
>
> M: +1 917-597-4625
>
> F: +1 212-294-4700
>
> Bio | VCard | Email | winston.com
>
> <image001.jpg>
>
> **From:** Marcus, Jacqueline <jacqueline.marcus@weil.com>
> **Sent:** Thursday, May 5, 2022 10:50 AM
> **To:** Schreiber, Carey <CSchreiber@winston.com>
> **Cc:** jbrooks@abramsonbrooks.com; Holtzer, Gary <gary.holtzer@weil.com>; Goren, Matthew <matthew.goren@weil.com>; EvergreenRxWeilAssociates <EvergreenRxWeilAssociates@weil.com>
> **Subject:** RE: All Year
>
> Are you available at either 11:30 or 1:00 today to discuss?
>
>
> <image002.jpg>
>
> **Jacqueline Marcus**
>
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> Jacqueline.marcus@weil.com
> +1 212 310 8130 Direct
> +1 212 310 8007 Fax
> +1 917-658-6209 Mobile
>
> **From:** Schreiber, Carey <CSchreiber@winston.com>
> **Sent:** Wednesday, May 4, 2022 8:53 PM

2

**To:** Marcus, Jacqueline <jacqueline.marcus@weil.com>
**Cc:** jbrooks@abramsonbrooks.com; Holtzer, Gary <gary.holtzer@weil.com>; Goren, Matthew <matthew.goren@weil.com>; EvergreenRxWeilAssociates <EvergreenRxWeilAssociates@weil.com>
**Subject:** All Year

Jackie,

Hope all is well.  As contemplated in the Bid Protection Motion, Dkt. No. 66 (the "Motion") and Order approving the Motion, Dkt. No. 85, Zelig Weiss is considering submitting a proposal for an Alternative Transaction (as defined in the Motion) that represents a higher or better offer and would like access to the following:

- (i)  all diligence information, including access to the virtual data room, due diligence library, comprehensive offering memorandum, detailed, financial information, and property-level information regarding real estate taxes, income, and expenses, in each case referred to in the Motion, that was provided by the Debtor and its professionals to potential third-party investors who previously participated in the Marketing Process,
- (ii)  any additional diligence information that has been generated to date of the same type as in (i) above; and
- (iii)  the schedules to the Investment Agreement attached as Exhibit A to the Motion.

Mr. Weiss reserves his right to seek additional information and diligence, including site visits of the Company's properties, and discussions with among others, the Parent Debtor, to, among other things, ask diligence questions, discuss potential deal structures, and obtain assistance in formulating a bid.

Are you available tomorrow to discuss how best to facilitate?  I can make myself available from 10:30-1:30, or 3:30-6.

Regards,
Carey


**Carey D. Schreiber**
**Partner**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3547

M: +1 917-597-4625

F: +1 212-294-4700

Bio | VCard | Email | winston.com

<image003.jpg>

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.