WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary Holtzer
Jacqueline Marcus
Matthew P. Goren

*Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| ALL YEAR HOLDINGS LIMITED, | Case No. 21-12051 (MG) |
| Debtor.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 26, 2022 AT 2:00 P.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE**, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Bankruptcy Court provided that all conferences scheduled to be held in the courthouse comprising the Manhattan Division will be conducted through Zoom for Government.  All attorneys, witnesses and parties wishing to appear at, or attend, a Zoom hearing or conference must register using the Court's eCourt Appearances tool, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Pro se parties may participate in the hearing free of charge using Zoom.  Further instructions for making an electronic Court Appearance and additional information on the Court's Zoom procedures can be found at https://www.nysb.uscourts.gov/content/judge-martin-glenn.

---

[1] The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

**I.     CONTESTED MATTER:**

1. Motion of Parent Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 364, and 507 (I) Authorizing Parent Debtor to Use Escrowed Funds, (II) Providing Superpriority Administrative Expense Claim Status, and (III) Granting Related Relief **[ECF No. 92]**

   Response Deadline:  May 19, 2022 at 4:00 p.m. (Eastern Time)

   Responses Filed:

   A. Limited Objection of Zelig Weiss to Motion of Parent Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 364, and 507 (I) Authorizing Parent Debtor to Use Escrowed Funds, (II) Providing Superpriority Administrative Expense Claim Status, and (III) Granting Related Relief **[ECF No. 106]**

   Related Documents:

   B. Parent Debtor's Reply to Limited Objection of Zelig Weiss to Motion of Parent Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 364, and 507 (I) Authorizing Parent Debtor to Use Escrowed Funds, (II) Providing Superpriority Administrative Expense Claim Status, and (III) Granting Related Relief **[ECF No. 115]**

   C. Joinder of Mishmeret Trust Company Ltd. in the Parent Debtor's Reply to Limited Objection of Zelig Weiss to Motion of Parent Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105, 363, 364, and 507 (I) Authorizing Parent Debtor to Use Escrowed Funds, (II) Providing Superpriority Administrative Expense Claim Status, and (III) Granting Related Relief **[ECF No. 116]**

   D. Parent Debtor's Letter to the Court, dated May 20, 2022 **[ECF No. 108]**

   E. Zelig Weiss' Letter to the Court, dated May 23, 2022 **[ECF No. 111]**

   Status:  This matter is going forward on a contested basis.

Dated: May 25, 2022
      New York, New York

      /s/ *Matthew P. Goren*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Gary T. Holtzer
Jacqueline Marcus
Matthew P. Goren

*Attorneys for the Parent Debtor*