UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
ALL YEAR HOLDINGS LIMITED,          :    Case No. 21-12051 (MG)
:
Debtor.[1]                                       :
:
Fed. Tax Id. No. 98-1220822                 :
-------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Will Clark Farmer, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Zelig Weiss in the above-captioned case.

**I certify that I am a member in good standing** of the bar of the State of New York, and the bars of the United States District Court for the Central District of California and the United States District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 8, 2022                         Respectfully submitted,
       Los Angeles, California

                                            /s/ *Will Clark Farmer*
                                            Will Clark Farmer
                                            **PAUL HASTINGS LLP**
                                            515 South Flower Street, Twenty-Fifth Floor
                                            Los Angeles, California 90071
                                            Telephone:    (213) 683-6000
                                            Facsimile:    (213) 627-0705
                                            willfarmer@paulhastings.com

                                            *Counsel to Zelig Weiss*

---

[1]    The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.