**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
ALL YEAR HOLDINGS LIMITED, : Case No. 21-12051 (MG)
: 
Debtor.[1] : 
: 
Fed. Tax Id. No. 98-1220822 : 
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Will Clark Farmer, to be admitted *pro hac vice*, to represent Zelig Weiss in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of New York, and the bars of the United States District Court for the Central District of California and the United States District Court for the Northern District of California, it is hereby,

**ORDERED**, that Will Clark Farmer, Esq., is admitted to practice, ***pro hac vice***, in the above-captioned case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2022
         New York, New York

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE

---

[1]   The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.