WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary Holtzer
Matthew P. Goren

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
In re                                                           :    **Chapter 11**
:
**ALL YEAR HOLDINGS LIMITED,**                :    Case No. 21-12051 (MG)
:
Debtor.[1]                                                 :
:
------------------------------------------------------------X

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 19, 2022 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Bankruptcy Court provided that all conferences scheduled to be held in the courthouse comprising the Manhattan Division will be conducted through Zoom for Government. All attorneys, witnesses and parties wishing to appear at, or attend, a Zoom hearing or conference must register using the Court's eCourt Appearances tool, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Pro se parties may participate in the hearing free of charge using Zoom. Further instructions for making an electronic Court Appearance and additional information on the Court's Zoom procedures can be found at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.**

---

[1]    The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

**I.      CONTESTED MATTER:**

1. Motion of Debtor for Entry of an Order (I) Approving Proposed Disclosure Statement and the Form, Manner, and Sufficiency of Notice of the Disclosure Statement Hearing, (II) Approving the Proposed Solicitation and Voting Procedures, (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices, (IV) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures for Confirmation of the Debtor's Chapter 11 Plan, and (V) Granting Related Relief **[ECF No. 125]**

   Response Deadline:  July 5, 2022 at 5:00 p.m.

   Response Filed:

   A. Limited Objection and Reservation of Rights of Zelig Weiss to the Debtor's Motion for Entry of an Order (I) Approving Proposed Disclosure Statement and the Form, Manner, and Sufficiency of Notice of the Disclosure Statement Hearing, (II) Approving the Proposed Solicitation and Voting Procedures, (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices, (IV) Scheduling a Confirmation Hearing and Establishing Notice and Objection Procedures for Confirmation of the Debtor's Chapter 11 Plan, and (V) Granting Related Relief **[ECF No. 141]**

   Related Documents:

   B. Chapter 11 Plan of Reorganization of All Year Holdings Limited **[ECF No. 123]**

   C. Disclosure Statement for Chapter 11 Plan of Reorganization of All Year Holdings Limited **[ECF No. 124]**

   D. Notice of Hearing to Consider Approval of Disclosure Statement for Chapter 11 Plan of Reorganization of All Year Holdings Limited and Related Relief **[ECF No. 126]**

       i. Related Affidavit of Service **[ECF No. 129]**

   E. Notice of Filing of Certain Exhibits to the Disclosure Statement for Chapter 11 Plan of Reorganization of All Year Holdings Limited **[ECF No. 135]**

       ii. Related Affidavit of Service **[ECF No. 138]**

   F. Debtor's Reply in Support of Disclosure Statement and Solicitation Procedures Motion and in Response to Limited

                Objection and Reservation of Rights of Zelig Weiss **[ECF No. 149]**

      G.      Limited Reply of Mishmeret Trust Company Ltd. to Limited Objection and Reservation of Rights of Zelig Weiss **[ECF No. 150]**

      H.      Amended Disclosure Statement for Chapter 11 Plan of Reorganization of All Year Holdings Limited **[ECF No. 151]**

      I.      Notice of Filing of Amended Disclosure Statement for Chapter 11 Plan of Reorganization of All Year Holdings Limited **[ECF No. 152]**

          iii.    Related Affidavit of Service **[ECF No. 154]**

      J.      Letter from Counsel to Zelig Weiss Regarding Amended Disclosure Statement **[ECF No. 155]**

<u>Status</u>:  This matter is going forward on a contested basis.

## II.    **OTHER MATTERS**:

    1.    Adversary Proceeding No. 22-01115-MG

    <u>Related Documents</u>

      A.      Complaint for Declaratory and Injunctive Relief Pursuant to Rule 7001 Of The Federal Rules Of Bankruptcy Procedure **[Adv. Proc. ECF No. 1]**

      B.      Summons with Notice of Pre-Trial Conference **[Adv. Proc. ECF No. 2]**

      C.      Second Summons with Notice of Pre-Trial Conference **[Adv. Proc. ECF No. 4]**

<u>Status</u>:  Debtor to provide update.

Dated: July 18, 2022
      New York, New York

/s/ *Matthew P. Goren*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Gary T. Holtzer
Matthew P. Goren

*Attorneys for the Debtor*