Samuel S. Kohn
Michael Galen
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
        galen.michael@dorsey.com

*Attorneys for YYS Holdings I LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ALL YEAR HOLDINGS LIMITED, | : | Case No. 21-12051 (MG) |
|  | : |  |
| Debtor.[1] | : |  |
|  | : |  |
| Fed. Tax Id. No. 98-1220822 | : |  |
|  | : |  |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE THAT** YYS Holdings I LLC ("YYS") hereby enters its

appearances in the above-captioned chapter 11 case by and through its undersigned counsel in

accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010 and requests, as provided in 11

U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required

to be given and all papers served or required to be served in this case be given and served at the

offices, addresses, and numbers as follows:

---

[1] The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

Samuel S. Kohn
Michael Galen
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
Email:  kohn.sam@dorsey.com
          galen.michael@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively the "Filings"), whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise that affect or seek to affect in any way any rights or interests of YYS.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this notice nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of YYS: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which YYS may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated: July 21, 2022

By: */s/ Samuel S. Kohn*
Samuel S. Kohn
Michael Galen
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
Email: kohn.sam@dorsey.com
        galen.michael@dorsey.com

*Attorneys for YYS Holdings I LLC*