```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re                                                       :   Chapter 11
                                                            :
ALL YEAR HOLDINGS LIMITED,                                  :   Case No. 21-12051 (MG)
                                                            :
              Debtor.¹                                      :
                                                            :
Fed. Tax Id. No. 98-1220822                                 :
------------------------------------------------------------X
```

**AMENDED ORDER GRANTING FIRST APPLICATION OF WEIL, GOTSHAL & MANGES LLP FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS ATTORNEY FOR THE PARENT DEBTOR FOR THE PERIOD OF DECEMBER 14, 2021 THROUGH APRIL 30, 2022**

Upon consideration of the *First Application of Weil, Gotshal & Manges LLP for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Attorneys for the Parent Debtor for the Period of December 14, 2021 through April 30, 2022*, dated June 22, 2022 (ECF Doc # 134) (the "Application"); and a hearing having been held before this Court to consider the Application on August 15, 2022; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2) and in accordance with the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated February 10, 2022 (ECF Doc. # 45); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, and the Court having previously entered an order granting the Application

---

[1]    The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

(ECF Doc. # 186) (the "**Prior Order**"); and the Parent Debtor having submitted an amended order to the Court to correct a ministerial error in Schedule A to the Prior Order; and it is hereby;

**ORDERED** that the Application is granted on an interim basis to the extent set forth in **Schedule A** attached hereto.

**IT IS SO ORDERED.**

Dated:   August 24, 2022
         New York, New York

_/s/ Martin Glenn_
MARTIN GLENN
Chief United States Bankruptcy Judge

# CURRENT INTERIM FEE PERIOD
December 14, 2021 – April 30, 2022

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees Remaining to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 06/22/2022 ECF No. 134 | $2,275,329.00 | $2,274,502.50[1] | $2,274,502.50[2] | N/A | $454,239.30 | $25,989.03 | $25,989.03 |

DATE ON WHICH ORDER WAS SIGNED: August 24, 2022               INITIALS: MG USBJ

---

[1] In response to informal objections that the U.S. Trustee raised, Weil, Gotshal & Manges LLP ("**Weil**") voluntarily agreed to reduce its fees by $826.50.

[2] Pursuant to the Interim Compensation Order entered on February 10, 2022 (ECF Doc. # 45), the Debtor has already paid Weil $1,820,263.20. Pursuant to this order, the Debtor is authorized to pay Weil the amounts held back which total $454,239.30.

1