**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ALL YEAR HOLDINGS LIMITED,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 21-12051 (MG) |
| ZELIG WEISS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALL YEAR HOLDINGS LIMITED, YG WV LLC,<br><br>　　　　　Defendants, and<br><br>WYTHE BERRY MEMBER LLC,<br><br>　　　　　Nominal Defendant. | Adv. Proc. No. 22-1115 (MG) |

**ORDER REQUIRING FILING OF LETTER BRIEFS**

On or before 5:00 p.m., September 1, 2022, counsel for the Debtor, and for any other party in interest in the main case or in the adversary proceeding, shall file letter briefs not to exceed 10 pages in length, discussing what, if any, effect the developments discussed in the August 23, 2022 letter from Weil (ECF Doc. # 188) have on (i) issues and schedule concerning confirmation of the Debtor's proposed chapter 11 plan, and (ii) the motions scheduled to be heard on September 13, 2022 in the above-captioned adversary proceeding.

**IT IS SO ORDERED.**

Dated:　　August 25, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　*Martin Glenn*
　　　　　　　　　　　　　　　　　　　　　　MARTIN GLENN
　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge