ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 682-4940
Allen G. Kadish
Harrison H.D. Breakstone
Email: akadish@archerlaw.com
       hbreakstone@archerlaw.com

*Attorneys for the Parent Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **ALL YEAR HOLDINGS LIMITED,** | Case No. 21-12051 (MG) |
| Debtor.[1] | |

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REGARDING PARENT DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 105
AND FED. R. BANKR. P. 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT
WITH EGM PLAN ADMINISTRATOR AND MREF REIT LENDER 9 LLC**

TO THE HONORABLE MARTIN GLENN,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

    Pursuant to 28 U.S.C. § 1746 and Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), the undersigned hereby certifies as follows:

    1.    On August 4, 2022, All Year Holdings Limited, as a debtor and debtor in possession in the above-captioned chapter 11 case (the "**Parent Debtor**"), filed the *Parent Debtor's Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement with EGM Plan Administrator and MREF REIT Lender 9 LLC* [Docket No. 171] (the "**Motion**").

---

[1] The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

2.      The deadline for parties to object or file responses to the Motion was August 23, 2022 at 4:00 p.m. (Prevailing Eastern Time) (the "**Objection Deadline**").  Local Bankruptcy Rule 9075-2 provides that a motion or application may be granted without a hearing, provided that no objections or other responsive pleadings have been filed or served before 48 hours after the relevant objection deadline and the attorney for the entity who filed the pleadings complies with certain procedural and notice requirements.

3.      The Objection Deadline has passed and, to the best of my knowledge, no objection, responsive pleading, or request for a hearing with respect to the Motion has been (a) filed with the Court on the docket of the above-captioned chapter 11 case or (b) served on counsel to the Parent Debtor.

4.      Accordingly, the Parent Debtor respectfully requests that the Proposed Order granting the relief requested in the Motion, annexed hereto as **Exhibit A** (which is substantially the same as that filed with and annexed to the Motion as Exhibit C), be entered in accordance with Local Bankruptcy Rule 9075-2.

I declare the foregoing is true and correct.

Dated:  New York, New York            ARCHER & GREINER, P.C.
        August 25, 2022
                                      By: _____
                                          Allen G. Kadish
                                          Harrison H.D. Breakstone
                                      1211 Avenue of the Americas, Suite 2750
                                      New York, New York 10036
                                      Tel:  (212) 682-4940
                                      Email: akadish@archerlaw.com
                                             hbreakstone@archerlaw.com

                                      *Attorneys for the Parent Debtor*

225493570v1

2