

Brookfield Place, 200 Vesey Street
20th Floor
New York, NY 10281-2101
Telephone:  212-415-8600
Fax:  212-303-2754
www.lockelord.com

Shalom Jacob
Direct Telephone:  212-415-8618
sjacob@lockelord.com

September 1, 2022

Via Email and ECF

Honorable Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:   *In re All Year Holdings Limited, Chapter 11 Case No. 21-12051 (MG)*

Dear Chief Judge Glenn:

We represent Paragraph Partners LLC ("Paragraph").

As we were preparing a response pursuant to the Court's August 25, 2022 Order requesting letter briefs by September 1, 2022 discussing the impact of the developments discussed in the Debtor's August 23, 2022 letter, we received the Debtor's August 31, 2022 letter (ECF Doc. #200; the "August 31 Letter").

We have had only a brief opportunity to review the August 31 Letter.  Paragraph disagrees with a number of the statements and legal conclusions in the Debtor's letters.  For example, Paragraph does not agree that the Mortgage Loan Purchase and Sale Agreement (the "MLPSA") has been "terminated according to its terms." At the insistence of Mishmeret Trust Company, Ltd. ("Mishmeret"), the MLPSA provides that it is to be governed by Israeli law. Paragraph asserts that the MPLSA has not been terminated, whether applying the law of the U.S. or Israel; however the status of the MLPSA is a matter to be determined under Israeli law and pursuant to the procedure provided for in the MLPSA.  Furthermore, the parties have not "failed to close" the mortgage loan purchase and sale transaction. Rather, Mishmeret has breached its obligations under the MLPSA, as a result of which Paragraph has not yet become obligated to close. Paragraph remains willing and eager to close once Mishmeret honors its obligations.

Having just received the August 31 Letter, Paragraph respectfully requests a reasonable opportunity to respond.  Accordingly, we request that the Court allow Paragraph an additional three (3) business days after September 1, 2022 in order to respond more fully to the August 31 Letter.

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

128954367v.3

Honorable Martin Glenn
Chief United States Bankruptcy Judge
September 1, 2022
Page 2

Thank you for your consideration.

Respectfully submitted,

Shalom Jacob