**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **ALL YEAR HOLDINGS LIMITED,** | : | **Case No. 21-12051 (MG)** |
| **Debtor.**[1] | : | |
| **Fed. Tax Id. No. 98-1220822** | : | |

**HAARETZ AFFIDAVIT OF PUBLICATION FOR NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION OF ALL YEAR HOLDINGS LIMITED AND PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN**

Dated: September 26, 2022
Brooklyn, New York

DONLIN, RECANO & COMPANY, INC.

[signature]

Nora Morales
Director
6201 15th Avenue
Brooklyn, New York 11219
Telephone: 212-481-1411
Email: nmorales@donlinrecano.com

[1] The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

https://buyme.co.il/brands/13438757

13:11 ,5.9.2022

16/40

September 21, 2022

To Whom It May Concern

Re: **Proof of Publication**

We hereby confirm that the advertisement annexed hereto, was published in the edition of Haaretz newspaper on September 21, 2022

Haaretz Daily Newspaper Ltd

Haaretz Daily Newspaper Ltd.

**בית המשפט לענייני פשיטת רגל של ארצות הברית**
**המחוז הדרומי של ניו יורק**

| | | |
|---|---|---|
| בנושא | : | הליכי פירוק |
| ALL YEAR HOLDINGS LIMITED, | : | תיק מס' 21-12051 (MG) |
| החייבים.[1] | : | |
| מזהה מס פדרלי מס' 98-1220822 | : | |

**הודעה על שימוע בנושא אישור תוכנית להליכי פירוק לארגון מחדש של All Year Holdings Limited**
**והליכים להתנגדות לאישור התוכנית**

**לתשומת לבכם:**

1. **אישור הצהרת גילוי נאות.** על פי הזמנה מהתאריך 22 ביולי, 2022 [ECF מס' 160] (להלן "**הזמנת הצהרת גילוי נאות**"), בית המשפט לענייני פשיטת רגל בארה"ב עבור המחוז הדרומי של ניו יורק (להלן "**בית המשפט לענייני פשיטת רגל**") אישר, בין השאר, את הצהרת הגילוי הנאות עבור תוכנית להליכי פירוק של ארגון מחדש של All Year Holdings Limited, מהתאריך 31 במאי 2022 [ECF מס' 124] (כפי שתוקן ב-15 ביולי 2022 [ECF מס' 151] וב-20 ביולי 2022 [ECF מס' 156], וכפי שעשויה להיות מתוקנת או לזכות להשלמות מעת לעת, וביחד עם כל לוחות הזמנים והנספחים שלה, להלן "**הצהרת הגילוי הנאות**") שהוגשה על ידי All Year Holdings Limited, כחייבים וחייבים מחזיקים (להלן "**החייבים**") בתיק פשיטת הרגל המצוין לעיל (להלן "**תיק פשיטת הרגל**"). בכפוף להזמנת הצהרת הגילוי הנאות, בית המשפט לענייני פשיטת רגל אישר לחייבים לשדל להצבעת לקבלה או דחייה של תוכנית להליכי פירוק לארגון מחדש של All Year Holdings Limited, מהתאריך 31 במאי 2022 [ECF מס' 123] (כפי שעשויה להיות מתוקנת או לזכות להשלמות מעת לעת, וביחד עם כל לוחות הזמנים והנספחים שלה, להלן "**התוכנית**"), המצורפת כ<u>נספח א'</u> להצהרת הגילוי הנאות. כל המונחים המודגשים שאינם מוגדרים אחרת במסמך זה יישאו באותה המשמעות שניתנה בתוכנית או בהצהרת הגילוי הנאות, כפי שישים.

2. **שימוע לאישור. השימוע על אישור התוכנית יתקיים לפני כבוד השופט מרטין גלן, שופט בכיר בבית המשפט לענייני פשיטת רגל, באולם בית המשפט 523 של בית המשפט לענייני פשיטת רגל של ארה"ב, בכתובת One Bowling Green, New York, NY 10004, ב-2 בנובמבר 2022 בשעה 10:00 (שעון החוף המזרחי) (להלן "השימוע לאישור"). השימוע ניתן לדחייה לבקשת החייבים, בכפוף לזמינות בית המשפט.** השימוע לאישור עשוי להימשך מעת לעת, ללא הודעה נוספת, פרט להכרזה של החייבים בשימוע לאישור או כל שימוע המשך, או כפי שצוין בכל הודעה שהיא שהוגשה על-ידי החייבים לבית המשפט לענייני פשיטת רגל, והתוכנית עשויה להשתנות, במידת הצורך, לפני, במהלך או כתוצאה מהשימוע לאישור, ללא הודעה נוספת לבעלי העניין.

3. התוכנית והצהרת הגילוי הנאות עשויות להתקבל לפי בקשה שהוגשה ל-Donlin Recano & Company, Inc., סוכן ההצבעות והבקשות של החייבים (להלן "**סוכן ההצבעות**") בדואר אלקטרוני לכתובת <u>AYHInfo@DonlinRecano.com</u>, (ii) לטלפון במספר 896-3192 (877) (שיחת חינם מקומית) ולמספר 771-1128 (212) (שיחה בינלאומית), או (iii) באמצעות מסירה במהלך הלילה או ביד אל: Donlin Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219. עותקים של הצהרת הגילוי הנאות והתוכנית זמינים גם באמצעות אתר האינטרנט של בית המשפט לענייני פשיטת רגל (www.nysb.uscourts.gov) ובלשכה של פקיד בית המשפט לענייני פשיטת רגל, לצורך סקירה במהלך שעות העבודה הרגילות.

4. **תאריך יעד להצבעה.** כל ההצבעות לקבלה או דחייה של התוכנית חייבות להתקבל על-ידי סוכן ההצבעות עד לא יאוחר <u>מהשעה 17:00 ב-7 באוקטובר 2022</u> (להלן "**תאריך היעד להצבעה**"), אלא אם כן תאריך היעד הוארך על ידי החייבים. [illegible]

5. **תאריך תיעוד למטרות הצבעה.** [illegible] ל-30 בספטמבר 2022 (להלן "**תאריך תיעוד ההצבעה**") זכאים להצביע בתוכנית.

6. **בעלי עניין הזכאים להצביע.** [illegible] (להלן "**מחלקת ההצבעה**"). [illegible] (להלן "**לוחות הזמנים**") [illegible]

(i) [illegible]

(ii) [illegible]

(iii) [illegible]

[illegible]

7. **בעלי עניין שאינם זכאים להצביע.** [illegible]

8. **היתר / אישור זמני של תביעות.** [illegible]

(iv) [illegible]

(v) [illegible]

(vi) [illegible]

(vii) [illegible]

(viii) [illegible]

[illegible]

9. **התנגדויות לאישור.** כל התנגדות לאישור התוכנית חייבת: (א) להיות בכתב; (ב) לכלול את השם והכתובת של הצד המתנגד ואת הסיכום והאופי של התביעה או האינטרס של צד זה; (ג) לציין במפורש את הבסיס והאופי של של כל התנגדות; (ד) לציית לכללי פשיטת הרגל ולכללי פשיטת הרגל המקומיים עבור המחוז הדרומי של ניו יורק; (ה) להיות מוגשת בבית המשפט לענייני פשיטת רגל (1) באמצעות משתמשים רשומים של מערכת התיוק של בית המשפט לענייני פשיטת רגל, באופן אלקטרוני, בהתאם להוראה הכללית M-399 (שניתן למצוא אותה בכתובת <u>http://nysb.uscourts.gov</u>) וכן (2) על-ידי כל שאר הצדדים בעלי האינטרס באמצעות תקליטור CD-ROM, בפורמט נוסמך נייד וניתן לחיפוש (PDF) (בנוסף לשליחת עותק מודפס ללשכת השופט), בהתאם לנהלים המקובלים בבית המשפט לענייני פשיטת רגל ולהוראה הכללית M-399, במידה הרלוונטית; וכן (ו) להיות מוגשת בהתאם להוראה הכללית M-399 **לא יאוחר מהשעה 17:00 (שעון החוף המזרחי) ב-7 באוקטובר 2022**, לגבי הצדדים הבאים: (1) עורכי הדין של החייבים, Weil, Gotshal & Manges LLP, בכתובת 767 Fifth Avenue, New York, New York 10153 (לידי: Gary T. Holtzer, Esq. ו-Matthew P. Goren, Esq.); (2) היועצי המשפטי של נאמן החוב, Chapman and Cutler LLP, 1270 Sixth Avenue, New York, New York 10020 (לידי: Michael Friedman, Esq., Stephen R. Tetro II, Esq. ו-Aaron Krieger, Esq.); (3) היועץ המשפטי של המשקיע בתוכנית, (א) Gissin & Co., Habarzel 38B, Tel Aviv 6971054, Israel (לידי: Yael Hershkovitz, Esq.), (ב) Locke Lord LLP, 200 Vesey Street, 20th Floor, New York, NY 10281 (לידי: Shalom Jacob, Esq.), וכן (ג) Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004 (לידי: Avi D. Feinberg, Esq.); וכן (iv) משרד הנאמן בארה"ב, 201 Varick Street, Suite 1006, New York, New York 10014 (לידי: Andrea B. Schwartz, Esq. ו-Shara Cornell, Esq.).
**אם לא תוגש התנגדות כלשהי לאישור התוכנית ותימסר כפי שנקבע בזאת, ייאסר על הצד המתנגד להתנגד לאישור התוכנית והוא לא יוכל להביע את דעתו בשימוע לאישור.**

10. **סיווג וטיפול.** תרשים המסכם את הטיפול בכל מחלקה של תביעות ואינטרסים במסגרת התוכנית נכלל בסעיף 1 של הצהרת הגילוי הנאות, ותרשים זה עומד בדרישות לשמש כסיכום לתוכנית בשלמותו.

11. **שחרורים. לתשומת לבך, אם התוכנית תאושר על-ידי בית המשפט לענייני פשיטת רגל, תנאי התוכנית המאושרת, לרבות המניעות, הזיכויים והשחרורים הכלולים בה, יהיו מחייבים עבור בעלי התביעות והאינטרסים, בין אם גורמים אלה נפגעו ובין אם לא במסגרת התוכנית שאושרה.**
**יש לבחון ולשקול היטב את התוכנית, כולל הסעיפים בנושא הפטר, מניעה, שחרור וזיכוי, הואיל וייתכן שהזכויות שלך יושפעו מכך.**

12. **מידע נוסף.** כל צד המעוניין לקבל מידע על הליכי הבקשה וההצבעה של החייבים צריך לפנות לסוכן ההצבעות בטלפון 896-3192 (877) (שיחת חינם מקומית) או 771-1128 (212) (שיחה בינלאומית) או בדואר האלקטרוני <u>AYHInfo@DonlinRecano.com</u> עם הפניה ל-"All Year" בשורת הנושא. **סוכן ההצבעות אינו מורשה לספק ייעוץ משפטי ולא יעשה כן.**

תאריך: 01 בספטמבר 2022
New York, New York

## מכרזים, כונסי נכסים והודעות לציבור

lawhtz@haaretz.co.il

**בית המשפט לענייני פשיטת רגל של ארצות הברית**
**המחוז הדרומי של ניו יורק**

| | | |
|---|---|---|
| **בנושא** | : | **הליכי פירוק** |
| **ALL YEAR HOLDINGS LIMITED,** | : | **תיק מס' 21-12051 (MG)** |
| **החייבים.**[1] | : | |
| **מזהה מס פדרלי מס' 98-1220822** | : | |

# הודעה על שימוע בנושא אישור תוכנית להליכי פירוק לארגון מחדש של All Year Holdings Limited והליכים להתנגדות לאישור התוכנית

**לתשומת לבכם:**

1. **אישור הצהרת גילוי נאות.** על פי הזמנה מהתאריך 22 ביולי, 2022 [ECF מס' 160] (להלן "**הזמנת הצהרת גילוי נאות**"), בית המשפט לענייני פשיטת רגל בארה"ב עבור המחוז הדרומי של ניו יורק "להלן **בית המשפט לענייני פשיטת רגל**") אישר, בין השאר, את הצהרת הגילוי הנאות עבור תוכנית להליכי פירוק של ארגון מחדש של All Year Holdings Limited, מהתאריך 31 במאי 2022 [ECF מס' 124] (כפי שתוקן ב-15 ביולי 2022 [ECF מס' 151] וב-20 ביולי 2022 [ECF מס' 158], וכפי שעשויה להיות מתוקנת או לזכות להשלמות מעת לעת, וביחד עם כל לוחות הזמנים והנספחים שלה, להלן "**הצהרת הגילוי הנאות**") שהוגשה על ידי All Year Holdings Limited, כחייבים וחייבים מחזיקים (להלן "**החייבים**") בתיק פשיטת הרגל המצוין לעיל (להלן "**תיק פשיטת הרגל**"). בכפוף להזמנת הצהרת הגילוי הנאות, בית המשפט לענייני פשיטת רגל אישר לחייבים לשדל להצבעות לקבלה או דחייה של תוכנית להליכי פירוק לארגון מחדש של All Year Holdings Limited, מהתאריך 31 במאי 2022 [ECF מס' 123] (כפי שעשויה להיות מתוקנת או לזכות להשלמות מעת לעת, וביחד עם כל לוחות הזמנים והנספחים שלה, להלן "**התוכנית**"), המצורפת כ<u>**נספח א'**</u> להצהרת הגילוי הנאות. כל המונחים המודגשים שאינם מוגדרים אחרת במסמך זה יישאו באותה המשמעות שנקבעה בתוכנית או בהצהרת הגילוי הנאות, כפי שישים.
2. **שימוע לאישור. השימוע על אישור התוכנית יתקיים לפני כבוד השופט מרטין גלן, שופט בכיר בבית המשפט לענייני פשיטת רגל, באולם בית המשפט 523 של בית המשפט לענייני פשיטת רגל של ארה"ב, בכתובת One Bowling Green, New York, NY 10004, ב-2 בנובמבר 2022 בשעה 10:00 (שעון החוף המזרחי) (להלן "השימוע לאישור"). השימוע ניתן לדחייה לבקשת החייבים, בכפוף לזמינות בית המשפט.** השימוע לאישור עשוי להימשך מעת לעת, ללא הודעה נוספת, פרט להכרזה של החייבים בשימוע לאישור או כל שימוע המשך, או כפי שצוין בכל הודעה שהיא שהוגשה על-ידי החייבים לבית המשפט לענייני פשיטת רגל, והתוכנית עשויה להשתנות, במידת הצורך, לפני, במהלך או כתוצאה מהשימוע לאישור, ללא הודעה נוספת לבעלי העניין.
3. התוכנית והצהרת הגילוי הנאות עשויות להתקבל לפי בקשה שהוגשה ל-Donlin Recano & Company, Inc., סוכן ההצבעות והבקשות של החייבים (להלן "**סוכן ההצבעות**") בדואר אלקטרוני לכתובת AYHInfo@DonlinRecano.com, (ii) לטלפון במספר 896-3192 (877) (שיחת חינם מקומית) ולמספר 771-1128 (212) (שיחה בינלאומית), או (iii) באמצעות מסירה במהלך הלילה או ביד אל: Donlin Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219. עותקים של הצהרת הגילוי הנאות והתוכנית זמינים גם באמצעות אתר האינטרנט של בית המשפט לענייני פשיטת רגל (www.nysb.uscourts.gov) ובלשכה של פקיד בית המשפט לענייני פשיטת רגל, לצורך סקירה במהלך שעות העבודה הרגילות.
4. **תאריך יעד להצבעה.** כל ההצבעות לקבלה או דחייה של התוכנית חייבות להתקבל על-ידי סוכן ההצבעות עד לא יאוחר <u>**מהשעה 17:00 ב-7 באוקטובר 2022**</u> (להלן "**תאריך היעד להצבעה**"), אלא אם כן תאריך היעד הוארך על ידי החייבים. כל אי ציות להוראות ההצבעה הכלולות בקלפי שלך עלול לפסול את הקלפי ואת הצבעתך.
5. **תאריך תיעוד למטרות הצבעה.** רק גורמים הזכאים להצביע ולתבוע את החייבים נכון ל-30 בספטמבר 2022 (להלן "**תאריך תיעוד ההצבעה**") זכאים להצביע בתוכנית.
6. **בעלי עניין הזכאים להצביע.** המחלקה היחידה שנפגעה וזכאית לקבל נכסים במסגרת התוכנית, ולפיכך, המחלקה היחידה הזכאית להצביע לקבלה או דחייה של התוכנית, היא מחלקה 4 (תביעות לא מובטחות שנותרו) (להלן "**מחלקת ההצבעה**"). על סמך לוחות הזמנים המתוקנים ולוחות הזמנים שצוינו מחדש של הנכסים והחבויות של החייבים והצהרת העניינים הפיננסיים שהוגשו לבית המשפט לענייני פשיטת רגל [ECF מס' 36 ו-37] (להלן "**לוחות הזמנים**") " והתנאים של התוכנית, הנושים במחלקת ההצבעה רשאים להצביע על התוכנית, אלא אם כן:
   (i) נכון לתאריך ההצבעה, הסכום התלוי ועומד של תביעת תובע כזה אינו גדול מאפס (0.00$);
   (ii) נכון לתאריך ההצבעה, תביעת תובע כזה אסורה, בוטלה, נפסלה או הושעתה; או
   (iii) תביעת תובע כזה כפופה להתנגדות או בקשה להערכה נכון לתאריך תיעוד ההצבעה, בכפוף להליכים המפורטים להלן.
   
   כל נושה שאינו מתוזמן בלוחות הזמנים של החייבים ואשר לא הגיש תביעת חוב לפני תאריך תיעוד ההצבעה לא יהיה זכאי להצביע בתוכנית.
7. **בעלי עניין שאינם זכאים להצביע.** התוכנית אינה מפריעה לתביעות במחלקה 1 (תביעות מועדפות שאינן מס), מחלקה 2 (תביעות מובטחות אחרות), ומחלקה 3 (תביעות לא מובטחות כלליות) (ביחד להלן, "**מחלקות שלא נפגעו**"). בהתאם לסעיף 1126(f) של קוד פשיטת הרגל, קיימת הנחה סופית שבעלי התביעות במחלקות שלא נפגעו יקבלו את התוכנית ובהתאם, אינם זכאים להצביע. יתר על כן, בעלי התביעות והעניין במחלקה 5 (תביעות ניירות ערך כפופות) ומחלקה 6 (אינטרסים) (ביחד להלן, "**מחלקות שלא נפגעו שאינן מצביעות**" וביחד עם המחלקות שלא נפגעו, להלן "**מחלקות שאינן מצביעות**") אינם זכאים לקבל או לשמור כל נכס שהוא במסגרת התוכנית. לפיכך, בהתאם לסעיף 1126((g של קוד פשיטת הרגל, נקבע כי מחלקות שלא נפגעו שאינן מצביעות ידחו את התוכנית ובהתאם, אינן זכאיות להצביע.
8. **היתר / איסור זמני של תביעות.** לצורך הצבעה בלבד, כדי לקבל או לדחות את התוכנית ולא לצורך היתר או חלוקה בתיק התביעה, ומבלי לפגוע בזכויותיהם של החייבים לערער על האיסור או על סכום התביעה, כל תביעה במסגרת מחלקת ההצבעה תתאפשר זמנית בסכום השווה לסכום תביעה זו שנקבע בלוחות הזמנים; עם זאת, בתנאי ש:
   (iv) אם תותר תביעה בכפוף לתכנית או לצו בית המשפט (שהוזן לפני תאריך היעד להצבעה), תותר תביעה כזאת למטרות הצבעה בסכום המותר שנקבע בתוכנית או בצו זה;
   (v) אם הוערכה תביעה או הותרה בכל דרך אחרת למטרות הצבעה לפי צו בית המשפט, תביעה כזאת מורשית זמנית למטרות הצבעה בסכום שהוערך או מותר בצו זה;
   (vi) אם תביעה מופיעה ב'לוחות הזמנים' כ'ללא פיצוי מוסכם' באופן חלקי, תביעה זו תותר בסכום ללא פיצוי מוסכם באופן חלקי למטרות הצבעה בלבד;
   (vii) אם תביעה כזו מופיעה בלוחות הזמנים כ'מותנית', 'ללא פיצוי מוסכם' או 'נתונה במחלוקת' באופן מלא, ניתנת לתביעה זו הצבעה אחת והיא מוערכת בסכום של דולר אחד (1.00$) למטרות הצבעה בלבד, ולא למטרות היתר או חלוקה; וכן
   (viii) אם נושה מחזיק או רכש, בהתבסס על לוחות הזמנים, תביעות כפולות באותה מחלקה, נושה זה יקבל חבילת בקשה אחת בלבד וקלפי אחד להצבעה בתביעה יחידה במחלקה זו.
   
   אם נושה מבקש לערער על האיסור או סכום התביעה שלו למטרות הצבעה, הנושה יגיש לבית המשפט בקשה לצו בכפוף לכלל 3018(א) של הכללים הפדרליים להליך פשיטת רגל (להלן, "**כללי פשיטת הרגל**") שתתיר זמנית תביעה זו למטרות הצבעה בסכום שונה. עם הגשת בקשה כזו, קלפי הנושה לא ייחשב, אלא אם כן הותר זמנית על ידי צו בית המשפט שהוגש לפני או במקביל להגשת צו המאשר את התוכנית. יש להגיש את כל הבקשות בכפוף לכלל פשיטת הרגל 3018(א) בתאריך או לפני התאריך שבו שבעה (7) ימים לפני תאריך היעד להצבעה.
9. **התנגדויות לאישור.** כל התנגדות לאישור התוכנית חייבת: (א) להיות בכתב; (ב) לכלול את השם והכתובת של הצד המתנגד ואת הסכום והאופי של התביעה או האינטרס של צד זה; (ג) לציין במפורש את הבסיס והאופי של כל התנגדות; (ד) לציית לכללי פשיטת הרגל ולכללי פשיטת הרגל המקומיים עבור המחוז הדרומי של ניו יורק; (ה) להיות מוגשת בבית המשפט לענייני פשיטת רגל (1) באמצעות משתמשים רשומים של מערכת התיוק של בית המשפט לענייני פשיטת רגל, באופן אלקטרוני, בהתאם להוראה הכללית M-399 (שניתן למצוא אותה בכתובת http://nysb.uscourts.gov) וכן (2) על-ידי כל שאר הצדדים בעלי האינטרס באמצעות תקליטור CD-ROM, בפורמט מסמך נייד וניתן לחיפוש (PDF) (בנוסף לשליחת עותק מודפס ללשכת השופט), בהתאם לנהלים המקובלים בבית המשפט לענייני פשיטת רגל ולהוראה הכללית M-399, במידה הרלוונטית; וכן (ו) להיות מוגשת בהתאם להוראה הכללית M-399 **לא יאוחר מהשעה 17:00 (שעון החוף המזרחי) ב-7 באוקטובר 2022**, לגבי הצדדים הבאים: (1) עורכי הדין של החייבים, Weil, Gotshal & Manges LLP, בכתובת 767 Fifth Avenue, New York, New York 10153 (לידי: Gary T. Holtzer, Esq. ו-Matthew P. Goren, Esq.); (2) היועץ המשפטי של נאמן החוב, Chapman and Cutler LLP, 1270 Sixth Avenue, New York, New York 10020 (לידי: Michael Friedman, Esq., Stephen R. Tetro II, Esq. ו-Aaron Krieger, Esq.); (3) היועץ המשפטי של המשקיע בתוכנית, (א) Gissin & Co., Habarzel 38B, Tel Aviv 6971054, Israel (לידי: Yael Hershkovitz, Esq.), (ב) Locke Lord LLP, 200 Vesey Street, 20th Floor, New York, NY 10281 (לידי: Shalom Jacob, Esq.), וכן (ג) Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, NY 10004 (לידי: Avi D. Feinberg, Esq.); וכן (iv) משרד הנאמן בארה"ב, 201 Varick Street, Suite 1006, New York, New York 10014 (לידי: Andrea B. Schwartz, Esq. ו-Shara Cornell, Esq.).
   **אם לא תוגש התנגדות כלשהי לאישור התוכנית ותימסר כפי שנקבע בזאת, ייאסר על הצד המתנגד להתנגד לאישור התוכנית והוא לא יוכל להביע את דעתו בשימוע לאישור.**
10. **סיווג וטיפול.** תרשים המסכם את הטיפול בכל מחלקה של תביעות ואינטרסים במסגרת התוכנית נכלל בסעיף 1 של הצהרת הגילוי הנאות, ותרשים זה עומד בדרישות לשמש כסימוכין לתוכנית בשלמותו.
11. **שחרורים. לתשומת לבך, אם התוכנית תאושר על-ידי בית המשפט לענייני פשיטת רגל, תנאי התוכנית המאושרת, לרבות המניעות, הזיכויים והשחרורים הכלולים בה, יהיו מחייבים עבור בעלי התביעות והאינטרסים, בין אם גורמים אלה נפגעו ובין אם לא במסגרת התוכנית שאושרה.**
    **יש לבחון ולשקול היטב את התוכנית, כולל הסעיפים בנושא הפטר, מניעה, שחרור וזיכוי, הואיל וייתכן שהזכויות שלך יושפעו מכך.**
12. **מידע נוסף.** כל צד המעוניין לקבל מידע על הליכי הבקשה וההצבעה של החייבים צריך לפנות לסוכן ההצבעות בטלפון 896-3192 (877) (שיחת חינם מקומית) או 771-1128 (212) (שיחה בינלאומית) או בדואר האלקטרוני AYHInfo@DonlinRecano.com עם הפניה ל-"All Year" בשורת הנושא. **סוכן ההצבעות אינו מורשה לספק ייעוץ משפטי ולא יעשה כן.**

תאריך: 01 בספטמבר 2022
New York, New York

### הודעה בדבר אישור הסדר פשרה בתובענה ייצוגית

### הזמנה להציע הצעות לרכישת כלי צמ"ה

### הודעה בדבר הפקדת תכנית מתאר מחוזית למחוז צפון תממ"מ 2/ 9/ 32 – הר שכניה לפי חוק התכנון והבניה, התשכ"ה-1965

הטכניון מכון טכנולוגי לישראל
יחידת מכרזים
**מודיעה על ביטול מכרז פומבי מס' 202110020**
**ליצירת מאגר קבלנים לביצוע עבודות התקנת מערכת אוטומטית לכיבוי אש במים (מתזים) בטכניון**
https://michrazim.technion.ac.il/abattenders
תחת קטגוריה מכרזי אגף בינוי ותחזוקה
אשת הקשר למכרז: juliaw@technion.ac.il
תשומת לב המתעניינים לכך שתיקונים ושינויים, ככל שיהיו בתנאי המכרז, יפורסמו באתר האינטרנט הנ"ל בלבד.

הטכניון מכון טכנולוגי לישראל
יחידת מכרזים
**מודיעה על דחיית מועד ההגשה במכרז מסגרת מס' 202210007 להרחבת מאגר קבלנים לביצוע עבודות איטום**
פרטי המכרז באתר האינטרנט שכתובתו:
https://michrazim.technion.ac.il/abattenders
תחת קטגוריה מכרזי אגף בינוי ותחזוקה
התאריך האחרון להגשת הצעות נדחה ל: 2.11.2022 בשעה 13:00
אשת הקשר למכרז: juliaw@technion.ac.il
תשומת לב המתעניינים לכך שתיקונים ושינויים, ככל שיהיו בתנאי המכרז, יפורסמו באתר האינטרנט הנ"ל בלבד.

הודעות בדבר חוק תכנון ובניה
פרסום בשלושה עיתון (כחוק)
03-5634616

לפרסום מודעות משפטיות
אפשרות לפרסום בשילוב עיתונים נוספים
03-5634616/9
lawhtz@haaretz.co.il

מודעות מכרזים ומשפטיות
1800-800-724
s@7724.co.il | מודעות 24 שעות