UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                        :
                                                              :
                                                              :  Chapter 11
ALL YEAR HOLDINGS LIMITED,                                    :  Case No. 21-12051(MG)
                                                              :
                                                              :
                           Debtor.                            :
---------------------------------------------------------------x
ZELIG WEISS                              :
                                                              :
                                                              :
                                                              :
                           Plaintiff,                         :
                                                              :  Adv. Pro. No. 22-1115(MG)
          - against -                                         :
                                                              :
ALL YEAR HOLDINGS LIMITED, WYTHE                              :
BERRY MEMBER LLC, and YG WV LLC                               :
                                                              :
                                                              :
                           Defendant.                         :
---------------------------------------------------------------x

# MEDIATOR'S REPORT

The undersigned Mediator reports that an additional mediation session was held on September 29, 2022 and the following occurred:

A. These parties were present and participated in the mediation:
   a. All Year Holdings Limited, debtor in the above-captioned chapter 11 case (the "Debtor") and a defendant in the above-captioned adversary proceeding.
   b. Mr. Yoel Goldman, sole shareholder of the Debtor and member of Wythe Berry LLC, a defendant in the above-captioned adversary proceeding.
   c. Mr. Zelig Weiss, the other member of Wythe Berry LLC and its manager, and the plaintiff in the above-captioned adversary proceeding.
   d. Mishmeret Trust Company Ltd., the trustee for notes issued pursuant to certain Deeds of Trust by and between the Debtor and each respective trustee (the "Notes Trustee").
B. No resolution was reached concerning the disputes involving Mr. Goldman and/or Mr. Weiss.
C. Thereafter, the Notes Trustee requested that the mediation be terminated. Since a resolution of the remaining disputes cannot be reached without the participation of the Notes Trustee, the Mediator terminated the mediation.

Dated: New York, New York
       October 3, 2022

                                                    /s/ Lisa G. Beckerman
                                                    HON. LISA G. BECKERMAN
                                                    U.S. BANKRUPTCY JUDGE