

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Matthew P. Goren
+1 (212) 310-8440
matthew.goren@weil.com

October 3, 2022

**Via Email and ECF**

Honorable Martin Glenn
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

***Re: In re All Year Holdings Limited, Chapter 11 Case No. 21-12051 (MG)***
   ***Zelig Weiss v. All Year Holdings Limited, Adv. Proc. No. 22-1115 (MG)***

Dear Chief Judge Glenn:

We represent All Year Holdings Limited, as debtor and debtor in possession (the "**Debtor**") in the above-referenced chapter 11 case and as a defendant in the above-referenced adversary proceeding (the "**Adversary Proceeding**"). Following the status conference held before the Court on September 29, 2022, representatives of the Debtor, Mishmeret Trust Company Ltd., on behalf of the holders of the Debtor's various series of notes, Mr. Zelig Weiss, and Mr. Yoel Goldman engaged in an additional mediation session, with United States Bankruptcy Judge Lisa Beckerman serving as mediator, in an attempt to resolve the parties' remaining issues that may impact the Debtor's proposed chapter 11 plan of reorganization. The additional mediation session was held on the same day as the September 29 status conference.

On October 3, 2022, Judge Beckerman filed a *Mediator's Report* [ECF No. 238; Adv. Proc. ECF No. 50] (the "**Mediator's Report**"). As set forth in the Mediator's Report, no resolution was reached concerning the disputes involving Mr. Goldman and/or Mr. Weiss. Accordingly, consistent with the discussion on the record at the September 29 status conference, the Debtor respectfully requests that the Court proceed to issue its decision regarding the dispositive motions currently pending before the Court in the Adversary Proceeding.

We are available should the Court have any questions or wish to discuss these matters further.

Respectfully submitted,

/s/ *Matthew P. Goren*
Matthew P. Goren