Efrem Schwalb
KOFFSKY SCHWALB LLC
500 Seventh Avenue, 8th Floor
New York, New York 10018
Tel.: 646-553-1590
Email: eschwalb@koffskyschwalb.com
*Special Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **All Year Holdings Limited,** | Case No. 21-12051-mg |
| Debtor. | |

**MONTHLY FEE STATEMENT OF KOFFSKY SCHWALB LLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSE INCURRED AS ATTORNEYS FOR THE PARENT DEBTOR
FOR THE PERIOD FROM SEPTEMBER 1 THROUGH SEPTEMBER 30, 2022**

| | |
|---|---|
| **Name of Applicant:** | Koffsky Schwalb LLC, attorneys for All Year Holdings Limited (the "Parent Debtor") |
| **Date of Retention:** | May 27, 2022 *nunc pro tunc* to Dec. 14, 2021 |
| **Period for Which Fees and Expenses are Incurred:** | Sept. 1, 2022 through Sept. 30, 2022 |
| **Monthly Fees Incurred:** | $32,625.00 |
| **Less 20% Percent Holdback:** | $6,525.00 |
| **Monthly Expenses Incurred:** | $12,803.90 |
| **Total Fees and Expenses Due:** | $45,428.90 |
| **This is a** | **X** Monthly ___Interim ___Final Fee Application |

**SUMMARY OF MONTHLY FEE STATEMENT OF
KOFFSKY SCHWALB LLC. FOR SERVICES RENDERED
FOR THE PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Name of Professional Partners, Counsel, and Legal Assistant | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Schwalb, Efrem | LIT | 1995 | $450.00 | 27.75 | $12,487.50 |
| Weg, Steven | LIT | 2008 | $450.00 | 9.167 | $4,125.00 |
| Benschar, Tal | LIT | 1997 | $450.00 | 30.25 | $13,612.50 |
| Schwalb, Yitz | LIT | Legal Assistant | $150.00 | 16.00 | $2,400.00 |
| **Total:** | | | | 83.16 | $32,625.00 |

**EXPENSE SUMMARY FOR THE
PERIOD FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022**

| EXPENSES | AMOUNTS |
|---|---|
| Filing Fee | $46.35 |
| Document Processing and Production | $430.05 |
| Expert Invoice | 12,327.50 |
| | |
| **Total Expenses Requested:** | **$12,803.90** |

## NOTICE PARTIES

**All Year Holdings Limited**
199 Lee Avenue, Suite 693,
Brooklyn, New York 11121
Attn:  Asaf Ravid, Chief Restructuring Officer,
         Ephraim Diamond, Associate Restructuring Officer

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, New York 10153
Attn:  Gary T. Holtzer, Esq.
         Jacqueline Marcus, Esq.
         Matthew P. Goren, Esq.

**The Office of the United States Trustee
for the Southern District of New York**
201 Varick Street, Suite 1006
New York, New York 10014
Attn:  Andrea B. Schwartz, Esq.
         Shara Cornell, Esq.

**Mishmeret Trust Company Ltd., as Trustee for the Noteholders**
Chapman and Cutler LLP
1270 Sixth Avenue
New York, New York 10020
Attn:  Michael Friedman, Esq.
         Stephen R. Tetro II, Esq.
         Aaron Krieger, Esq.

# KOFFSKY SCHWALB LLC

**Invoice**

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| | |
|---|---|
| Date | 9/30/2022 |
| Invoice # | 12622 |
| Total | |
| Credits | |
| Balance Due | |

## For Professional Services Rendered

Matter: 0001 Werner Litigation                                                                                      Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/1/2022 | Y_S | assisting with table of authorities | 1.00000 | 150.00 | 150.00 |
| 9/5/2022 | ETS | emails and t/c w/ team re motion to amend (:15) | 0.25000 | 450.00 | 112.50 |
| 9/6/2022 | TBS | Review motion to amend to Second Amended Complaint; legal research for opposition | 3.25000 | 450.00 | 1,462.50 |
| 9/7/2022 | SAW | Research modification of mortgage as it relates to other liens. (0:50) | 0.50000 | 450.00 | 225.00 |
| 9/7/2022 | ETS | drafting pro rata cross motion (:20); emails w/ client re loan issue (:10); emails w/ plaintiff counsel re pending motion (:10) | 0.66667 | 450.00 | 300.00 |
| 9/7/2022 | TBS | Draft opposition to motion to further amend complaint; draft cross-motion to modify Notice of Pendency; review client emails re same | 5.00000 | 450.00 | 2,250.00 |
| 9/7/2022 | Y_S | assisting with collection of expert materials (3:45); emails and tcs w/ E Schwalb re same (:15) | 4.00000 | 150.00 | 600.00 |
| 9/8/2022 | ETS | revised opposition and motion papers (2:35); t/c's w/ Diamond re opposition and cross-motion (:15); emails w/ Weg and Benschar re papers (:10); filed papers (:15) | 3.25000 | 450.00 | 1,462.50 |
| 9/8/2022 | SAW | Edits to opposition and cross motion papers (:30), Discuss with E. Schwalb (:05). | 0.58333 | 450.00 | 262.50 |
| 9/10/2022 | Y_S | drafting all year interim fee application | 3.00000 | 150.00 | 450.00 |
| 9/15/2022 | SAW | Review of order and discuss next steps (0:15), review pre-motion letter (0:05). | 0.33333 | 450.00 | 150.00 |
| 9/15/2022 | ETS | emails and tcs w/ client re courts decision on motion to amend and re setting bond and bank call (:45); c/c w/ bank re lp (:30) | 1.25000 | 450.00 | 562.50 |
| 9/15/2022 | TBS | review Court decision on motion to amend complaint; draft letter to court re motion to dismiss Fourth Count and Notice of Pendency | 1.50000 | 450.00 | 675.00 |
| 9/16/2022 | ETS | revising and filing pre-motion letter to dismiss (1:00) | 1.00000 | 450.00 | 450.00 |

# KOFFSKY SCHWALB LLC

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

# Invoice

| | |
|---|---|
| **Date** | 9/30/2022 |
| **Invoice #** | 12622 |
| **Total** | $26,107.55 |
| **Credits** | $0.00 |
| **Balance Due** | $26,107.55 |

## For Professional Services Rendered

Matter: 0001 Werner Litigation                                                                                              Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/19/2022 | ETS | revised, finalized and filed motion to dismiss second amended complaint papers (2:55); emails w/ Benschar and Weg re motion papers (:15); reviewed plaintiff reargument motion (:15); reviewed court decision (:05); email w/ Benschar re notice of appeal (:05); emails w/ client re Werner expert and research re expert (:15) | 3.83333 | 450.00 | 1,725.00 |
| 9/19/2022 | TBS | Draft motion to dismiss Second and Fourth Count of Second Amended Complaint and cancel Notice of Pendency | 3.00000 | 450.00 | 1,350.00 |
| 9/19/2022 | SAW | Review motion to reargue filed by plaintiff and comment (0:10); search emails and docket for plaintiff's response to dismissal of equitable claims (:10); edits to motion papers (:30). | 0.83333 | 450.00 | 375.00 |
| 9/20/2022 | ETS | emails w/ client re pending motions (:10); emails w/ Weg re notice of appeal (:05) | 0.25000 | 450.00 | 112.50 |
| 9/21/2022 | TBS | Draft Notice of Appeal re Order permitting Second Amended Complaint | 0.75000 | 450.00 | 337.50 |
| 9/21/2022 | SAW | Review notice of appeal and comment on revisions (:10). | 0.16667 | 450.00 | 75.00 |
| 9/30/2022 | ETS | t/c w/ partner counsel re case update (:20); emails w/ client re same (:10); emails w/ plaintiff counsel re expert scheduling (:05) | 0.58333 | 450.00 | 262.50 |
| | Reimb | | | | |
| 9/7/2022 | | Document processing and production | | 430.05 | 430.05 |
| | | | | | 0.00 |
| 9/23/2022 | | Expert invoice | | ******** | 12327.50 |
| | | Total Reimbursable Expenses | | | 12757.55 |

Page 2

# KOFFSKY SCHWALB LLC

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

# Invoice

| | |
|---|---|
| Date | 9/30/2022 |
| Invoice # | 12623 |
| Total | $1,800.00 |
| Credits | $0.00 |
| Balance Due | $1,800.00 |

## For Professional Services Rendered

Matter: 0005 65 Kent Ave LLC Foreclosure/Lien Lit          Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/8/2022 | ETS | reviewed decision (:05); t/c and emails w/ Weg re decision (:10); email w/ client re same (:05) | 0.33333 | 450.00 | 150.00 |
| 9/8/2022 | SAW | Forward receiver order to clients with comments (:10), discuss with E. Schwalb (:05), discuss with E. Diamond (:05). | 0.33333 | 450.00 | 150.00 |
| 9/9/2022 | SAW | Zoom call with clients (0:35) | 0.58333 | 450.00 | 262.50 |
| 9/9/2022 | ETS | conference call with client re next steps | 0.33333 | 450.00 | 150.00 |
| 9/13/2022 | SAW | Telephone with Mike Bonneville (0:05) and update to client (0:05). | 0.16667 | 450.00 | 75.00 |
| 9/13/2022 | ETS | emails and tc w/ cleint and weg re receiver issue | 0.25000 | 450.00 | 112.50 |
| 9/16/2022 | ETS | emails w/ client re case issues (:15); reviewed and analyzed pleadings and fact docs (:30) | 0.75000 | 450.00 | 337.50 |
| 9/16/2022 | SAW | Emails with clients regarding client (0:05), Review statements (0:05), telephone with plaintiff's counsel Dov Medinets (0:15), research on plaintiffs including review filings in federal court (0:15) | 0.66667 | 450.00 | 300.00 |
| 9/19/2022 | ETS | email w/ Weg re lien discussion | 0.08333 | 450.00 | 37.50 |
| 9/21/2022 | SAW | Emails/Telephone with Ephraim Diamond re: receiver's filings (0:15). | 0.25000 | 450.00 | 112.50 |
| 9/28/2022 | SAW | T/c and emails with M. Bonneville regarding discontinuance (:05) review of stipulations (0:05); emails with client (:05) | 0.25000 | 450.00 | 112.50 |

# KOFFSKY SCHWALB LLC

# Invoice

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| Date | 9/30/2022 |
|---|---|
| **Invoice #** | 12624 |
| **Total** | $2,137.50 |
| **Credits** | $0.00 |
| **Balance Due** | $2,137.50 |

## For Professional Services Rendered

Matter: 0006 General matters                                                                                              Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/7/2022 | ETS | revising status of litigations memo (1:15); emails and t/c w/ Y Schwalb re status of litigations (:40); emails w/ Weg re status of certain litigation (:05) | 2.00 | 450.00 | 900.00 |
| 9/7/2022 | Y_S | drafting chart of all year cases | 4.50 | 150.00 | 675.00 |
| 9/19/2022 | ETS | revising summary of case status report | 1.00 | 450.00 | 450.00 |
| 9/20/2022 | ETS | responded to client emails re summary case memo | 0.25 | 450.00 | 112.50 |

# KOFFSKY SCHWALB LLC

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

# Invoice

| Date | 9/30/2022 |
|---|---|
| Invoice # | 12625 |
| Total | $825.00 |
| Credits | $0.00 |
| Balance Due | $825.00 |

## For Professional Services Rendered

Matter: 0010 Good Light v. AYH LLC litigation                                Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/5/2022 | ETS | reviewed pleadings (:10); reviewed and responded to emails w/ Diamond re new appearance and scheduling (:10) | 0.33333 | 450.00 | 150.00 |
| 9/6/2022 | ETS | emails re adjournment (:10); reviewed file (:10); drafted and filed notice of appearance (:25) | 0.75000 | 450.00 | 337.50 |
| 9/7/2022 | ETS | emails w/ the court and client re scheduling and adjournment | 0.25000 | 450.00 | 112.50 |
| 9/15/2022 | ETS | emails w/ court and client re scheduling | 0.16667 | 450.00 | 75.00 |
| 9/20/2022 | ETS | emails w/ client re good light status | 0.16667 | 450.00 | 75.00 |
| 9/23/2022 | ETS | reviewed docket and reassignment (:05); email re reassignment (:05) | 0.16667 | 450.00 | 75.00 |

**KOFFSKY SCHWALB**LLC

**Invoice**

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| Date | 9/30/2022 |
|---|---|
| **Invoice #** | 12626 |
| **Total** | $1,125.00 |
| **Credits** | $0.00 |
| **Balance Due** | $1,125.00 |

## For Professional Services Rendered

Matter: 0013 William Vale                                                                                                          Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/2/2022 | ETS | reviewed latest complaint (:15); t/c w/ Goldman counsel (:10); emails re complaint and status (:05) | 0.50 | 450.00 | 225.00 |
| 9/14/2022 | ETS | t/c's w/ Diamond re case issues (:15); analyzing dispute (:30); t/c and emails w/ Benschar re dispute (:20); t/c w/ real estate counsel re dispute (:25) | 1.50 | 450.00 | 675.00 |
| 9/28/2022 | ETS | reviewing and analyzing goldman weiss papers (:20); emails and tc re case assessment (:10) | 0.50 | 450.00 | 225.00 |

# KOFFSKY SCHWALB LLC

# Invoice

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| | |
|---|---|
| **Date** | 9/30/2022 |
| **Invoice #** | 12627 |
| **Total** | $225.00 |
| **Credits** | $0.00 |
| **Balance Due** | $225.00 |

## For Professional Services Rendered

Matter: 0022 Ralph FNMA forebearance                                                                 Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/21/2022 | ETS | analyzing foreclosure issues (:30) | 0.50 | 450.00 | 225.00 |

# KOFFSKY SCHWALB LLC

# Invoice

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| Date | 9/30/2022 |
|---|---|
| **Invoice #** | 12628 |
| **Total** | $5,633.85 |
| **Credits** | $0.00 |
| **Balance Due** | $5,633.85 |

## For Professional Services Rendered

Matter: 0023 Knickerbocker adv. Ehrenreich Lit.                                                                                   Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/21/2022 | ETS | reviewed and analyzed papers (:20); t/c w/ Benschar re papers (:05); email w/ plaintiff counsel re adjournment (:05) | 0.50000 | 450.00 | 225.00 |
| 9/21/2022 | TBS | Review opposition to motion to dismiss | 0.75000 | 450.00 | 337.50 |
| 9/23/2022 | ETS | emails w/ court and client and plaintiff counsel re scheduling and reply papers (:15) | 0.25000 | 450.00 | 112.50 |
| 9/28/2022 | TBS | Draft Reply on motion to dismiss; related legal research | 6.50000 | 450.00 | 2,925.00 |
| 9/28/2022 | ETS | revising reply papers (:55); email w/ court re return date (:05) | 1.00000 | 450.00 | 450.00 |
| 9/29/2022 | SAW | Edit reply papers (2:25). | 2.41667 | 450.00 | 1,087.50 |
| 9/29/2022 | ETS | reviewed changes and revised brief | 1.00000 | 450.00 | 450.00 |
| 8/18/2022 | | filing fee | | 46.35 | 46.35 |

# KOFFSKY SCHWALB LLC

# Invoice

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| | |
|---|---|
| **Date** | 9/30/2022 |
| **Invoice #** | 12629 |
| **Total** | $75.00 |
| **Credits** | $0.00 |
| **Balance Due** | $75.00 |

## For Professional Services Rendered

Matter: 0024 BVI Loans to Others                                         Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/14/2022 | SAW | Emails with clients regarding statute of limitations (0:10). | 0.16667 | 450.00 | 75.00 |

# KOFFSKY SCHWALB LLC

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

# Invoice

| Date | 9/30/2022 |
|---|---|
| **Invoice #** | 12630 |
| **Total** | $4,350.00 |
| **Credits** | $0.00 |
| **Balance Due** | $4,350.00 |

All Year Holdings

## For Professional Services Rendered

Matter: 0025 268 Metropolitan adv. Bistritzky Lit          Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/1/2022 | ETS | revised motion to dismiss (:45) | 0.75000 | 450.00 | 337.50 |
| 9/1/2022 | TBS | Revise motion to dismiss Amended Complaint | 1.50000 | 450.00 | 675.00 |
| 9/9/2022 | ETS | revised motion to dismiss papers (2:15); filed motion to dismiss papers (:15) | 2.50000 | 450.00 | 1,125.00 |
| 9/9/2022 | SAW | Edits to memorandum in opposition and fix tables (:40) | 0.66667 | 450.00 | 300.00 |
| 9/14/2022 | TBS | Review PI motion and draft opposition papers; related legal research | 4.25000 | 450.00 | 1,912.50 |

# KOFFSKY SCHWALB LLC

# Invoice

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| | |
|---|---|
| **Date** | 9/30/2022 |
| **Invoice #** | 12631 |
| **Total** | $525.00 |
| **Credits** | $0.00 |
| **Balance Due** | $525.00 |

## For Professional Services Rendered

Matter: 0026 Interim Fee Application                                                  Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/11/2022 | Y_S | drafting all year interim fee application | 1.50 | 150.00 | 225.00 |
| 9/12/2022 | Y_S | revising draft application | 1.00 | 150.00 | 150.00 |
| 9/13/2022 | Y_S | revising draft application | 1.00 | 150.00 | 150.00 |

# KOFFSKY SCHWALB LLC

# Invoice

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| | |
|---|---|
| **Date** | 9/30/2022 |
| **Invoice #** | 12632 |
| **Total** | $2,212.50 |
| **Credits** | $0.00 |
| **Balance Due** | $2,212.50 |

## For Professional Services Rendered

Matter: 0027 194 Ralph Foreclosure                                    Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/1/2022 | ETS | emails w/ lender counsel re case issues (:10); reviewed stipulation (:05) | 0.25000 | 450.00 | 112.50 |
| 9/6/2022 | ETS | emails and t/c w/ partner counsel; emails re service | 0.33333 | 450.00 | 150.00 |
| 9/14/2022 | ETS | emails w/ plaintiff counsel and client re service issues | 0.25000 | 450.00 | 112.50 |
| 9/19/2022 | TBS | Review pleadings | 0.50000 | 450.00 | 225.00 |
| 9/21/2022 | TBS | Review possible defenses to foreclosure action; legal research re same | 3.25000 | 450.00 | 1,462.50 |
| 9/21/2022 | SAW | Discuss strategy issues with E. Schwalb (:10), review research by T. Benshar (:10). | 0.33333 | 450.00 | 150.00 |

# KOFFSKY SCHWALB LLC

# Invoice

500 Seventh Avenue, 8th Floor
New York, New York 10018
T: 646.553.1590
EIN: 47-0977358

| | |
|---|---|
| **Date** | 9/30/2022 |
| **Invoice #** | 12633 |
| **Total** | $412.50 |
| **Credits** | $0.00 |
| **Balance Due** | $412.50 |

## For Professional Services Rendered

Matter: 0029 360 Decatur adv MacShack lease dispu       Client: 1525

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/12/2022 | SAW | Draft Answer with notice of deposition (:45); confirm with Leah K (:10) | 0.91667 | 450.00 | 412.50 |

D'Agostino, Levine, Landesman,
Lederman, Rivera & Miraglia, LLP
9 East 40th Street, 5th Foor
New York, NY 10016

212-564-9800
F 212-564-9802

September 23, 2022

Koffsky Schwalb LLC
500 Seventh Avenue
8th Floor
New York, NY 10018
Att: Efrem Schwalb eschwalb@koffskyschwalb.com

Inv No. 31247

Please note that wires are our preferred method of payment.  As of May 20, 2022, our new mailing address is:  9 East 40th St,. 5th Floor, New York, NY  10016.  Thank you.

Professional services rendered during
the period of August 2022

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| **Expert Testimony** | | | |
| 8/1/2022  BHL | Review docs and work on expert statement (Weekend and monday) | 10.00 | 6,500.00 |
| 8/4/2022  BHL | Work on expert statement | 4.00 | 2,600.00 |
| 8/8/2022  WW | Review draft expert report. Exchange correspondence with Bruce Lederman | 1.10 | 357.50 |
| SUBTOTAL: | | [ 15.10 | 9,457.50] |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 15.10 | $9,457.50 |
| Previous balance | | $12,870.00 |
| 9/23/2022  Payment - thank you. Check No. Wire | | ($10,000.00) |
| Total payments and adjustments | | ($10,000.00) |

Koffsky Schwalb LLC                                                                                                Page    2

|              | Amount      |
|--------------|-------------|
| Balance due  | $12,327.50  |

**Koffsky Schwalb / Expert Test**

D'Agostino, Levine, Landesman,
Lederman, Rivera & Miraglia, LLP
9 East 40th Street, 5th Foor
New York, NY 10016

212-564-9800
F 212-564-9802

August 16, 2022

Koffsky Schwalb LLC
500 Seventh Avenue
8th Floor
New York, NY 10018
Att:  Efrem Schwalb eschwalb@koffskyschwalb.com

Inv No.  30911

Please note that wires are our preferred method of payment.  As of May 20, 2022, our new mailing address is:  9 East 40th St,. 5th Floor, New York, NY  10016.  Thank you.

Professional services rendered during
the period of July 2022

Professional services

|  |  | Hours | Amount |
|---|---|---|---|
| **Expert Testimony** | | | |
| 7/1/2022 BHL | Tele with Efrem re issues; initial review | 1.50 | 975.00 |
| 7/5/2022 BHL | Follow up | 1.00 | 650.00 |
| 7/7/2022 BHL | Review and anaysis | 4.50 | 2,925.00 |
| 7/13/2022 BHL | Tele with Efrem | 0.60 | 390.00 |
| 7/29/2022 BHL | Coord with Efrem | 0.70 | 455.00 |
| 7/30/2022 BHL | Read all depositions and work on statement | 6.50 | 4,225.00 |
| 7/31/2022 BHL | Work on statement | 5.00 | 3,250.00 |
| SUBTOTAL: | | [ 19.80 | 12,870.00] |

Koffsky Schwalb LLC                                                                                           Page    2

|                                | Hours  | Amount     |
|--------------------------------|--------|------------|
| For professional services rendered | 19.80 | $12,870.00 |
| Balance due                    |        | $12,870.00 |

**Koffsky Schwalb / Expert Test**