WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Matthew P. Goren

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                                              :

In re                                                                        :        Chapter 11

ALL YEAR HOLDINGS LIMITED,          :        Case No. 21-12051 (MG)

                   Debtor.[1]                          :

Fed. Tax Id. No. 98-1220822                  :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

State of New York    )
                               ) ss.:
County of New York  )

       Tyler J. Okada, being duly sworn, hereby deposes and says:

       1.       I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

---

[1] The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

2. On October 3, 2022, I caused true and correct copies of the *Monthly Fee Statement of Bartov & Co. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Israeli Counsel for the Debtor for the Period from August 1, 2022 through August 31, 2022* **[ECF No. 240]** to be served upon the parties listed on **Exhibit A**, as indicated.

3. On October 3, 2022, I caused true and correct copies of the *Status Letter to the Court Regarding Mediation* **[ECF No. 241]** to be served upon the parties listed on **Exhibit B**, as indicated.

/s/ Tyler J. Okada

Sworn to before me this
4th day of October 2022

/s/ Tanya T. Stewart
Tanya T. Stewart
Notary Public, State of New York
No. 01ST6385817
Qualified in Kings County
Commission Expires Jan 14, 2023

TANYA T STEWART
Notary Public - State of New York
NO. 01ST6385817
Qualified in Kings County
My Commission Expires Jan 14, 2023

2

# Exhibit A

**(Served via First Class Mail on October 3, 2022)**

| | |
|---|---|
| All Year Holdings Limited<br>199 Lee Avenue, Suite 693,<br>Brooklyn, New York 11121<br>Attn: Asaf Ravid, Chief Restructuring Officer; Ephraim Diamond, Associate Restructuring Officer | The Office of the United States Trustee<br>for the Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Andrea B. Schwartz, Esq.; Shara Cornell, Esq. |
| Mishmeret Trust Company Ltd.,<br>as Trustee for the Noteholders<br>Chapman and Cutler LLP<br>1270 Sixth Avenue<br>New York, New York 10020<br>Attn: Michael Friedman, Esq., Stephen R. Tetro II, Esq., Aaron Krieger, Esq. | |

## Exhibit B

**(Served via First Class Mail on October 3, 2022)**

| | |
|---|---|
| 82 JEFFERSON HOLDINGS LLC<br>199 LEE AVENUE, #693<br>BROOKLYN, NY 11211 | AARON M. STEIN<br>C/O STEIN FARKAS & SCHWARTZ, LLP<br>1639 EAST 13TH STREET<br>BROOKLYN, NY 11229 |
| ABRAHAM GRUNHUT<br>66 MAPLE AVENUE<br>WOODRIDGE, NY 12789 | ABRAHAM N POSNER<br>1274 49TH STREET, #444<br>BROOKLYN, NY 11219 |
| ALEXANDER ENGELMAN<br>460 BEDFORD AVENUE, #5<br>BROOKLYN, NY 11211 | ARI WEBER<br>1860 52ND STREET, #3C<br>BROOKLYN, NY 11204 |
| ASHER HALPERT<br>141 SKILLMAN ST, #2<br>BROOKLYN, NY 11205 | BANK LEUMI<br>579 FIFTH AVENUE<br>ATTENTION: EFRAT HARARI AND ROGER ROFE<br>NEW YORK, NY 10017 |
| BANK LEUMI USA<br>350 MADISON AVENUE<br>ATTENTION: EFRAT HARARI AND ROGER ROFE<br>NEW YORK, NY 10017 | BEIS MEIR<br>1615 55TH STREET<br>BROOKLYN, NY 11204 |
| BLACK SPRUCE MANAGEMENT LLC<br>C/O KERRY GOTLIB<br>80 5TH AVENUE #1207<br>NEW YORK, NY 10011 | BLACK SPRUCE MANAGEMENT LLC<br>C/O FOX ROTHSCHILD LLP<br>ATTENTION: RICHARD I. SCHARLAT<br>101 PARK AVE, 17TH FLOOR<br>NEW YORK, NY 10178 |

WEIL:\98840277\1\12817.0007

| | |
|---|---|
| DAVID SIMKOWITZ<br>65 SKILLMAN STREET<br>BROOKLYN, NY 11205 | BLANK ROME LLP<br>1271 AVENUE OF THE AMERICAS<br>ATTENTION: RICK ANTONOFF<br>NEW YORK, NY 10020 |
| DOWNTOWN CAPITAL PARTNERS, LLC<br>C/O AKIN GUMP STRAUSS HAUER & FELD LLP<br>1999 AVENUE OF THE STARS #600<br>ATTENTION: FRANK REDDICK<br>LOS ANGELES, CA 90067 | DOWNTOWN CAPITAL PARTNERS, LLC<br>C/O GARY KATZ<br>360 HAMILTON AVENUE, SUITE 1110<br>WHITE PLAINS, NEW YORK 10601 |
| DW BROOKLYN 75 LLC<br>C/O MEISTER SEELIG & FEIN LLP<br>125 PARK AVENUE, 7TH FLOOR<br>NEW YORK, NY 10017 | GOODWIN PROCTER LLP<br>Attn.: Artem Skorostensky<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018 |
| ISRAEL FRIEDMAN (IDF PROPERTIES LLC)<br>277 CLASSON AVENUE<br>BROOKLYN, NY 11205 | INTERNAL REVENUE SERVICE<br>C/O US ATTORNEY CLAIMS UNIT<br>ONE SAINT ANDREWS PLAZA RM 417<br>NEW YORK, NY 10007 |
| ISSAC GEFILHAUS<br>101 HARVARD STREET<br>LAKEWOOD, NJ 08701-1954 | ISSAC BISTRITZKY<br>1574 48TH STREET<br>BROOKLYN, NY 11219 |
| JOSEPH LEFKOWITZ<br>31 TAYLOR STREET<br>BROOKLYN, NY 11211 | JOSEPH H BASSUL<br>244 HEWES STREET, #1D<br>BROOKLYN, NY 11211 |

| | |
|---|---|
| ISRAEL SECURITIES AUTHORITY<br>22 KANFEI NESHARIM STREET<br>JERUSALEM, ISRAEL 9546434 | ISRAEL DISCOUNT BANK<br>ROTHSCHILD BOULEVARD 76<br>ATTENTION: AVI EDRI<br>TEL AVIV-YAFO, ISRAEL 6578518 |
| 527 KNICKERBOCKER FUNDING L.P.<br>999 CENTRAL AVENUE<br>WOODMERE NY 11598 | KATSKY KORINS LLP<br>605 THIRD AVENUE<br>ATTENTION: MARK WALFISH<br>NEW YORK, NY 10158 |
| MENDEL GRANT<br>21 HOYT STREET, #111<br>SPRING VALLEY, NY 10977 | MARK J. NUSSBAUM<br>C/O BERG & DAVID, PLLC<br>372 DOUGHTY BOULEVARD<br>BROOKLYN, NY 11096 |
| MISHMERET TRUST COMPANY LTD.<br>C/O AMIR FLAMER & CO.<br>MEZADA 7, B.S.R TOWER 4 (36TH FLOOR)<br>ATTENTION: EVYATAR KRAMER<br>TEL AVIV-YAFO, ISRAEL 5126112 | MISHMERET TRUST COMPANY LTD.<br>C/O CHAPMAN AND CUTLER LLP<br>1270 AVENUE OF THE AMERICAS, 30TH FLOOR<br>ATTENTION: MICHAEL FRIEDMAN, ESQ.<br>NEW YORK, NY 10020-1708 |
| MISHMERET TRUST COMPANY LTD.<br>C/O GORNITZKY & CO.<br>45 ROTHSCHILD BLVD<br>ATTENTION: OFER TZUR<br>TEL AVIV-YAFO, ISRAEL 6578403 | MISHMERET TRUST COMPANY LTD.<br>48 DERECH MENACHEM BEGIN<br>TEL AVIV-YAFO, ISRAEL 6618003 |
| MORDECHAI ADLER<br>40 MIDDLETON STREET, #4B<br>BROOKLYN, NY 11206 | MOSES GRUNFELD<br>194 MIDDLETON STREET<br>BROOKLYN, NY 11206 |

| | |
|---|---|
| MOSES GUTTMAN<br>212 ROSS STREET<br>BROOKLYN, NY 11211 | MREF REIT LENDER 9 LLC<br>C/O GOODWIN PROCTER LLP<br>620 EIGHTH AVENUE<br>ATTENTION: KIZZY L. JARASHOW<br>NEW YORK, NEW YORK 10018 |
| NYC DEPT. OF FINANCE<br>OFFICE OF LEGAL AFFAIRS<br>375 PEARL STREET, 30TH FLOOR<br>NEW YORK, NY 10038 | NYS DEPT. TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 |
| PILGRIM CHESTER LENDER, LLC<br>360 HAMILTON AVENUE<br>WHITE PLAINS NY 10601 | PUBLIC REPRESENTATIVES (NGO)<br>C/O AMIT MANOR - YUKI SHEMESH, LAWYERS<br>HA'ARBAA TOWERS<br>28 HA'ARBAA STREET, 27TH FLOOR<br>TEL AVIV-YAFO, ISRAEL 6473925 |
| ROBERT GUTTMAN<br>147 ROSS STREET<br>BROOKLYN, NY 11211 | SAM NEUSTEIN<br>30 RUTLEDGE STREET<br>BROOKLYN, NY 11211 |
| TAZ PARTNERS LLC<br>22 PLEASANT RIDGE ROAD<br>SPRING VALLEY, NEW YORK 10977 | TAZ PARTNERS LLC<br>80-02 KEW GARDENS ROAD, SUITE 1030<br>KEW GARDENS, NEW YORK 11415 |
| TEL AVIV STOCK EXCHANGE<br>2 AHUZAT BAYIT STREET<br>TEL AVIV, ISRAEL 6525216 | UNITED STATES ATTORNEY'S OFFICE<br>ATTENTION: TAX & BANKRUPTCY UNIT<br>86 CHAMBERS STREET, THIRD FLOOR<br>NEW YORK, NY 10007 |

| | |
|---|---|
| William K. Harrington<br>Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006,<br>New York, NY 10014<br>(Attn: Andrea B. Schwartz, Esq. and Shara Cornell, Esq.) | W Financial Fund, LP<br>60 Cutter Mill Road, Suite 601<br>Great Neck, NY 11021 |
| YANKIE SHLOME ROCHLITZ<br>26 HEYWARD STREET, #3L<br>BROOKLYN, NY 11249 | YOEL GOLDMAN<br>141 SKILLMAN STREET<br>BROOKLYN, NY 11205 |
| ZOLTAN BERKOWITZ<br>1684 52ND STREET<br>BROOKLYN, NY 11204 | Ira S. Lipsius<br>LIPSIUS-BENHAIM LAW LLP<br>80-02 Kew Gardens Road, Suite 1030<br>Kew Gardens, NY 11415 |
| Chapman & Cutler LLP<br>1270 Avenue of the Americas,<br>New York, New York 10020<br>(Attn: Michael Friedman, Esq., Stephen R. Tetro II, Esq., and Aaron Krieger, Esq.) | JEFFREY M. ROSENBERG, P.C.<br>Attorney for Issac Gefilhaus<br>15 Engle Street, Suite 207<br>Englewood, New Jersey 07631 |
| CHAPMAN AND CUTLER LLP<br>320 South Canal Street, 27th Floor<br>Chicago, IL 60606<br>Telephone: (312) 845-3000<br>(Attn: Stephen R. Tetro II and Aaron M. Krieger) | KOFFSKY SCHWALB LLC<br>500 Seventh Avenue, 8th Floor<br>New York, NY 10018<br>(Attn: Efrem Schwalb, Esq.) |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(Attn: David Antheil, Esq. and Jason Rubin, Esq.) | MISHMERET TRUST COMPANY LTD.<br>Attn.: Michael Friedman<br>48 DERECH MENACHEM BEGIN<br>TEL AVIV-YAFO, ISRAEL 6618003 |

6

| | |
|---|---|
| Joseph E. Kraus, Esq.<br>Cooperman Lester Miller Carus LLP<br>1129 Northern Boulevard, Suite 402<br>Manhasset, New York 11030 | DCP Kings Point LLC<br>Attn.: Gary Katz<br>360 Hamilton Avenue, Suite 1110<br>White Plains, New York 10601 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346 Philadelphia, PA 19101-7346 | Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>(Attn: Sally Siconolfi, Esq.), |
| Alan H. Katz<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281-2101 | Shalom Jacob<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281-2101 |
| Stephanie Wickouski<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281-2101 | Chelsey Rosenbloom List<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281-2101 |
| Aaron C. Smith<br>LOCKE LORD LLP<br>111 S. Wacker Drive<br>Chicago, Illinois 60606 | PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(Attn.: Kristopher M. Hansen, Nicholas A. Bassett, Jason M. Pierce, Will Clark Farmer) |
| HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>(Attn.: Stephen B. Selbst) | HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>(Attn.: Janice I. Goldberg) |

| | |
|---|---|
| HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>(Attn.: Avery S. Mehlman) | HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>(Attn.: Rodger T. Quigley) |

WEIL:\98840277\1\12817.0007