HERRICK, FEINSTEIN LLP
Avery S. Mehlman
Stephen B. Selbst
Janice I. Goldberg
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
amehlman@herrick.com
sselbst@herrick.com
jgoldberg@herrick.com

*Special Counsel for All Year Holdings Limited,*
*YG WV LLC and Wythe Berry Member LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
In re                                                       :    Chapter 11
                                                            :
ALL YEAR HOLDINGS LIMITED,                                  :    Case No. 21-12051 (MG)
                              Debtor.[1]                    :
                                                            :
                                                            :
Fed. Tax Id. No. 98-1220822                                 :
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

    I, Larisa Poretsky, being duly sworn, depose and say:

        1.     I am employed by Herrick, Feinstein LLP, Special Counsel for All Year Holdings Limited, YG WV LLC and Wythe Berry Member LLC, (the "**Parent Debtor**"), in the above-captioned chapter 11 case (the "**Case**"). I am over the age of 18 and am not a party to this action.

---

[1]    The Parent Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

HF 14675073v.2

2.    On October 8, 2022, I caused the following documents filed in the Case to be served via first class mail on the parties listed on the Service List attached to this Affidavit of Service:

- *Supplemental Declaration of Avery S. Mehlman in Support of Application of Parent Debtor Pursuant to 11 U.S.C. § 327(E), Fed. R. Bankr. P. 2014 and 2016, and L.B.R. 2014-1 and 2016-1 for Authority to Retain and Employ Herrick, Feinstein LLP as Special Litigation Counsel Nunc Pro Tunc to the Petition Date* [ECF No. 235]; and

- *Notice of Presentment and Amended Application Pursuant To 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014 and 2016, and L.B.R. 2014-1 and 2016-1 To Expand Scope of Retention of Herrick, Feinstein LLP as Special Litigation Counsel* [ECF No. 237].

Date:    New York, New York
October 12, 2022

/s/ *Larisa Poretsky*
Larisa Poretsky

Sworn to before me this
12th day of October 2022

/s/ *Annabella Cruz*
Annabella A. Cruz, Notary Public, State of New York,
No: 01CR6400239 Commission Expires: 11/12/2023

2

HF 14675073v.2

## SERVICE LIST

| | |
|---|---|
| **Rick Bruce Antonoff**<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>rantonoff@blankrome.com | **Nicholas A Bassett**<br>Paul Hastings LLP<br>875 15th Street, N.W.<br>Washington, DC 20005<br>nicholasbassett@paulhastings.com |
| **Michael Friedman**<br>Chapman and Cutler LLP<br>1270 Avenue of the Americas, 30th Floor<br>New York, NY 10020<br>friedman@chapman.com | **Matthew Paul Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>matthew.goren@weil.com |
| **Shalom Jacob**<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281-2101<br>sjacob@lockelord.com | **Kizzy L. Jarashow**<br>Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>kjarashow@goodwinlaw.com |
| **Allen G. Kadish**<br>Archer & Greiner, P.C.<br>1211 Avenue of the Americas<br>Suite 2750<br>New York, NY 10036<br>akadish@archerlaw.com | **Alan H Katz**<br>Locke Lord LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281<br>akatz@lockelord.com |
| **Tracy L. Klestadt**<br>Klestadt Winters Jureller Southard & Ste<br>200 West 41st Street, 17th Floor<br>New York, NY 10036-7203<br>tklestadt@klestadt.com | **Samuel S. Kohn**<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br>kohn.sam@dorsey.com |
| **Stuart A. Krause**<br>Zeichner Ellman & Krause LLP<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>skrause@zeklaw.com | **Aaron Maxwell Krieger**<br>Chapman and Cutler LLP<br>111 W. Monroe<br>Chicago, IL 60603<br>akrieger@chapman.com |
| **Ira S Lipsius**<br>Lipsius-BenHaim Law, LLP<br>80-02 Kew Gardens Road. Suite 1030<br>Kew Gardens, NY 11415<br>ilipsius@lipsiuslaw.com | **Jacqueline Marcus**<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153<br>jacqueline.marcus@weil.com |

3

HF 14675073v.2

| **Elliot Moskowitz**<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>elliot.moskowitz@dpw.com | **Christopher J Reilly**<br>Klestadt Winters Jureller Southard &<br>Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036<br>creilly@klestadt.com |
|---|---|
| **Jeffrey M. Rosenberg**<br>Jeffrey M. Rosenberg, P.C.<br>15 Engle Street, Suite 207<br>Englewood, NJ 07631<br>jmr@jmrpclaw.com | **Chelsey Rosenbloom List**<br>Locke Lord LLP, Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281<br>chelsey.list@lockelord.com |
| **Jason Rubin**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>jrubin@akingump.com | **Carey D. Schreiber**<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>cschreiber@winston.com |
| **Efrem Schwalb**<br>Koffsky Schwalb LLC<br>500 Seventh Avenue, 8th Floor<br>New York, NY 10018<br>eschwalb@koffskyschwalb.com | **Andrea Beth Schwartz**<br>Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>andrea.b.schwartz@usdoj.gov<br>USTPRegion02.NYECF@USDOJ.GOV |
| **Nathan Schwed**<br>Zeichner Ellman & Krause<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>nschwed@zeklaw.com | **Artem Skorostensky**<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>askorostensky@goodwinlaw.com |
| **Aaron C. Smith**<br>Locke Lord LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>asmith@lockelord.com | **Stephen Tetro**<br>Chapman and Cutler LLP<br>111 W. Monroe St.<br>Chicago, IL 60603<br>stetro@chapman.com |
| **Stephanie Wickouski**<br>Locke Lord LLP, Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281<br>swickouski@lockelord.com | **Desiree Phymer**<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153<br>Desiree.Phymer@weil.com |

4

HF 14675073v.2