**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
                                                             :
In re                                                        :    **Chapter 11**
                                                             :
**ALL YEAR HOLDINGS LIMITED,**                               :    **Case No. 21-12051 (MG)**
                                                             :
          Debtor.[1]                                         :
                                                             :
Fed. Tax Id. No. 98-1220822                                  :
---------------------------------------------------------------X

**MONTHLY OPERATING REPORT FOR**
**ALL YEAR HOLDINGS LIMITED FOR THE PERIOD FROM**
**SEPTEMBER 1, 2022 THROUGH AND INCLUDING SEPTEMBER 30, 2022**

---

[1]    The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

Manhattan Division

In Re. All Year Holdings Limited                    §        Case No.  21-12051

§

§

Debtor(s)                    §

§                    ☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2022                    Petition Date: 12/14/2021

Months Pending: 10                    Industry Classification: 5  3  1  3

Reporting Method:            Accrual Basis ◉            Cash Basis ○

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):        0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Assaf Ravid

Signature of Responsible Party

Assaf Ravid

Printed Name of Responsible Party

10/17/2022

Date

12 Spencer Street, 3rd Floor, Brooklyn, New York 11205

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name  All Year Holdings Limited | Case No.  21-12051 |
|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $3,226,339 | |
| b. | Total receipts (net of transfers between accounts) | $11,500 | $5,629,855 |
| c. | Total disbursements (net of transfers between accounts) | $899,945 | $7,234,102 |
| d. | Cash balance end of month (a+b+c) | $2,337,894 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $899,945 | $7,234,102 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $2,632,548 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $1,751,784 |
| c. | Inventory     (Book ◯    Market ◯    Other ◉    (attach explanation)) | $0 |
| d | Total current assets | $4,970,441 |
| e. | Total assets | $267,549,292 |
| f. | Postpetition payables (excluding taxes) | $7,775,830 |
| g. | Postpetition payables past due (excluding taxes) | $2,115,699 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $7,775,830 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $557,193,178 |
| n. | Total liabilities (debt) (j+k+l+m) | $564,969,008 |
| o. | Ending equity/net worth (e-n) | $-297,419,716 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $198,465 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $198,465 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $321,169 | |
| f. | Other expenses | $19,494 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $986,414 | |
| k. | Profit (loss) | $-1,128,612 | $-41,997,058 |

Debtor's Name  All Year Holdings Limited                                                        Case No.  21-12051

## Part 5:  Professional Fees and Expenses

|   |   | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $423,552 | $3,968,441 | $423,552 | $3,506,664 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | Weil, Gotshal & Manges LLP | Lead Counsel | $393,821 | $3,168,995 | $393,821 | $2,714,756 |
| ii | Meridian Capital Group, LLC | Other | $0 | $0 | $0 | $0 |
| iii | CFGI, financial advisors | Financial Professional | $0 | $81,470 | $0 | $81,470 |
| iv | Donlin, Recano & Company , In | Other | $0 | $17,663 | $0 | $17,633 |
| v | Bartov & Co. | Special Counsel | $0 | $239,870 | $0 | $239,870 |
| vi | Koffsky Schwalb LLC | Special Counsel | $29,731 | $310,443 | $29,731 | $310,443 |
| vii | Herrick, Feinstein LLP | Special Counsel | $0 | $0 | $0 | $0 |
| viii | Conyers Dill & Pearman | Special Counsel | $0 | $150,000 | $0 | $142,492 |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  All Year Holdings Limited                                                                    Case No.  21-12051

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | $0 | $150,000 | $0 | $133,599 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Archer & Greiner PC | Special Counsel | $0 | $150,000 | $0 | $133,599 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  All Year Holdings Limited                                           Case No.  21-12051

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?    Yes ◉  No ○

d. Are you current on postpetition tax return filings?    Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?    Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ○  No ◉

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ◉

i. Do you have:        Worker's compensation insurance?    Yes ○  No ◉

          If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

        Casualty/property insurance?    Yes ○  No ◉

          If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

        General liability insurance?    Yes ○  No ◉

          If yes, are your premiums current?    Yes ○  No ○  N/A ◉  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○  No ◉

k. Has a disclosure statement been filed with the court?    Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉  No ○

Debtor's Name  All Year Holdings Limited                                                                Case No.  21-12051

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⚪  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⚪  No ⚪  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Assaf Ravid                                                          Assaf Ravid
_____                    _____
Signature of Responsible Party                              Printed Name of Responsible Party

CEO & CRO of All Year Holdings Limited          10/17/2022
_____                    _____
Title                                                                        Date

Debtor's Name  All Year Holdings Limited                                    Case No.  21-12051



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  All Year Holdings Limited                              Case No.  21-12051



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  All Year Holdings Limited

Case No.  21-12051



PageThree



PageFour

In re All Year Holdings Limited

Debtor

Case No. 21-12051 (MG)

Reporting Period: September 1, 2022 - September 30, 2022

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

**BANK ACCOUNTS**

| | Bank Leumi Acct# 9600 | Israel Discount Bank acct# 4214 | Israel Discount Bank acct# 4656 | Signature bank acct# 5176 | CURRENT MONTH ACTUAL |
|---|---|---|---|---|---|
| **Cash beginning of the month** | (0) | 12,774 | 1,918 | 3,211,647 | 3,226,339 |
| **RECEIPTS** | | | | | |
| Inter-Company loans/Distribution | - | | | 11,500 | 11,500 |
| DIP loan | | | | - | - |
| **TOTAL RECEIPTS** | - | - | - | 11,500 | 11,500 |
| **DISBURSEMENTS** | | | | | |
| Professional fees | - | | | 423,553 | 423,553 |
| Trustee fees | - | | - | | - |
| General & Administrative Expenses | - | | | 200,329 | 200,329 |
| Inter-Company loans | (986,414) | | | 275,320 | (711,094) |
| Bank fees | - | 16 | - | - | 16 |
| **TOTAL DISBURSEMENTS** | - | 16 | - | 899,202 | 899,217 |
| | | | | | |
| NET CASH FLOW | - | (16) | - | (887,702) | (887,717) |
| Gain (loss) from exchange rate[1] | | (728) | | | (728) |
| | | | | | |
| CASH – END OF MONTH | (0) | 12,030 | 1,918 | 2,323,945 | 2,337,894 |

[1] The funds in the Debtor's bank account with Israel Discount Bank (acct #4214), which are denominated in NIS and have been converted to USD, were subject to currency fluctuations during the reporting period. The loss from exchange rate reflects the decrease in USD of the account balance as a result of such fluctuation.

**In re** All Year Holdings Limited | **Case No.** 21-12051 (MG)
---|---
**Debtor** | **Reporting Period:** September 1, 2022 - September 30, 2022

### STATEMENT OF OPERATIONS  (Income Statement)

| | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| **OTHER INCOME AND EXPENSES** | | |
| Interest Income | 186,965 | 1,813,497 |
| Distribution/Income from DCP transaction/the William Vale Hotel[1] | 11,500 | 8,053,700 |
| Bank fees/Interest and Loss from exchange rate | (19,494) | (19,494) |
| Other Expense | (321,169) | (3,988,891) |
| Loss from EG I Settlement/DCP Transaction[1],[2] | - | (42,451,751) |
| Net Profit (Loss) Before Reorganization Items | (142,198) | (36,626,060) |
| | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees[3] | (986,414) | (5,345,329) |
| U.S. Trustee Quarterly Fees | - | (38,893) |
| Total Reorganization Expenses | (986,414) | (5,384,222) |
| | | - |
| Net Profit (Loss) | (1,128,612) | (41,997,058) |

[1] Following entry of the Court's order, dated January 25, 2022 [ECF No. 34], approving the comprehensive settlement and restructuring involving All Year Equity Partners, LLC, an indirect non-debtor subsidiary of the Debtor, the respective parties closed on the recapitalization agreement and the other transactions contemplated thereby on February 3, 2022. For purposes of this monthly report, as a result of the closing of these transactions (i) the Debtor received a cash influx in the amount of $432,500 and (ii) the reported residual value of the Debtor's interests in its non-debtor subsidiaries decreased by approximately $39,857,916 in total aggregate amount.

[2] In connection with the settlement between and among the Debtor, the EGM Plan Administrator, and the Mezzanine Lender, as approved by order of the Court dated August 25, 2022 [ECF No. 195], the outstanding balance of the Debtor's intercompany receivables decreased by approximately $2,197,097 during the period, consisting of a $362,500 cash payment to the Debtor pursuant to the settlement agreement and a recorded loss in the amount of $1,834,597.

[3] The amount of Professional Fees is based solely on internal budgets and estimates. No amounts will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case unless authorized pursuant to the Court's order, dated February 10, 2022 [ECF No. 45], or another order of the Court regarding the payment of professional fees.

| In re All Year Holdings Limited | Case No. | 21-12051 (MG) |
|---|---|---|
| **Debtor** | Reporting Period: | September 1, 2022 - September 30, 2022 |

**BALANCE SHEET**

| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Cash & cash equivalents | 2,337,894 | 3,226,339 | 4,022,873 |
| Restricted Cash | | | - |
| Prepayments | 11,741,349 | 11,771,376 | 11,964,046 |
| Other receivable | 21,008,185 | 20,545,899 | 22,461,690 |
| | | | |
| *TOTAL CURRENT ASSETS* | 35,087,428 | 35,543,614 | 38,448,609 |
| | | | |
| OTHER ASSETS | 232,461,864 | 232,461,864 | 272,319,780 |
| | (986,414) | | |
| *TOTAL PROPERTY & EQUIPMENT* | 232,461,864 | 232,461,864 | 272,319,780 |
| | | | |
| *TOTAL ASSETS* | 267,549,292 | 268,005,478 | 310,768,389 |

| Gain (loss) from exchange rate(1) | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Post petition)* | | | |
| DIP Loan | 4,551,475 | 4,532,725 | - |
| Professional Fees[1] | 3,034,749 | 2,471,887 | - |
| Account payable | 189,606 | 98,793 | - |
| | | | |
| *TOTAL POST-PETITION LIABILITIES* | 7,775,830 | 7,103,405 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Debentures[2] | 557,193,178 | 557,193,178 | 564,693,178 |
| *TOTAL LIABILITIES* | 564,969,008 | 564,296,583 | 564,693,178 |
| *OWNERS' EQUITY* | | | |
| *NET OWNERS' EQUITY* | (297,419,716) | (296,291,105) | (253,924,789) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 267,549,292 | 268,005,478 | 310,768,389 |

[1] The amount of Professional Fees is based solely on internal budgets and estimates. No amounts will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case unless authorized pursuant to the Court's order, dated February 10, 2022 [ECF No. 45], or another order of the Court regarding the payment of professional fees.

[2] Wythe Berry Fee Owner LLC, a non-debtor subsidiary of the Debtor, commenced an action against the lessee of the William Vale property ("**Wythe Lessee**") in the New York State Supreme Court, Commercial Division (the "**New York Court**") as a result of, among other things, Wythe Lessee's failure to make required lease payments since February 1, 2021. On February 1, 2022, Wythe Berry Fee Owner and the Wythe Lessee entered into a stipulation, pursuant to which Wythe Lessee paid $7,500,000 to Wythe Berry Fee Owner in accordance with an order entered by the New York Court, which funds were paid to Mishmeret Trust Company Ltd. (the "**Notes Trustee**"), on behalf of the Series C bondholders. The book value of the Notes issued by the Debtor has been reduced to reflect the Notes Trustee's receipt of such funds.

**In re** All Year Holdings Limited

**Debtor**

**Case No.** 21-12051 (MG)

**Reporting Period:** September 1, 2022 - September 30, 2022

### STATUS OF POST-PETITION TAXES

*The Debtor is a pass-through entity for tax purposes and therefore has no tax liability to report.

### SUMMARY OF UNPAID POST-PETITION DEBTS

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Professional Fees [1] | 986,414 | 809,096 | 642,919 | 596,319 | - | 3,034,749 |
| Account payable | 122,242 | 25,651 | 32,326 | 9,388 | - | 189,606 |
| DIP Loan | 4,551,475 | | - | | - | 4,551,475 |
| **Total Post-petition Debts** | 5,660,131 | 834,747 | 675,245 | 605,707 | - | 7,775,830 |

[1] The amount of Professional Fees is based solely on internal budgets and estimates. No amounts will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case unless authorized pursuant to the Court's order, dated February 10, 2022 [ECF No. 45], or another order of the Court regarding the payment of professional fees.

**In re** All Year Holdings Limited

        **Debtor**

**Case No.** 21-12051 (MG)

**Reporting Period:** September 1, 2022 - September 30, 2022

### NOTE RECEIVABLE

|  | Amount |
|---|---|
| Total Note Receivable at the beginning of the reporting period | 15,373,616 |
| Plus: Intercompany loans | 275,320 |
| Plus:  Amounts billed during the period | 125,243 |
| Less:  Evergreen Gardens I | - |
| Less:  Amounts collected during the period | - |
| Total Note Receivable at the end of the reporting period | 15,774,179 |

(*) Amounts collected do not include the security

| Note Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ days | Total |
|---|---|---|---|---|---|
|  | 400,563 | 154,553 | 145,209 | 15,073,854 | 15,774,179 |

**In re** All Year Holdings Limited          **Case No.** 21-12051 (MG)
      **Debtor**                                        **Reporting Period:** September 1, 2022 - September 30, 2022

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|------|------|------|------|
| Assaf Ravid | Payroll & Expenses | $75,000.00 | $752,628.00 |
| Ephraim Diamond | Payroll & Expenses | $50,400.00 | $509,042.98 |
| Yizhar Shimoni | Payroll & Expenses | $0.00 | $170,833.23 |
| Shaul Schneider | Fee | $12,378.00 | $116,154.19 |
| TOTAL PAYMENTS TO INSIDERS | | $137,778.00 | $1,548,658.40 |

| PROFESSIONALS[1] | | | | | |
|------|------|------|------|------|------|
| NAME | | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| Weil, Gotshal & Manges LLP | | 393,821 | 393,821 | 2,714,756 | 1,903,410 |
| CFGI, financial advisors | | - | - | 81,470 | 37,762 |
| Donlin, Recano & Company, Inc. | | - | - | 17,663 | 31,540 |
| Koffsky Schwalb LLC [2] | | 29,731 | 29,731 | 310,443 | 98,959 |
| Bartov & Co [2] | | - | - | 239,870 | 115,012 |
| Conyers Dill & Pearman [2] | | - | - | 142,492 | 285,010 |
| Herrick Feinstein LLP | | - | - | - | 563,056 |
| TOTAL  TO PROFESSIONALS | | **423,553** | **423,553** | **3,506,694** | **3,034,749** |

[1] The amount of Professional Fees is based solely on internal budgets and estimates. No amounts will be paid by the Debtor on account of post-petition services rendered by professionals retained by the Debtor in the Chapter 11 Case unless authorized pursuant to the Court's order, dated February 10, 2022 [ECF No. 45], or another order of the Court regarding the payment of professional fees.

[2] The amount of Professional Fees for Koffsky Schwalb LLC, Bartov & Co. and Conyers Dill & Pearman include amounts incurred while each such firm was employed by the Debtor as an ordinary course professional pursuant to the Court's order, dated February 1, 2022 [ECF No. 41].



14/10/2022

| | |
|---|---|
| **To** ALL YEAR HOLDINGS LIMITED | **Branch** 100 שדרות רוטשילד |
| **Address:** 277 CLASSON AVENUE BROOKLYN | **Address:** שדרות רוטשילד |
| **Account No.:** 129854214 | **Phone:** 0768053740        **Fax:** 0768890100 |
| **Previous Account No.:** 61-00-948725 | **Team:** 4 עסקי        **טל':** 0768053760 |
| | 0768053763 |
| | **מ.עסקים:**        **טל':** |

# Foreign Currency

## USD1,878.36

Estimated balance in foreign currency accounts future transactions excluded

| Other currency account details | | | | |
|---|---|---|---|---|
| Account number | Balance in currency | Estimated balance in NIS | Exchange rate | IBAN & Account Details |
| USD-0129854656 | 1,878.36 $ | 6,662.54 ₪ | 3.547 | Show |

| Date | Value date | Description | Reference | Credit/debit $ | NIS Balance $ |
|---|---|---|---|---|---|
| 02/10/2022 | 30/09/2022 | TRANSACTION REGISTRATION FEE IN FC | 1196 | 2.35- | 1,878.36 |
| 02/10/2022 | 02/10/2022 | MAN.FEES FOR 01/10/22-31/12/22 | 1195 | 37.50- | 1,880.71 |
| 01/09/2022 | 31/08/2022 | TRANSACTION REGISTRATION FEE IN FC | 1194 | 2.35- | 1,918.21 |
| 01/08/2022 | 31/07/2022 | TRANSACTION REGISTRATION FEE IN FC | 1193 | 2.35- | 1,920.56 |

All of the transactions in the range you selected are displayed

The balance presented may not include some of the online transactions carried out over the last business day.
Exchange rates are updated Monday to Thursday at 15:00 and Fridays at 13:00. Please note: There are no updates on weekends and on public holidays.

**We are available to serve you 24/7 on the digital channels, and at the telebank at *6111 during operating hours**



14/10/2022

| **To** ALL YEAR HOLDINGS LIMITED | **Branch**     100          שדרות רוטשילד |
|---|---|
| **Address:** 277 CLASSON AVENUE BROOKLYN | **Address:** שדרות רוטשילד |
| **Account No.:** 129854214 | **Phone:** 0768053740     **Fax:** 0768890100 |
| **Previous Account No.:** 61-00-948725 | **Team:** 4 עסקי     טל: 0768053760 |
| | 0768053763 |
| | מ.עסקים:            טל': |

## Account Summary

As of value date 14/10/22

---

# Consolidated balances

Available transaction balance₪42,310.68

Credit framework

Current account balance

## ₪42,310.68

| Foreign currency | Liabilities | Deposits and savings | Securities portfolio | Future credits |
|---|---|---|---|---|
| $1,878.36 | ₪0.00 | ₪0.00 | ₪0.00 | The account has no future credits |

---

# Recent transactions

Current account balance

## ₪42,310.68

| Action date | Description of transaction | NIS credit/debit | NIS balance |
|---|---|---|---|
| 13/10/22 | COMM CONFIRM OF BALANCE | 55.00- | 42,310.68 |
| 02/10/22 | MAN.FEES FOR 01/10/22-31/12/22 | 258.00- | 42,365.68 |
| 07/09/22 | COMM CONFIRM OF BALANCE | 55.00- | 42,623.68 |
| 11/08/22 | COMM CONFIRM OF BALANCE | 55.00- | 42,678.68 |
| 12/07/22 | COMM CONFIRM OF BALANCE | 55.00- | 42,733.68 |
| 01/07/22 | MAN.FEES FOR 01/07/22-30/09/22 | 258.00- | 42,788.68 |
| 07/06/22 | COMM CONFIRM OF BALANCE | 55.00- | 43,046.68 |
| 06/05/22 | COMM CONFIRM OF BALANCE | 55.00- | 43,101.68 |

---

# Foreign currency

Other currencies balances (future transactions excluded)

## 1,878.36 USD

| Account | The Balance | | NIS Balance |
|---|---|---|---|
| 0129854656 | 1,878.36 | USD | ₪6,662.54 |

---

# Credit card charges

Next credit card charges Previous credit card charges

--

**הוספת נתונים נוספים לתצוגה**

Would you like to add information about the account to this page?

Just click here

In any case of a contradiction between the above data and those recorded in the Bank's books, the Bank's books will prevail

The current account balance presented may not include some of the online transactions carried out over the course of the last business day

Credit cards - The next credit card billing amount is not final, as it does not include purchases not yet reported by businesses. In addition, in foreign currency transactions with a future billing date, the exchange rate will be set on the billing date. CAL is responsible for the information

Securities - trading data are presented at a delay and the value of securities denominated in foreign currency is translated into NIS according to the Bank's low transfer and checks rate. In addition, the information presented in foreign currency deposits is correct as of the current business day, subject to the receipt of the data in the Bank's computers

Deposits and savings - the information presented in NIS deposits, savings plans and structured deposits is correct as of the current business day, subject to the receipt of the data in the Bank's computers

**We are available to serve you 24/7 on the digital channels, and at the telebank at \*6111 during operating hours**

# SIGNATURE BANK

565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                      Statement Period
                                      From September 01, 2022
                                      To   September 30, 2022
                                      Page     1 of      6

                                      PRIVATE CLIENT GROUP 161
                                      565 FIFTH AVENUE
                                      NEW YORK, NY 10017
```

```
        ALL YEAR HOLDINGS LIMITED DIP          8-161
        CASE#21 12051
        199 LEE AVE STE 693
        BROOKLYN NY  11211              999
```

See Back for Important Information

Primary Account: 1504705176          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1504705176 | BANKRUPTCY CHECKING | 3,211,646.69 | 2,323,944.97 |
| | RELATIONSHIP     TOTAL | | 2,323,944.97 |

*Signature*  | SIGNATURE BANK

```
                                          Statement Period
                                          From September 01, 2022
                                          To   September 30, 2022
                                          Page    2 of    6

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017
```

```
        ALL YEAR HOLDINGS LIMITED DIP         8-161
        CASE#21 12051
        199 LEE AVE STE 693
        BROOKLYN NY  11211              999
                                          See Back for Important Information
```

                                          Primary Account: 1504705176         0

BANKRUPTCY CHECKING          1504705176

Summary

| | | |
|---|---|---:|
| Previous Balance as of September 01, 2022 | | 3,211,646.69 |
| 1 Credits | | 11,500.00 |
| 19 Debits | | 899,201.72 |
| Ending Balance as of   September 30, 2022 | | 2,323,944.97 |

Deposits and Other Credits
Sep 27  DEPOSIT                                                           11,500.00

Withdrawals and Other Debits
Sep 01  OUTGOING WIRE                                                     10,000.00
        REF#  20220901B6B7261F002536
        TO:  Yizhar Shimoni             ABA:   021000021
        BANK: JPMORGAN CHASE BANK, NA   ACCT# 978819602
        OBI: AYH - September Invoice
        OBI:
        OBI:
Sep 01  OUTGOING WIRE                                                     12,378.00
        REF#  20220901B6B7261F002902
        TO:   Shaul Schneider           ABA:   IDBLILITX
        BANK: ISRAEL DISCOUNT BANK LTD. ACCT# IL060110140000
        OBI: AYH - Invoice 01/000169
        OBI:
        OBI:
Sep 01  OUTGOING WIRE                                                     50,400.00
        REF#  20220901B6B7261F002535
        TO:   Arbel Capital Advisors    ABA:   021000089
        BANK: CITIBANK, N.A.            ACCT# 6794027367
        OBI: AYH - September Invoice
        OBI:
        OBI:
Sep 01  OUTGOING WIRE                                                     75,000.00
```

*Signature*  | SIGNATURE BANK

```
                                          Statement Period
                                          From September 01, 2022
                                          To   September 30, 2022
                                          Page     3 of      6

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


        ALL YEAR HOLDINGS LIMITED DIP          8-161
        CASE#21 12051
        199 LEE AVE STE 693
        BROOKLYN NY  11211              999
                                          See Back for Important Information


                                          Primary Account: 1504705176          0


 Date            Description
        REF#  20220901B6B7261F002533
        TO:   Circle Investments LLC         ABA:   021000021
        BANK: JPMORGAN CHASE BANK, NA    ACCT# 00000016758521
        OBI:  AYH - September Invoice
        OBI:
        OBI:
 Sep 07 OUTGOING WIRE                                                  1,830.67
        REF#  20220907B6B7261F001567
        TO:   Manpower Language Solutions    ABA:   LUMIILITX
        BANK: BANK LEUMI LE ISRAEL B.M.   ACCT# 31010817000001
        OBI:  AYH - Invoice No. A-423991
        OBI:
        OBI:
 Sep 08 OUTGOING WIRE                                                  1,170.00
        REF#  20220908B6B7261F004788
        TO:   U.S. Real Estate Representation Lt ABA:  IDBLILITX
        BANK: ISRAEL DISCOUNT BANK LTD.     ACCT# IL800111000000
        OBI:  AYH - Invoice No. 070675
        OBI:
        OBI:
 Sep 08 OUTGOING WIRE                                                 10,000.00
        REF#  20220908B6B7261F004417
        TO:   West Tremont Housing LLC        ABA:   021407912
        BANK: CAPITAL ONE, NA            ACCT# 4670290711
        OBI:  AYH - September 2022 Mortgage Shortfall
        OBI:
        OBI:
 Sep 09 OUTGOING WIRE                                                  1,500.00
        REF#  20220909B6B7261F005610
        TO:   30 Driggs LLC                   ABA:   021407912
        BANK: CAPITAL ONE, NA            ACCT# 4670290078
        OBI:  AYH - September 2022 Mortgage Shortfall Coverage
        OBI:
        OBI:
 Sep 09 OUTGOING WIRE                                                  2,000.00
        REF#  20220909B6B7261F005612
        TO:   48 Wilson LLC                   ABA:   021407912
        BANK: CAPITAL ONE, NA            ACCT# 4670290084
        OBI:  AYH - September 2022 Mortgage Shortfall Coverage
```

```
                                          Statement Period
                                          From September 01, 2022
                                          To   September 30, 2022
                                          Page    4 of    6

                                          PRIVATE CLIENT GROUP 161
                                          565 FIFTH AVENUE
                                          NEW YORK, NY 10017


          ALL YEAR HOLDINGS LIMITED DIP        8-161
          CASE#21 12051
          199 LEE AVE STE 693
          BROOKLYN NY  11211              999
                                          See Back for Important Information


                                          Primary Account: 1504705176        0
```

| Date | Description | |
|---|---|---:|
| | OBI: | |
| | OBI: | |
| Sep 09 | OUTGOING WIRE | 2,700.00 |
| | REF# 20220909B6B7261F005611 | |
| | TO:   300 Troutman LLC                ABA:   021407912 | |
| | BANK: CAPITAL ONE, NA            ACCT# 4670290645 | |
| | OBI:  AYH - September 2022 Mortgage Shortfall Coverage | |
| | OBI: | |
| | OBI: | |
| Sep 09 | OUTGOING WIRE | 6,000.00 |
| | REF# 20220909B6B7261F005613 | |
| | TO:   360 Decatur LLC                ABA:   021407912 | |
| | BANK: CAPITAL ONE, NA            ACCT# 4670291029 | |
| | OBI:  AYH - September 2022 Mortgage Shortfall Coverage | |
| | OBI: | |
| | OBI: | |
| Sep 09 | OUTGOING WIRE | 16,084.62 |
| | REF# 20220909B6B7261F004580 | |
| | TO:   IDF Properties LLC              ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA        ACCT# 700566008 | |
| | OBI:  AYH - Payroll 9.8.22 | |
| | OBI: | |
| | OBI: | |
| Sep 14 | OUTGOING WIRE | 17,881.00 |
| | REF# 20220914B6B7261F005936 | |
| | TO:   Interpath (BVI) Limited        ABA:   FCIBVGVGX | |
| | BANK: FIRSTCARIBBEAN INTERNATIONAL BAN  ACCT# 2345138348 | |
| | OBI:  AYH - Invoice 54614 | |
| | OBI: | |
| | OBI: | |
| Sep 14 | OUTGOING WIRE | 180,853.50 |
| | REF# 20220914B6B7261F005938 | |
| | TO:   Weil, Gotshal and Manges LLP      ABA:   021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA        ACCT# 015837430 | |
| | OBI:  AYH - Payment of Invoice 2022006387 made on behalf of | |
| | OBI:  YG WV LLC | |
| | OBI: | |
| Sep 21 | OUTGOING WIRE | 15,584.61 |
| | REF# 20220921B6B7261F002888 | |

*Signature*  |  SIGNATURE BANK

Statement Period
From September 01, 2022
To   September 30, 2022
Page    5 of    6

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ALL YEAR HOLDINGS LIMITED DIP          8-161
CASE#21 12051
199 LEE AVE STE 693
BROOKLYN NY  11211              999

See Back for Important Information

Primary Account: 1504705176          0

| Date | Description | |
|---|---|---|
| | TO:  IDF Properties LLC          ABA:  021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA       ACCT# 700566008 | |
| | OBI:  AYH – Payroll 9.22.22 | |
| | OBI: | |
| | OBI: | |
| Sep 21 | OUTGOING WIRE | 393,821.22 |
| | REF#  20220921B6B7261F002887 | |
| | TO:   Weil, Gotshal and Manges LLP    ABA:  021000021 | |
| | BANK: JPMORGAN CHASE BANK, NA       ACCT# 015837430 | |
| | OBI:  AYH – July Invoice | |
| | OBI: | |
| | OBI: | |
| Sep 28 | OUTGOING WIRE | 68,000.00 |
| | REF#  20220928B6B7261F003337 | |
| | TO:   648 Myrtle Avenue LLC       ABA:  021407912 | |
| | BANK: CAPITAL ONE, NA            ACCT# 4670290633 | |
| | OBI:  AYH – 2nd Mortgage Modification Coverage | |
| | OBI: | |
| | OBI: | |
| Sep 29 | OUTGOING WIRE | 4,266.67 |
| | REF#  20220929B6B7261F003215 | |
| | TO:   360 Decatur LLC           ABA:  021407912 | |
| | BANK: CAPITAL ONE, NA            ACCT# 4670291029 | |
| | OBI:  AYH – SD + Violation | |
| | OBI: | |
| | OBI: | |
| Sep 29 | OUTGOING WIRE | 29,731.43 |
| | REF#  20220929B6B7261F003216 | |
| | TO:   Koffsky Schwalb LLC         ABA:  021000089 | |
| | BANK: CITIBANK, N.A.            ACCT# 4986231080 | |
| | OBI:  AYH – August Invoice | |
| | OBI: | |
| | OBI: | |

SIGNATURE BANK

Statement Period
From September 01, 2022
To   September 30, 2022
Page     6 of     6

PRIVATE CLIENT GROUP 161
565 FIFTH AVENUE
NEW YORK, NY 10017

ALL YEAR HOLDINGS LIMITED DIP          8-161
CASE#21 12051
199 LEE AVE STE 693
BROOKLYN NY  11211               999

See Back for Important Information

Primary Account: 1504705176          0

Daily Balances

| | | | |
|---|---|---|---|
| Aug 31 | 3,211,646.69 | Sep 14 | 2,823,848.90 |
| Sep 01 | 3,063,868.69 | Sep 21 | 2,414,443.07 |
| Sep 07 | 3,062,038.02 | Sep 27 | 2,425,943.07 |
| Sep 08 | 3,050,868.02 | Sep 28 | 2,357,943.07 |
| Sep 09 | 3,022,583.40 | Sep 29 | 2,323,944.97 |