WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Matthew P. Goren

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
In re                                                               :        Chapter 11
:
**ALL YEAR HOLDINGS LIMITED,**           :        Case No. 21-12051 (MG)
:
Debtor.[1]                                                      :
:
**Fed. Tax Id. No. 98-1220822**                   :
------------------------------------------------------------X

**NOTICE OF FILING OF SECOND AMENDED CHAPTER 11 PLAN
OF REORGANIZATION OF ALL YEAR HOLDINGS LIMITED
AND SECOND SUPPLEMENT TO DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that on May 31, 2022, All Year Holdings Limited, as debtor and debtor in possession (the "**Debtor**") in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), filed the (i) the *Chapter 11 Plan of Reorganization of All Year Holdings Limited* [ECF No. 123] (as may be modified, amended, or supplemented from time to time, and together with all exhibits and schedules thereto, the "**Plan**"), (ii) the *Disclosure Statement for Chapter 11 Plan of Reorganization of All Year Holdings Limited* [ECF No. 124] (as amended on July 15, 2022 [ECF No. 151] and July 20, 2022 [ECF No. 160, Ex. A], and as may be further modified, amended, or supplemented from time to time, and together with all exhibits and schedules thereto, the "**Disclosure Statement**"), and (iii) a motion seeking approval of the

---

[1]   The Debtor's principal offices are located at 199 Lee Avenue, Suite 693, Brooklyn, New York 11211.

Disclosure Statement and related solicitation, voting, and tabulation procedures [ECF No. 125] (the "**Solicitation Procedures Motion**").[2] By order dated July 22, 2022 [ECF No. 160] (the "**Solicitation Procedures Order**"), the Bankruptcy Court approved the Disclosure Statement and the other relief requested in the Solicitation Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that on September 15, 2022, the Debtor filed the *Amended Chapter 11 Plan of Reorganization of All Year Holdings Limited* [ECF No. 214] (the "**First Amended Plan**"). That same date, the Debtor filed the *Supplement to Second Amended Disclosure Statement for Chapter 11 Plan of Reorganization of All Year Holdings Limited* [ECF No. 215] (the "**First Disclosure Statement Supplement**"). In accordance with the Solicitation Procedures Order, the First Disclosure Statement Supplement was deemed approved, pursuant to section 1125 of the Bankruptcy Code, on September 22, 2022.

**PLEASE TAKE FURTHER NOTICE** that on November 4, 2022, the Debtor filed the *Second Amended Chapter 11 Plan of Reorganization of All Year Holdings Limited* [ECF No. 256] (the "**Second Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that on November 4, 2022, in accordance with Paragraph 4 of the Solicitation Procedures Order, the Debtor filed the Second Supplement to the Disclosure Statement [ECF No. 257] (collectively, the "**Second Disclosure Statement Supplement**") to provide notice to creditors and other parties in interest of the modifications set forth in the Second Amended Plan and certain other updates regarding the Chapter 11 Case. A redline showing the modifications to the First Amended Plan as reflected in the Second Amended Plan is annexed as an exhibit to the Second Disclosure Statement Supplement.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Disclosure Statement or the Amended Plan, as applicable.

2

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Paragraph 4 of the Solicitation Procedures Order, if no party objects to the Second Supplemental Disclosure Materials within seven (7) days of the date hereof, such Second Disclosure Statement Supplement shall be deemed approved pursuant to section 1125 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Second Amended Plan (the "**Confirmation Hearing**") will be held on **January 10 and 11, 2023 at 9:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 523, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE that, due to the COVID-19 pandemic, the Confirmation Hearing will be conducted using Zoom for Government. Parties should not appear in person and those wishing to appear or participate at the Confirmation Hearing (whether "live" or "listen only") must make an electronic appearance prior to 4:00 p.m. (Prevailing Eastern Time) on the business day before the Confirmation Hearing by using the following link: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.**

Dated: November 4, 2022
      New York, New York

                    /s/ *Matthew P. Goren*
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007
                    Gary T. Holtzer
                    Matthew P. Goren

                    *Attorneys for the Debtor*