| Fill in this information to identify the case: |
|---|
| Debtor Name <u>All Year Holdings Limited</u> |
| United States Bankruptcy Court for the: <u>Southern District of New York</u> |
| Case number:    <u>21-12051 (MG)</u> |

## Official Form 426

## Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of September 30, 2022 on the value, operations, and profitability of those entities in which All Year Holdings Limited (the "Debtor") holds a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

The Debtor holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See Exhibit A-1 | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

| Debtor Name | All Year Holdings Limited | Case number | 21-12051 (MG) |

**The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

**For non-individual Debtors:**

✖ /s/ Assaf Ravid
Signature of Authorized Individual

Assaf Ravid – CEO & CRO of All Year Holdings Limited
Printed name of Authorized Individual

Date   02 /17 / 2023
         MM/ DD /YYYY

**For individual Debtors:**

✖ _____
Signature of Debtor 1

_____
Printed name of Debtor 1

Date _____
       MM/ DD /YYYY

✖ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
       MM/ DD /YYYY

Debtor Name    All Year Holdings Limited                    Case number    21-12051 (MG)

**Exhibit A: Financial Statements for Each of the Controlled Non-Debtor Entities**

| Debtor Name | All Year Holdings Limited | Case number | 21-12051 (MG) |

### Exhibit A-1: Balance Sheet for Each of the Controlled Non-Debtor Entities as of September 30, 2022

Source is the books and records of the Debtor and the Controlled Non-Debtor Entities. To the best of the Debtor's knowledge and belief, the following represents the most current information on the value of the Debtor's interest in each of the Controlled Non-Debtor Entities.[1]

| No. | Name of Controlled Entity | Interest of Debtor | Value of Debtor's Interest[2,3] |
|---|---|---|---|
| 1 | 101 Quincy LLC | 50% | $ 1,400,115.65 |
| 2 | 1012 Willoughby Avenue LLC | 50% | $ 593,574.67 |
| 3 | 1044 Flushing Avenue LLC | 100% | $ 889,052.19 |
| 4 | 1055 Dean LLC | 100% | $ 1,809,073.00 |
| 5 | 1058 Bergen Street LLC | 50% | $ 682,478.52 |
| 6 | 1088 Bedford Ave LLC | 50% | $ 653,646.17 |
| 7 | 1136 Willoughby LLC | 100% | $ 569,084.64 |
| 8 | 1159 Dean LLC | 50% | $ 934,655.14 |
| 9 | 1221 Atlantic Avenue LLC | 100% | $ 1,220,349.55 |
| 10 | 125 Leonard LLC & 133-135 Leonard LLC | 50% | $ 1,960,525.90 |
| 11 | 132 Havemeyer St LLC | 50% | $ 2,200,435.75 |
| 12 | 132A Stanhope LLC | 17% | $ 191,550.45 |
| 13 | 1358 Dekalb LLC | 50% | $ 462,030.79 |
| 14 | 136 Kingsland LLC | 50% | $ 344,156.14 |
| 15 | 1361 Greene LLC | 50% | $ 636,051.77 |
| 16 | 1418 Putnam Avenue LLC | 100% | $ 771,658.65 |
| 17 | 1420 Putnam Avenue LLC | 100% | $ 670,842.28 |
| 18 | 143 N8 C3 Realty Investors LLC | 100% | $ 1,659,453.80 |
| 19 | 145 Driggs LLC | 50% | $ 85,516.05 |
| 20 | 161 Meserole LLC | 50% | $ 581,532.83 |
| 21 | 161 Troutman LLC | 50% | $ 251,057.81 |
| 22 | 163 Troutman Realty LLC | 100% | $ 692,171.53 |
| 23 | 165 Central Avenue Realty LLC | 50% | $ 322,899.66 |

---

[1] Balance Sheets for each Controlled Non-Debtor Entity will be made available to the US Trustee's office upon request.

[2] The value of the Debtor's interest in each of the Controlled Non-Debtor Entities reflects the Debtor's share of the net equity value of each of the Controlled Non-Debtor Entities before liquidation costs, which has been calculated based on the Debtor's most recent appraisal values of the properties directly or indirectly owned by such Controlled Non-Debtor Entities as of December 31, 2021, except for 430 Albee Square LLC which is as of September 2021 and Ralph & Ralph Properties LLC which is as of September 30, 2022.

[3] The value of the Debtor's interests in the Controlled Non-Debtor Entities excludes intercompany loans between the Debtor and the Controlled Entities in a net amount of $2.19 million.

| Debtor Name | All Year Holdings Limited | Case number | 21-12051 (MG) | |
|---|---|---|---|---|
| 24 | 166 Harman Realty LLC | **100%** | $ | 706,356.27 |
| 25 | 170 Knickerbocker LLC | **50%** | $ | 425,279.72 |
| 26 | 189 Menahan LLC | **67%** | $ | 200,761.35 |
| 27 | 192 BSD Realty LLC | **50%** | $ | 430,828.20 |
| 28 | 198 Scholes LLC | **65%** | $ | 557,844.01 |
| 29 | 199 Weirfield LLC | **50%** | $ | 377,702.23 |
| 30 | 212-214 Grand LLC | **50%** | $ | 1,279,733.18 |
| 31 | 215 Himrod LLC | **50%** | $ | 359,165.92 |
| 32 | 222 Stanhope II LLC | **50%** | $ | 827,349.57 |
| 33 | 226 Troutman LLC | **50%** | $ | 499,290.22 |
| 34 | 231 Jefferson LLC | **100%** | $ | 923,417.88 |
| 35 | 233 Jefferson LLC | **100%** | $ | 969,678.81 |
| 36 | 236 Meserole LLC | **50%** | $ | 963,955.17 |
| 37 | 238 Troutman LLC | **75%** | $ | 828,264.84 |
| 38 | 242 Troutman LLC | **75%** | $ | 727,334.95 |
| 39 | 247 Troutman LLC | **50%** | $ | 451,454.08 |
| 40 | 252 Grand LLC | **50%** | $ | 1,131,068.67 |
| 41 | 254 Palmetto Street LLC | **100%** | $ | 392,278.58 |
| 42 | 259 Evergreen Realty LLC | **100%** | $ | 951,697.44 [4] |
| 43 | 271 Metropolitan LLC | **58%** | $ | 8,194,169.59 |
| 44 | 273 Driggs LLC | **50%** | $ | 818,925.12 |
| 45 | 273 Skillman St LLC | **100%** | $ | 1,081,577.50 |
| 46 | 274 Jefferson LLC | **50%** | $ | 933,086.45 |
| 47 | 277 Classon LLC | **100%** | $ | 1,712,868.26 |
| 48 | 28 Wilson LLC | **50%** | $ | 527,477.54 |
| 49 | 283 Nostrand Ave Realty LLC | **50%** | $ | 497,067.01 |
| 50 | 30 Driggs LLC | **50%** | $ | 451,277.85 |
| 51 | 300 Troutman LLC | **90%** | $ | 371,174.61 |
| 52 | 305 Grand LLC | **50%** | $ | 432,910.66 |
| 53 | 307 Devoe LLC | **100%** | $ | 751,536.44 [5] |
| 54 | 311 Melrose LLC | **100%** | $ | 882,543.74 |
| 55 | 335 St. Nicholas LLC | **100%** | $ | 1,238,032.39 |
| 56 | 360 Decatur LLC | **67%** | $ | 866,569.53 |
| 57 | 3609 15th Avenue LLC | **100%** | $ | 756,238.00 |
| 58 | 3611 15th Avenue LLC | **50%** | $ | 333,930.44 |
| 59 | 378 Lewis LLC | **100%** | $ | 2,217,485.34 |
| 60 | 392 St Marks LLC | **50%** | $ | 2,399,965.56 |
| 61 | 401 Suydam LLC | **50%** | $ | 347,221.78 |

---

[4] At management's discretion, the value of the Debtor's interest in 259 Evergreen Realty LLC has been reduced by $951,697.44. Such reduction reflects a potential reduction in ownership percentage as a result of information obtained by the Debtor.

[5] At management's discretion, the value of the Debtor's interest in 307 Devoe LLC has been reduced by $751,536.44. Such reduction reflects a potential reduction in ownership percentage as a result of information obtained by the Debtor.

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page **5**

WEIL:\98460113\8\99910.F374

| Debtor Name | All Year Holdings Limited | Case number | 21-12051 (MG) | |
|---|---|---|---|---|
| 62 | 430 Albee Square LLC | 100% | $ | 1,523,192.87 [6] |
| 63 | 461 Park Place LLC | 75% | $ | 1,337,453.34 |
| 64 | 469 Park LLC | 75% | $ | 1,305,556.63 |
| 65 | 473 Park Pl LLC | 50% | $ | 743,409.09 |
| 66 | 48 Wilson LLC | 50% | $ | 491,508.97 |
| 67 | 506 Dekalb LLC | 100% | $ | 1,945,604.24 |
| 68 | 54 Lewis LLC | 100% | $ | 820,978.45 |
| 69 | 57-59 Grand St LLC | 50% | $ | 1,173,578.89 |
| 70 | 574 Broadway LLC | 50% | $ | 861,798.82 |
| 71 | 591 Franklin LLC | 100% | $ | 1,355,218.54 |
| 72 | 648 Myrtle Ave LLC | 100% | $ | 500,000.00 [7] |
| 73 | 65 Kent Mezz LLC | 100% | $ | 1,489,575.91 |
| 74 | 654 Park Place LLC | 50% | $ | 873,582.78 |
| 75 | 679 681 Classon Ave LLC | 50% | $ | 580,585.40 |
| 76 | 69 Stockholm Realty LLC | 50% | $ | 586,291.05 |
| 77 | 690 Prospect Place LLC | 50% | $ | 1,383,494.15 |
| 78 | 694 Franklin Avenue LLC | 50% | $ | 886,433.02 |
| 79 | 697 Prospect Pl LLC | 100% | $ | 924,386.76 |
| 80 | 71 Wilson LLC | 50% | $ | 555,094.80 |
| 81 | 716 Jefferson Ave LLC | 50% | $ | 918,409.33 |
| 82 | 778 Lincoln Place LLC | 50% | $ | 777,930.39 |
| 83 | 78 Havemeyer LLC | 50% | $ | 1,917,680.22 |
| 84 | 79 South 6th Street LLC | 50% | $ | 1,063,413.28 |
| 85 | 82 Jefferson LLC | 50% | $ | 1,721,574.64 |
| 86 | 871 Grand LLC | 50% | $ | 803,715.40 |
| 87 | 90 Wilson LLC | 100% | $ | 720,059.52 |
| 88 | 916 Madison St LLC | 50% | $ | 480,852.46 |
| 89 | A & M Park Place Enterprises LLC | 50% | $ | 1,331,804.01 |
| 90 | All Year Holdings LLC | 100% | $ | 0.00 [8] |
| 91 | Bedford Living, LLC | 50% | $ | 728,013.52 |
| 92 | Dodworth Enterprise LLC | 60% | $ | 720,349.12 |
| 93 | Grove Palace LLC | 100% | $ | 710,157.92 |
| 94 | Gunther Apartments Corp | 100% | $ | 604,288.24 |

---

[6] The total equity in 430 Albee Square LLC includes preferred equity in the amount of $42,945,000 in its subsidiary entity, Spencer Albee Equities LLC.  The preferred equity is held by a third party, and represents a reduction in equity allocable to the Debtor.

[7] The equity value of 648 Myrtle Ave LLC has been discounted by $1,170,512 to account for an ongoing tenancy dispute that impacts the profitability of two of the units at the property.

[8] Following the prior 2015.3 report filed on August 3, 2022 [ECF No. 169], the Company revised its remaining equity valuation to account for the sale of 455-479 Smith Street, Brooklyn, New York, the property owned by Smith Street Owner LLC, an indirect non-debtor subsidiary of All Year Holdings LLC.  Accordingly, the amount of All Year Holdings LLC's equity value has been reduced to $0.

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page **6**

WEIL:\98460113\8\99910.F374

| Debtor Name | All Year Holdings Limited | Case number | 21-12051 (MG) | |
|---|---|---|---|---|
| 95 | Harman Towers LLC | **50%** | $ | 789,949.23 |
| 96 | Hudson View Realty LLC | **50%** | $ | 2,207,238.55 |
| 97 | Knickerbocker St Holdings LLC | **75%** | $ | 2,905,086.02 |
| 98 | Lavan Equities LLC | **50%** | $ | 549,429.25 |
| 99 | Ralph & Ralph Properties LLC | **50%** | $ | 700,000.00 [9] |
| 100 | The Henrica Group LLC | **100%** | $ | 886,571.54 |
| 101 | The Troutman Residence LLC | **100%** | $ | 609,660.31 |
| 102 | TLG North LLC | **100%** | $ | 8,086,875.96 [10,11] |
| 103 | West Tremont Housing LLC | **100%** | $ | 825,172.10 |
| 104 | WWW 888 Realty Inc. | **100%** | $ | 1,026,784.05 |
| 105 | Y & M Management LLC | **75%** | $ | 917,608.91 [12] |
| 106 | YG WV LLC | **100%** | $ | - |

---

[9] The mortgage on the property owned by Ralph & Ralph Properties LLC, 194 Ralph Avenue, Brooklyn, NY, has matured and the lender has commenced a foreclosure proceeding. At management's discretion, the value of the Debtor's interest has been discounted by $267,347.89.

[10] The total equity in TLG North LLC includes preferred equity in the amount of $31,974,000 in its subsidiary entity, The North Flats LLC. The preferred equity is held by a third party, and represents a reduction in equity allocable to the Debtor.

[11] The total equity in TLG North LLC was calculated by increasing TLG North LLC's common equity amount in its subsidiary entity, The North Flats LLC, of $207,903 by $7,879,000 to account for amounts loaned by the Debtor to The North Flats LLC.

[12] At management's discretion, the value of the Debtor's interest in Y & M Management LLC has been reduced by $125,128.49. Such reduction reflects a potential reduction in ownership percentage as a result of information obtained by the Debtor.

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page **7**

WEIL:\98460113\8\99910.F374

| Debtor Name | All Year Holdings Limited | Case number | 21-12051 (MG) |

**Exhibit A-2: Statement of Income (*Loss*) for each of the Controlled Non-Debtor Entities as of September 30, 2022**

Source is the books and records of the Debtor and the Controlled Non-Debtor Entities.[13]

---

[13] Statements of Income (Loss) for each Controlled Non-Debtor Entity will be made available to the US Trustee's office upon request.

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page **8**

WEIL:\98460113\8\99910.F374

Debtor Name   <u>All Year Holdings Limited</u>   Case number   <u>21-12051 (MG)</u>

**Exhibit A-3: Statement of Cash Flows for the Controlled Non-Debtor Entities**

To the best of the Debtor's knowledge and belief, the Controlled Non-Debtor Entities have not historically produced cash flow statements.

Debtor Name   <u>All Year Holdings Limited</u>                              Case number   <u>21-12051 (MG)</u>

| | **Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for the Controlled Non-Debtor Entities** |

To the best of the Debtor's knowledge and belief, the Controlled Non-Debtor Entities have not historically produced such a report. The estimated value of the Debtor's equity interest in each Controlled Non-Debtor Entity, based on the Debtor's most recent appraisal values as of December 31, 2021, except for 430 Albee Square LLC which is as of September 2021 and Ralph & Ralph Properties LLC which is as of September 30, 2022, is reported in Exhibit A-1 above.

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page **10**

WEIL:\98460113\8\99910.F374

Debtor Name   <u>All Year Holdings Limited</u>                                Case number   <u>21-12051 (MG)</u>

 **Exhibit B: Description of Operations for the Controlled Non-Debtor Entities**

Each of the Controlled Non-Debtor Entities directly or indirectly owns and operates residential and commercial properties. Substantially all of the properties are located in Brooklyn, New York.

The Debtor's interest in each of the Controlled Non-Debtor Entities as reported in Exhibit A-1 above was derived from the most recent Operating Agreement for each of the Controlled Non-Debtor Entities.

Debtor Name    All Year Holdings Limited          Case number    21-12051 (MG)

## Exhibit C: Description of Intercompany Claims

To the best of the Debtor's knowledge and belief, there are no claims between the Controlled Non-Debtor Entities.

Debtor Name    All Year Holdings Limited                              Case number    21-12051 (MG)

 **Exhibit D: Allocation of Tax Liabilities and Assets**

To the best of the Debtor's knowledge and belief, none of the Controlled Non-Debtor Entities are parties to any tax sharing agreements. The Debtor and each of the Controlled Non-Debtor Entities are pass-through entities for tax purposes.

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page 13

WEIL:\98460113\8\99910.F374

| Debtor Name | All Year Holdings Limited | Case number | 21-12051 (MG) |

  **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

To the best of the Debtor's knowledge and belief, none of the Controlled Non-Debtor Entities have made payments on account of any claims, administrative expenses or professional fees that have been or could be asserted against the Debtor, or have incurred any obligations to make such payments.