LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
Telephone: (212) 415-8600
Facsimile: (212) 303-2754
Shalom Jacob
Alan H. Katz

*Attorneys for Paragraph Partners LLC
and Brooklyn Metro Holdings LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                              :
**In re**                                     :
                                              :    **Chapter 11**
**ALL YEAR HOLDINGS LIMITED,**                :
                                              :    **Case No. 21-12051 (MG)**
    **Debtor.**                               :
                                              :
---------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF
### MOTION FOR ENTRY OF AN ORDER (I) DETERMINING
### ESCROWED FUNDS ARE DUE TO PARAGRAPH PARTNERS
### LLC AND BROOKLYN METRO HOLDINGS LLC
### AND (II) GRANTING RELATED RELIEF

Paragraph Partners LLC (**"Paragraph"**) and Brooklyn Metro Holdings LLC (**"Brooklyn Metro Holdings"**) hereby withdraw their *Motion for Entry of an Order (I) Determining Escrowed Funds are Due to Paragraph Partners LLC and Brooklyn Metro Holdings LLC and (II) Granting Related Relief* [ECF 394].

133575227V.1

2

Dated: June 23, 2023
      New York, New York

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Shalom Jacob*
    Shalom Jacob
    Alan H. Katz
    Brookfield Place
    200 Vesey Street, 20th Floor
    New York, New York 10281
    Telephone: (212) 415-8600
    Facsimile: (212) 303-2754
    sjacob@lockelord.com
    akatz@lockelord.com

    *Attorneys for Paragraph Partners LLC and*
    *Brooklyn Metro Holdings LLC*