UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ALL YEAR HOLDINGS LIMITED,<br><br>                                        Debtor. | Chapter 11<br><br>Case No. 21-12051 (MG) |

**ORDER (I) AUTHORIZING ISSUANCE OF
SUBPOENAS AND (II) GRANTING RELATED RELIEF**

Upon the *Ex Parte Application of Plan Administrator for Order (I) Authorizing Issuance of Subpoenas and (II) Granting Related Relief* [ECF No. 441] (the "Application"), by his attorneys Chapman and Cutler LLP, for an order pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2004-1 and 9074-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules") authorizing the Plan Administrator to issue subpoenas requiring Madison Title Agency, Yoel Goldman, and any individuals or entities that the Plan Administrator reasonably determines during the course of his investigation may have information relevant to the Claims (together the "Subpoena Recipients") to produce documents or other information, including but not limited to all information and documents related to cash transfers of the Debtor's assets, and after due deliberation, the Court having determined that the Application has established sufficient cause for the relief granted herein; and no notice being required, it is **HEREBY ORDERED THAT:**

1. The Application is granted in its entirety.

2. The Plan Administrator and his counsel are authorized to cause one or more subpoenas to be issued and served in accordance with Rule 2004 and Fed. R. Civ. P. 45, to compel the production of testimony and documents (including electronically stored information) in the

subpoena recipient's possession, custody, or control in accordance with Bankruptcy Rules 2004 and 9016 and Local Rules 2004-1 and 9074-1.

3. The documents identified in the foregoing subpoena(s) shall be delivered to the offices of counsel for the Plan Administrator within 14 days after the service on each Subpoena Recipient of a copy of this Order and such subpoenas; provided, that the parties may mutually agree on a different date and place for the document production.

4. Service of the subpoenas and a copy of this Order may be made by overnight courier or overnight mail or any other method agreed to by each of the Subpoena Recipients.

5. The Plan Administrator may request additional documents in connection with this matter, including, without limitation, requests based on any information that may be revealed as a result of the document production and/or oral examinations authorized pursuant to this Order.

6. Nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

7. The Plan Administrator is authorized to take all action necessary to effectuate the relief granted in this Order.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**IT IS SO ORDERED.**

Dated: September 15, 2023
   New York, New York

                                    /s/ Martin Glenn
                                    MARTIN GLENN
                                    Chief United States Bankruptcy Judge