| | | | |
|---|---|---|---|
| IN RE: | All Year Holdings Limited | } | CHAPTER 11 |
| | | } | |
| | | } | CASE NO.  21-12051 (MG) |
| | | } | |
| | | } | |
| | DEBTOR. | } | |

# DEBTOR'S POST-CONFIRMATION
## MONTHLY OPERATING REPORT
### FOR THE PERIOD

FROM    7/1/23    TO    9/30/23

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:    /s/ Assaf Ravid                Date:    October 31, 2023

Assaf Ravid
Print Name

Plan Administrator
Title

Debtor's Address
and Phone Number:
C/O Chapman & Cutler LLP
1270 Avenue of the Americas
New York, New York 10020

Tel. _____

Attorney's Address
and Phone Number:
1270 Avenue of the Americas
New York, New York 10020

Bar No. 2498673
Tel. 212-655-2508

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**                          **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Executive Liability Insurance Policy by AIG Specialty Insurance Company | 3/31/23  3/31/24 | $72,625.00  Once | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




**Estimated Date of Filing the Application for Final Decree: <u>Unknown</u>**

**All Year Holdings Limited**
**21-12051 (MG)**
**Addendum - Questionnaire, Question 4**

**Post-Confirmation Plan Payments, Month Ended September 30, 2023:**

| Date | Payee | Amount | |
|---|---|---:|---|
| 07/11/2023 | Archer and Greiner PC | $ 11,647.30 | (A) |
| 07/11/2023 | TigerBridge Capital LLC | $ 575,000.00 | (A) |
| 07/11/2023 | Donlin Recano and Company Inc | $ 5,192.71 | (A) |
| 07/13/2023 | Weil Gotshal and Manges LLP | $ 694,978.20 | (A) |
| 08/18/2023 | Herrick Feinstein LP | $ 81,094.32 | (B) |
| 08/18/2023 | CFGI Holdings LLC | $ 12,902.50 | (B) |
| 08/18/2023 | Koffsky Schwalb LLC | $ 121,404.71 | (B) |
| 08/25/2023 | Conyers Dill and Pearman | $ 101,409.70 | (B) |
| | | $ 1,603,629.44 | |

(A) This payment was made pursuant to the Order Granting Final Applications of Certain Professionals for Allowance of Compensation and Reimbursement of Expenses as ECF No. 427.

(B) This payment was made pursuant to the Order Granting Final Applications of Certain Professionals for Allowance of Compensation and Reimbursement of Expenses as ECF No. 440.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**                                                    **ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | All Year Holdings Limited |
|---|---|
| Case Number: | 21-12051 (MG) |
| Date of Plan Confirmation: | 4/4/23 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|  |  | Monthly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 5,319,213.94 | $ 6,078,352.11 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 6,927.24 | $ 1,009,203.28 |
| 3. | **DISBURSEMENTS** | | |
|   a. | **Operating Expenses (Fees/Taxes):** | | |
|     (i) | U.S. Trustee Quarterly Fees | $ 14,369.93 | $ 240,623.44 |
|     (ii) | Federal Taxes | N/A | N/A |
|     (iii) | State Taxes | N/A | N/A |
|     (iv) | Other Taxes | N/A | N/A |
|   b. | **All Other Operating Expenses:** | $ 224,740.43 | $ 490,090.97 |
|   c. | **Plan Payments:*** | | |
|     (i) | Administrative Claims | $ 1,603,629.44 | $ 1,873,439.60 |
|     (ii) | Class One | 0.00 | 0.00 |
|     (iii) | Class Two | 0.00 | 0.00 |
|     (iv) | Class Three | 0.00 | 0.00 |
|     (v) | Class Four | 0.00 | 1,000,000.00 |
|   | (Attach additional pages as needed) | | |
|   | **Total Disbursements (Operating & Plan)** | $ 1,842,739.80 | $ 3,604,154.01 |
| 1. | **CASH (End of Period)** | $ 3,483,401.38 | $ 3,483,401.38 |

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

**MONTHLY OPERATING REPORT -**                                          **ATTACHMENT NO. 3**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| **Bank Account Information** | Account #1 | Account #2 | Account #3 |
|---|---|---|---|
| **Name of Bank:** | Wells Fargo | Wells Fargo | Wells Fargo |
| **Account Number:** | 8193124255 | 8193125500 | 8193154112 |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Claim Reserve | Professional Fee Escrow |
| **Type of Account (e.g. checking)** | Checking | Market Rate Savings | Market Rate Savings |
| 1. **Balance per Bank Statement** | $2,509,670.67 | $1,000,361.70 | $1,809,181.57 |
| 2. **ADD**: Deposits not credited | $921.84 | $4,521.23 | $1,484.17 |
| 3. **SUBTRACT**: Outstanding Checks | $209,965.26 | $0.00 | $1,632,774.54 |
| 4. Other Reconciling Items | $0.00 | $0.00 | $0.00 |
| 5. **Month End Balance** (Must Agree with Books) | $2,300,627.25 | $1,004,882.93 | $177,891.20 |

**Note:** Attach copy of each bank statement and bank reconciliation.

| **Investment Account Information**<br><br>**Bank / Account Name / Number** | **Date of Purchase** | **Type of Instrument** | **Purchase Price** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Note:** Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 8193124255 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 07/25/2023 | Daniel Sasson | Support Staff | ($4,000.00) |
| | 07/26/2023 | Chapman and Cutler LLP | US Counsel | ($113,845.80) |
| | 07/26/2023 | Gornitzky and Co Advocates | Israeli Counsel | ($7,736.24) |
| | 07/26/2023 | Circle Investments LLC | Plan Administrator | ($20,425.70) |
| | 07/26/2023 | Wells Fargo | Service Fee | ($25.00) |
| | 07/26/2023 | Wells Fargo | Service Fee | ($25.00) |
| | 08/22/2023 | United States Trustee | UST Quarterly Fee | ($14,369.93) |
| | 08/31/2023 | Circle Investments LLC | Plan Administrator | ($18,000.00) |
| | 08/31/2023 | Daniel Sasson | Support Staff | ($4,000.00) |
| | 09/06/2023 | MPA Moore Financial Consulting Ltd | Israeli Claims Manager | ($5,512.59) |
| | 09/06/2023 | Wells Fargo | Service Fee | ($25.00) |
| | 09/27/2023 | Circle Investments LLC | Plan Administrator | ($18,000.00) |
| | 09/27/2023 | Daniel Sasson | Support Staff | ($4,000.00) |
| | | | TOTAL | ($209,965.26) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 8193154112 |
| **Purpose of Account (Operating/Payroll/Personal)** | Professional Fee Escrow |
| Type of Account (e.g., Checking) | Market Rate Savings |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 07/11/2023 | Archer and Greiner PC | Debtor Claims Agent | ($11,647.30) |
| | 07/11/2023 | TigerBridge Capital LLC | Debtor Broker | ($575,000.00) |
| | 07/11/2023 | Donlin Recano and Company Inc | Debtor Claims Agent | ($5,192.71) |
| | 07/11/2023 | Wells Fargo | Service Fee | ($25.00) |
| | 07/11/2023 | Wells Fargo | Service Fee | ($25.00) |
| | 07/11/2023 | Wells Fargo | Service Fee | ($25.00) |
| | 07/13/2023 | Weil Gotshal and Manges LLP | Debtor US Bankruptcy Counsel | ($694,978.20) |
| | 08/18/2023 | Herrick Feinstein LP | Debtor Special Counsel | ($81,094.32) |
| | 08/18/2023 | CFGI Holdings LLC | Debtor Financial Advisor | ($12,902.50) |
| | 08/18/2023 | Koffsky Schwalb LLC | Debtor Special Counsel | ($121,404.71) |
| | 08/25/2023 | Conyers Dill and Pearman | Debtor BVI Bankruptcy Counsel | ($126,311.75) |
| | 09/20/2023 | Donlin Recano and Company Inc | Debtor Claims Agent | ($4,143.05) |
| | 09/20/2023 | Wells Fargo | Service Fee | ($25.00) |
| | | | TOTAL | ($1,632,774.54) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.