DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212)-701-6645

*Attorneys for Yoel Goldman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>All Year Holdings Limited,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 21-12051 (MG) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Chase O. McReynolds, respectfully request admission to practice, *pro hac vice*, before the Honorable Martin Glenn to represent Yoel Goldman, in the above-captioned chapter 11 case.

I certify that I am a member in good standing of the bar of the state of New York.

I have submitted the filing fee of $200.00 with this motion for pro hac vice.

Dated:   New York, New York
         January 8, 2024

                                                        DAVIS POLK & WARDWELL LLP

                                                        By:  */s/ Chase O. McReynolds*
                                                             Chase O. McReynolds

                                                        450 Lexington Avenue
                                                        New York, New York 10017
                                                        (212) 450-4000

                                                        *Attorneys for Yoel Goldman*