IN RE:    **All Year Holdings Limited**                          }          **CHAPTER 11**
                                                                 }
                                                                 }          **CASE NO.  21-12051 (MG)**
                                                                 }
                                                                 }
          **DEBTOR.**                                            }

---

### DEBTOR'S  POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD

**FROM**        4/1/24          **TO**          6/30/24

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed::    /s/ Assaf Ravid                              Date:                          31-Jul-24

            Assaf Ravid
                      Print Name

            Plan Administrator
                      Title

Debtor's Address                                         Attorney's Address
and Phone Number:                                        and Phone Number:
C/O Chapman & Cutler LLP                                 1270 Avenue of the Americas
1270 Avenue of the Americas                              New York, New York 10020
New York, New York 10020
                                                         Bar No. 2498673
Tel. _____                                 Tel. 212-655-2508

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Executive Liability Insurance Policy by AIG Specialty Insurance Company | 3/31/23        3/31/25 | $25,937.50  Yearly | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| On June 18, 2024, Wythe Berry Fee Owner LLC effected a sale of the William Vale Hotel to William Vale Owner LLC pursuant to its Fourth Amended Plan of Reorganization (the "Plan") [ECF No. 364, Case No. 22-11340] for a purchase price of $172,000,000. Such funds have been used for distributions to creditors of Wythe Berry Fee Owner LLC in accordance with the Plan. |

**Estimated Date of Filing the Application for Final Decree: <u>Unknown</u>**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

### CHAPTER 11 POST-CONFIRMATION
### SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | All Year Holdings Limited |
| **Case Number:** | 21-12051 (MG) |
| **Date of Plan Confirmation:** | 1/31/23 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 2,490,238.98 | $ 6,078,352.11 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 17,923.08 | $ 1,041,485.43 |

3. **DISBURSEMENTS**

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 3,812.00 | $ 258,907.00 |
| (ii) | Federal Taxes | N/A | N/A |
| (iii) | State Taxes | N/A | N/A |
| (iv) | Other Taxes | N/A | N/A |
| b. | **All Other Operating Expenses:** | $ 676,568.52 | $ 1,344,710.77 |
| c. | **Plan Payments:*** | | |
| (i) | Administrative Claims | $ 0.00 | $ 1,873,439.60 |
| (ii) | Class One | 0.00 | 0.00 |
| (iii) | Class Two | 0.00 | 0.00 |
| (iv) | Class Three | 0.00 | 0.00 |
| (v) | Class Four | 0.00 | 1,815,000.00 |
| | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | $ 680,380.52 | $ 5,292,057.37 |
| 1. | **CASH (End of Period)** | $ 1,827,781.54 | $ 1,827,780.17 |

**\*  This includes any and all disbursements made under the plan of reorganization or in the ordinary course**
**of the reorganized debtor's post-confirmation business, whether the disbursements are made**
**through a trust, by a third party, or by the reorganized debtor.**

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 |
|---|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo | Wells Fargo |
| Account Number: | 8193124255 | 8193125500 | 8193154112 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Claim Reserve | Professional Fee Escrow |
| Type of Account (e.g. checking) | Checking | Market Rate Savings | Market Rate Savings |
| | | | |
| 1. **Balance per Bank Statement** | $343,639.78 | $1,143,620.24 | $2,977.59 |
| 2. **ADD**: Deposits not credited | $5.29 | $467,730.60 | $5.23 |
| 3. **SUBTRACT**: Outstanding Checks | $216,264.82 | $920,595.11 | $2,982.82 |
| 4. Other Reconciling Items | $0.00 | $0.00 | $0.00 |
| 5. **Month End Balance** (Must Agree with Books) | $127,380.25 | $690,755.73 | $0.00 |

Note: **Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price |
|---|---|---|---|
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 3/22/24 | Mutual Fund | $1,000,000.00 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 4/1/24 | Mutual Fund | $991.58 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 5/1/24 | Mutual Fund | $4,242.93 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 6/1/24 | Mutual Fund | $4,411.05 |
| | | | |
| | | | |
| | | | |

Note: **Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 8193125500 |
| **Purpose of Account (Operating/Payroll/Personal)** | Claim Reserve |
| Type of Account (e.g., Checking) | Market Rate Savings |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 05/23/2024 | Israel Brokerage and Investment | Israeli Court Filing Fees | ($464,065.70) |
| | 05/23/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 05/09/2024 | Gomitzky and Co Advocates | Erroneous Payment | ($456,479.41) |
| | 05/09/2024 | Wells Fargo | Service Fee | ($25.00) |
| | | | TOTAL | ($920,595.11) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 8193124255 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 06/28/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/28/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/28/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/28/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/28/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/28/2024 | Daniel Sasson | Support Staff | ($2,000.00) |
| | 06/28/2024 | Chapman and Cutler LLP | US Counsel | ($4,692.00) |
| | 06/28/2024 | Amir Flamer and Co Law Office | Israeli Counsel | ($8,542.46) |
| | 06/28/2024 | Gomitzky and Co Advocates | Israeli Counsel | ($8,542.46) |
| | 06/28/2024 | Circle Investments LLC | Plan Administrator | ($12,000.00) |
| | 06/03/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/03/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/03/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 06/03/2024 | Daniel Sasson | Support Staff | ($2,000.00) |
| | 06/03/2024 | Amir Flamer and Co Law Office | Israeli Counsel | ($4,560.87) |
| | 06/03/2024 | Chapman and Cutler LLP | US Counsel | ($5,760.00) |
| | 06/03/2024 | Circle Investments LLC | Plan Administrator | ($12,000.00) |
| | 06/03/2024 | Gomitzky and Co Advocates | Israeli Counsel | ($26,272.91) |
| | 05/01/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 05/01/2024 | Daniel Sasson | Support Staff | ($2,000.00) |
| | 05/01/2024 | Chapman and Cutler LLP | US Counsel | ($6,949.50) |
| | 05/01/2024 | Circle Investments LLC | Plan Administrator | ($12,000.00) |
| | 04/10/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 04/10/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 04/10/2024 | Amir Flamer and Co Law Office | Israeli Counsel | ($6,274.25) |
| | 04/10/2024 | Circle Investments LLC | Plan Administrator | ($58,620.87) |
| | 04/08/2024 | UST | UST Fee | ($3,812.00) |
| | 04/04/2024 | Wells Fargo | Service Fee | ($25.00) |
| | 04/04/2024 | Daniel Sasson | Support Staff | ($2,000.00) |
| | 04/04/2024 | Circle Investments LLC | Plan Administrator | ($12,000.00) |
| | 04/04/2024 | Cobbs Allen Capital | D&O Insurance Premium | ($25,937.50) |
| | | | TOTAL | ($216,264.82) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 8193154112 |
| **Purpose of Account (Operating/Payroll/Personal)** | Professional Fee Escrow |
| Type of Account (e.g., Checking) | Market Rate Savings |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 4/2/24 | AYH Wind Down LLC | Internal Transfer | ($2,982.82) |
| | | | TOTAL | ($2,982.82) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

# Business Market Rate Savings

April 30, 2024 ■ Page 1 of 3

**WELLS FARGO**

AYH WIND DOWN LLC
PROFESSIONAL FEE ESCROW
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1700

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

---

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $2,977.59 |
| Deposits/Credits | 5.23 |
| Withdrawals/Debits | - 2,982.82 |
| Closing balance on 4/2 | $0.00 |

Account number:  8193154112
AYH WIND DOWN LLC
PROFESSIONAL FEE ESCROW

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.23 |
| Average collected balance | $2,982.59 |
| Annual percentage yield earned | 2.73% |
| Interest earned this statement period | $0.22 |
| Interest paid this year | $7,512.80 |

**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|---------------------|
| 4/1 | Monthly Service Fee Reversal | 5.00 | | 2,982.59 |
| 4/2 | Interest Payment | 0.23 | | |
| 4/2 | Account Close Transfer Funds | | 2,982.82 | 0.00 |
| Ending balance on 4/30 | | | | 0.00 |
| Totals | | $5.23 | $2,982.82 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

This statement includes an account that has been closed and this is your final statement for that account. You will have 90 days to retrieve historical online documents for this account. Please refer to the Fee & Information Schedule for options to obtain statement copies after 90 days.

If the account that has been closed is the primary account on the statement that includes multiple accounts (a "combined statement"), this is also the final combined statement and you will also have 90 days to retrieve historical online documents for all accounts associated with this combined statement. Going forward, you will receive separate statements for any accounts that remain open.

Thank you for banking with Wells Fargo.

 **IMPORTANT ACCOUNT INFORMATION**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

April 30, 2024 ■ Page 3 of 3

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your                    $ _____
   register or transfers into                     $ _____
   your account which are not                     $ _____
   shown on your statement.                     + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   .                                               TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount  $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Navigate Business Checking℠

April 30, 2024 ■ Page 1 of 4

**WELLS FARGO**

AYH WIND DOWN LLC
OPERATING
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1700

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $343,639.78 |
| Deposits/Credits | 2.13 |
| Withdrawals/Debits | - 108,719.62 |
| Ending balance on 4/30 | $234,922.29 |

Account number: 8193124255

AYH WIND DOWN LLC
OPERATING

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $2.13 |
| Average collected balance | $259,289.41 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $2.13 |
| Interest paid this year | $25.59 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/4 | | Wire Trans Svc Charge - Sequence: 240404059187 Srf# Ow00004329445024 Trn#240404059187 Rfb# Ow00004329445024 | | 25.00 | |
| 4/4 | | WT Fed#07148 Jpmorgan Chase Ban /Ftr/Bnf=Daniel Sasson Srf# Ow00004329439513 Trn#240404058789 Rfb# Ow00004329439513 | | 2,000.00 | |
| 4/4 | | WT Fed#06859 Jpmorgan Chase Ban /Ftr/Bnf=Circle Investments Srf# Ow00004329441455 Trn#240404058936 Rfb# Ow00004329441455 | | 12,000.00 | |
| 4/4 | | WT Fed#06891 Synovus Bank /Ftr/Bnf=Cobbs Allen Capital DBA Cac Special Srf# Ow00004329445024 Trn#240404059187 Rfb# Ow00004329445024 | | 25,937.50 | 303,677.28 |
| 4/8 | < | Business to Business ACH Debit - Quarterly Fee Payment 240405 0000 Ayh Wind Down LLC | | 3,812.00 | 299,865.28 |
| 4/10 | | Wire Trans Svc Charge - Sequence: 240410034602 Srf# Ow00004350071759 Trn#240410034602 Rfb# Ow00004350071759 | | 25.00 | |
| 4/10 | | Wire Trans Svc Charge - Sequence: 240410035074 Srf# Ow00004350076569 Trn#240410035074 Rfb# Ow00004350076569 | | 25.00 | |
| 4/10 | | WT 240410-034602 Bank Hapoalim B.M. /Bnf=Gornitzky and CO Adcovates Srf# Ow00004350071759 Trn#240410034602 Rfb# Ow00004350071759 | | 58,620.87 | |
| 4/10 | | WT 240410-035074 Bank Leumi Le Israe /Bnf=Amir Flamer and CO Law Offices Srf# Ow00004350076569 Trn#240410035074 Rfb# Ow00004350076569 | | 6,274.25 | 234,920.16 |
| 4/30 | | Interest Payment | 2.13 | | 234,922.29 |
| Ending balance on 4/30 | | | | | 234,922.29 |
| Totals | | | $2.13 | $108,719.62 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

<   *Business to Business ACH:*   If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

April 30, 2024 ■ Page 3 of 4

**WELLS FARGO**

*Monthly service fee summary (continued)*

| | Minimum required | This fee period | |
|---|---|---|---|
| How to avoid the monthly service fee | | | |
| Have any ONE of the following each fee period | | | |
| • Minimum daily balance | $10,000.00 | $234,920.16 | √ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $1,406,629.93 | √ |

- Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus
- Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus
- Average ledger balance in your Business Time Account

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✓ IMPORTANT ACCOUNT INFORMATION

———————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

April 30, 2024 ■ Page 4 of 4

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
register or transfers into                         $ _____
your account which are not                    $ _____
shown on your statement.                      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount  $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Navigate Business Checking

June 30, 2024 ■ Page 1 of 5

WELLS FARGO

AYH WIND DOWN LLC
OPERATING
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1700

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $213,949.61 |
| Deposits/Credits | 1.34 |
| Withdrawals/Debits | - 86,570.70 |
| Ending balance on 6/30 | $127,380.25 |

Account number:  8193124255
AYH WIND DOWN LLC
OPERATING

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

June 30, 2024 ■ Page 2 of 5

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.34 |
| Average collected balance | $163,068.55 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.34 |
| Interest paid this year | $28.75 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/3 | | Wire Trans Svc Charge - Sequence: 240603199958 Srf# Ow0004557363112 Trn#240603199958 Rfb# Ow00004557363112 | | 25.00 | |
| 6/3 | | Wire Trans Svc Charge - Sequence: 240603200844 Srf# Ow0004557371096 Trn#240603200844 Rfb# Ow00004557371096 | | 25.00 | |
| 6/3 | | Wire Trans Svc Charge - Sequence: 240603202370 Srf# Ow0004557381834 Trn#240603202370 Rfb# Ow00004557381834 | | 25.00 | |
| 6/3 | | WT Fed#05889 Jpmorgan Chase Ban /Ftr/Bnf=Daniel Sasson Srf# Ow00004557348555 Trn#240603198618 Rfb# Ow00004557348555 | | 2,000.00 | |
| 6/3 | | WT Fed#05536 Jpmorgan Chase Ban /Ftr/Bnf=Circle Investments Srf# Ow00004557357264 Trn#240603199387 Rfb# Ow00004557357264 | | 12,000.00 | |
| 6/3 | | WT 240603-199958 Bank Hapoalim B.M. /Bnf=Gornitzky and CO Adcovates Srf# Ow00004557363112 Trn#240603199958 Rfb# Ow00004557363112 | | 26,272.91 | |
| 6/3 | | WT 240603-200844 Bank Leumi Le Israe /Bnf=Amir Flamer and CO Law Offices Srf# Ow00004557371096 Trn#240603200844 Rfb# Ow00004557371096 | | 4,560.87 | |
| 6/3 | | WT Fed#05875 Jpmorgan Chase Ban /Ftr/Bnf=Chapman and Cutler LLP Srf# Ow00004557381834 Trn#240603202370 Rfb# Ow00004557381834 | | 5,760.00 | 163,280.83 |
| 6/28 | | Wire Trans Svc Charge - Sequence: 240628196185 Srf# Ow00004652529836 Trn#240628196185 Rfb# Ow0004652529836 | | 25.00 | |
| 6/28 | | Wire Trans Svc Charge - Sequence: 240628196821 Srf# Ow00004652534426 Trn#240628196821 Rfb# Ow00004652534426 | | 25.00 | |
| 6/28 | | Wire Trans Svc Charge - Sequence: 240628197397 Srf# Ow00004652538466 Trn#240628197397 Rfb# Ow00004652538466 | | 25.00 | |
| 6/28 | | Wire Trans Svc Charge - Sequence: 240628197806 Srf# Ow00004652542270 Trn#240628197806 Rfb# Ow00004652542270 | | 25.00 | |
| 6/28 | | Wire Trans Svc Charge - Sequence: 240628221519 Srf# Ow00004652717986 Trn#240628221519 Rfb# Ow0004652717986 | | 25.00 | |
| 6/28 | | WT 240628-196185 Bank Hapoalim B.M. /Bnf=Gornitzky and CO Adcovates Srf# Ow00004652529836 Trn#240628196185 Rfb# Ow00004652529836 | | 8,542.46 | |
| 6/28 | | WT Fed#01446 Jpmorgan Chase Ban /Ftr/Bnf=Daniel Sasson Srf# Ow00004652534426 Trn#240628196821 Rfb# Ow00004652534426 | | 2,000.00 | |
| 6/28 | | WT 240628-197397 Bank Leumi Le Israe /Bnf=Amir Flamer and CO Law Offices Srf# Ow00004652538466 Trn#240628197397 Rfb# Ow00004652538466 | | 8,542.46 | |

June 30, 2024 ■ Page 3 of 5

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 6/28 | | WT Fed#01341 Jpmorgan Chase Ban /Ftr/Bnf=Circle Investments Srf# Ow00004652542270 Trn#240628197806 Rfb# Ow00004652542270 | | 12,000.00 | |
| 6/28 | | WT Fed#03902 Jpmorgan Chase Ban /Ftr/Bnf=Chapman and Cutler LLP Srf# Ow00004652717986 Trn#240628221519 Rfb# Ow00004652717986 | | 4,692.00 | |
| 6/28 | | Interest Payment | 1.34 | | 127,380.25 |
| | | Ending balance on 6/30 | | | 127,380.25 |
| | | Totals | $1.34 | $86,570.70 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2024 - 06/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $10,000.00 | $127,378.91 ☑ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $855,664.15 ☑ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 10 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ☑ IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

Effective June 20, 2024, the fees for cashed or deposited items that are returned and re-deposited, or returned unpaid have been eliminated for business checking and savings accounts. As such, Wells Fargo will no longer charge a fee when cashed or deposited items are returned and re-deposited or returned unpaid for any reason for these accounts.

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                              $ _____
register or transfers into                                   $ _____
your account which are not                                   $ _____
shown on your statement.                                  + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

April 30, 2024 ■ Page 1 of 3

**WELLS FARGO**

AYH WIND DOWN LLC
CLAIM RESERVE
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1700

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo
Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $1,143,620.24 |
| Deposits/Credits | 6,521.83 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 4/30 | $1,150,142.07 |

Account number:  8193125500
AYH WIND DOWN LLC
CLAIM RESERVE
*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $3,539.01 |
| Average collected balance | $1,146,503.63 |
| Annual percentage yield earned | 3.82% |
| Interest earned this statement period | $3,539.01 |
| Interest paid this year | $6,194.25 |

**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 4/2 | Tele-Transfer Fr xxxxxx4112 Reference # | 2,982.82 | | 1,146,603.06 |
| 4/30 | Interest Payment | 3,539.01 | | 1,150,142.07 |
| | Ending balance on 4/30 | | | 1,150,142.07 |
| | Totals | $6,521.83 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $5.00 | You paid $0.00 | |
|------------------------------------|-----------------------------------|----------------|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| • Minimum daily balance | $300.00 | $1,143,620.24 | √ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 | ☐ |

YC/YC

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

April 30, 2024 ■ Page 3 of 3

**WELLS FARGO**

---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Navigate Business Checking

May 31, 2024 ■ Page 1 of 4

**WELLS FARGO**

AYH WIND DOWN LLC
OPERATING
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1700

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $234,922.29 |
| Deposits/Credits | 1.82 |
| Withdrawals/Debits | - 20,974.50 |
| Ending balance on 5/31 | $213,949.61 |

Account number:  8193124255

AYH WIND DOWN LLC
OPERATING

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

**WELLS FARGO**

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.82 |
| Average collected balance | $213,947.79 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.82 |
| Interest paid this year | $27.41 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Wire Trans Svc Charge - Sequence: 240501178115 Srf# Ow00004427909119 Trn#240501178115 Rfb# Ow00004427900119 | | 25.00 | |
| 5/1 | | WT Fed#04086 Jpmorgan Chase Ban /Ftr/Bnf=Daniel Sasson Srf# Ow00004427897131 Trn#240501177182 Rfb# Ow00004427897131 | | 2,000.00 | |
| 5/1 | | WT Fed#04106 Jpmorgan Chase Ban /Ftr/Bnf=Circle Investments Srf# Ow00004427900351 Trn#240501177374 Rfb# Ow00004427900351 | | 12,000.00 | |
| 5/1 | | WT Fed#04888 Jpmorgan Chase Ban /Ftr/Bnf=Chapman and Cutler LLP Srf# Ow00004427909119 Trn#240501178115 Rfb# Ow00004427909119 | | 6,949.50 | 213,947.79 |
| 5/31 | | Interest Payment | 1.82 | | 213,949.61 |
| Ending balance on 5/31 | | | | | 213,949.61 |
| Totals | | | $1.82 | $20,974.50 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| · Minimum daily balance | $10,000.00 | $213,947.79 | √ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $1,042,498.76 | √ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | | |
| - Average ledger balance in your Business Time Account | | | |

WK/WK



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# ✔ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

May 31, 2024 ■ Page 4 of 4

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

May 31, 2024 ■ Page 1 of 3

**WELLS FARGO**

AYH WIND DOWN LLC
CLAIM RESERVE
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1700

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $1,150,142.07 |
| Deposits/Credits | 459,083.12 |
| Withdrawals/Debits | - 920,595.11 |
| Ending balance on 5/31 | $688,630.08 |

Account number:  8193125500
AYH WIND DOWN LLC
CLAIM RESERVE
*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $2,628.71 |
| Average collected balance | $823,952.59 |
| Annual percentage yield earned | 3.82% |
| Interest earned this statement period | $2,628.71 |
| Interest paid this year | $8,822.96 |

May 31, 2024 ■ Page 2 of 3

**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 5/9 | Wire Trans Svc Charge - Sequence: 240509082565 Srf# Ow00004460200105 Trn#240509082565 Rfb# Ow00004460200105 | | 25.00 | |
| 5/9 | WT 240509-082565 Bank Hapoalim B.M. /Bnf=Gornitzky and CO Adcovates Srf# Ow00004460200105 Trn#240509082565 Rfb# Ow00004460200105 | | 456,479.41 | 693,637.66 |
| 5/22 | WT Seq#98836 WF Return Wires IN Proc /Org= Srf# 2024052200042472 Trn#240522098836 Rfb# | 456,454.41 | | 1,150,092.07 |
| 5/23 | Wire Trans Svc Charge - Sequence: 240523131027 Srf# Ow00004513979228 Trn#240523131027 Rfb# Ow00004513979228 | | 25.00 | |
| 5/23 | WT 240523-131027 Bank Hapoalim B.M. /Bnf=Israel Brokerage and Investment Ib Srf# Ow00004513979228 Trn#240523131027 Rfb# Ow00004513979228 | | 464,065.70 | 686,001.37 |
| 5/31 | Interest Payment | 2,628.71 | | 688,630.08 |
| Ending balance on 5/31 | | | | 688,630.08 |
| Totals | | $459,083.12 | $920,595.11 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $5.00 | You paid $0.00 | |
|-------------------------------------|-------------------------------------|----------------|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
| · Minimum daily balance | $300.00 | $686,001.37 | √ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 | ☐ |

YC/YC

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

May 31, 2024 ■ Page 3 of 3

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into             $ _____
your account which are not             $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                          TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount   $  |        |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Business Market Rate Savings

June 30, 2024 ■ Page 1 of 4

**WELLS FARGO**

AYH WIND DOWN LLC
CLAIM RESERVE
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-1700

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $688,630.08 |
| Deposits/Credits | 2,125.65 |
| Withdrawals/Debits | - 0.00 |
| Ending balance on 6/30 | $690,755.73 |

Account number:  8193125500
AYH WIND DOWN LLC
CLAIM RESERVE
*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $2,125.65 |
| Average collected balance | $688,630.08 |
| Annual percentage yield earned | 3.82% |
| Interest earned this statement period | $2,125.65 |
| Interest paid this year | $10,948.61 |

**WELLS FARGO**

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|------------------:|--------------------:|---------------------:|
| 6/28 | Interest Payment | 2,125.65 | | 690,755.73 |
| | Ending balance on 6/30 | | | 690,755.73 |
| | Totals | $2,125.65 | $0.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2024 - 06/30/2024 | Standard monthly service fee $5.00 | You paid $0.00 | |
|------|------|------|------|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| • Minimum daily balance | $300.00 | $688,630.08 | √ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YC/YC

# ✔ IMPORTANT ACCOUNT INFORMATION

———————

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

———————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

———————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any

tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

———————————

Effective June 20, 2024, the fees for cashed or deposited items that are returned and re-deposited, or returned unpaid have been eliminated for business checking and savings accounts. As such, Wells Fargo will no longer charge a fee when cashed or deposited items are returned and re-deposited or returned unpaid for any reason for these accounts.

———————————

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into             $ _____
your account which are not             $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
.                                       TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801