IN RE:    **All Year Holdings Limited**                    }        **CHAPTER 11**
                                                           }
                                                           }        **CASE NO.  21-12051 (MG)**
                                                           }
                                                           }
          **DEBTOR.**                                      }

---

### DEBTOR'S  POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD
**FROM**    7/1/24        **TO**        9/30/24

    Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United

States Trustee and FRBP 2015.


**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this
report and it is true and correct to the best of my knowledge.**

Signed::    Assaf Ravid                                        Date:                                31-Oct-24

            Assaf Ravid
                    Print Name

            Plan Administrator
                    Title



Debtor's Address                                    Attorney's Address
and Phone Number:                                   and Phone Number:
C/O Chapman & Cutler LLP                            1270 Avenue of the Americas
1270 Avenue of the Americas                         New York, New York 10020
New York, New York 10020
                                                    Bar No. 2498673
Tel. _____                               Tel. 212-655-2508


Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States
Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Executive Liability Insurance Policy by AIG Specialty Insurance Company | 3/31/23    3/31/25 | $25,937.50   Yearly | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree: <u>Unknown</u>**

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

ATTACHMENT NO. 2

**CHAPTER 11 POST-CONFIRMATION
SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

| | |
|---|---|
| Case Name: | All Year Holdings Limited |
| Case Number: | 21-12051 (MG) |
| Date of Plan Confirmation: | 1/31/23 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total | Total | Q2 2023 | Q3 2023 | Q4 (2023 | Q1 2024 | Q2 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 1. | CASH (Beginning of Period) | 1,827,781.54 | 6,078,352.11 | 6,078,352.11 | 6,078,352.11 | 5,319,213.94 | 3,483,401.38 | 2,534,348.72 | 2,490,238.98 |
| 2. | INCOME or RECEIPTS during the Period | $ 19,847.25 | $ 1,061,332.68 | 1,041,485.43 | 1,002,276.04 | 6,927.24 | 4,067.80 | 10,291.27 | 17,923.08 |
| 3. | DISBURSEMENTS | | | | | | | | |
| a. | Operating Expenses (Fees/Taxes): | | | | | | | | |
| (i) | U.S. Trustee Quarterly Fees | $ 312.41 | $ 259,219.41 | 258,907.00 | 226,253.51 | 14,369.93 | 14,471.56 | 0.00 | 3,812.00 |
| (ii) | Federal Taxes | N/A | N/A | | N/A | N/A | N/A | N/A | N/A |
| (iii) | State Taxes | N/A | N/A | | N/A | N/A | N/A | N/A | N/A |
| (iv) | Other Taxes | N/A | N/A | | N/A | N/A | N/A | N/A | N/A |
| b. | All Other Operating Expenses: | $ 177,473.27 | $ 1,522,184.04 | 1,344,710.77 | 265,350.54 | 224,740.43 | 123,648.90 | 54,402.38 | 676,568.52 |
| c. | Plan Payments:* | | | | | | | | |
| (i) | Administrative Claims | $ 0.00 | $ 1,873,439.60 | 1,873,439.60 | 269,810.16 | 1,603,629.44 | 0.00 | 0.00 | 0.00 |
| (ii) | Class One | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (iii) | Class Two | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (iv) | Class Three | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (v) | Class Four | 0.00 | 1,815,000.00 | 1,815,000.00 | 1,000,000.00 | 0.00 | 815,000.00 | 0.00 | 0.00 |
| | (Attach additional pages as needed) | | | | | | | | |
| | Total Disbursements (Operating & Plan) | 177,785.68 | 5,469,843.05 | 5,292,057.37 | 1,761,414.21 | 1,842,739.80 | 953,120.46 | 54,402.38 | 680,380.52 |
| | | | | 0.00 | | | | | |
| 1. | CASH (End of Period) | 1,669,843.11 | 1,669,841.74 | 5,319,213.94 | 5,319,213.94 | 3,483,401.38 | 2,534,348.72 | 2,490,237.61 | 1,827,781.54 |

*  This includes any and all disbursements made under the plan of reorganization or in the ordinary course
of the reorganized debtor's post-confirmation business, whether the disbursements are made
through a trust, by a third party, or by the reorganized debtor.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 |
|---|---|---|
| Name of Bank: | Wells Fargo | Wells Fargo |
| Account Number: | 8193124255 | 8193125500 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Claim Reserve |
| Type of Account (e.g. checking) | Checking | Market Rate Savings |
| | | |
| 1. **Balance per Bank Statement** | $127,380.25 | $690,755.73 |
| 2. **ADD**: Deposits not credited | $55,226.37 | $6,468.33 |
| 3. **SUBTRACT**: Outstanding Checks | $177,785.68 | $55,000.00 |
| 4. Other Reconciling Items | $0.00 | $0.00 |
| 5. **Month End Balance** (Must Agree with Books) | $4,820.94 | $642,224.06 |
| | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information

Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price |
|---|---|---|---|
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 3/22/24 | Mutual Fund | $1,000,000.00 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 4/1/24 | Mutual Fund | $991.58 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 5/1/24 | Mutual Fund | $4,242.93 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 6/3/24 | Mutual Fund | $4,411.05 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 7/1/24 | Mutual Fund | $4,284.33 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 8/1/24 | Mutual Fund | $4,434.29 |
| Wells Fargo / AYH Wind Down LLC / 1195-6342 | 9/3/24 | Mutual Fund | $4,433.93 |

**Note: Attach copy of each investment account statement.**

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 8193124255 |
| **Purpose of Account (Operating/Payroll/Personal)** | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 9/27/24 | Circle Investments LLC | Plan Administrator | ($12,000.00) |
| | 9/27/24 | Daniel Sasson | Support Staff | ($2,019.99) |
| | 9/27/24 | Chapman and Cutler LLP | US Counsel | ($12,780.00) |
| | 9/27/24 | Gomitzky and Co Adcovates | Israeli Counsel | ($13,924.80) |
| | 9/27/24 | Amir Flamer and Co Law Offices | Israeli Counsel | ($3,501.17) |
| | 9/27/24 | Wells Fargo | Service Fee | ($25.00) |
| | 9/27/24 | Wells Fargo | Service Fee | ($25.00) |
| | 9/27/24 | Wells Fargo | Service Fee | ($25.00) |
| | 9/26/24 | Meirav Kennedy | Israeli Notary Services | ($6,241.04) |
| | 9/26/24 | Wells Fargo | Service Fee | ($25.00) |
| | 8/30/24 | Gomitzky and Co Adcovates | Israeli Counsel | ($17,715.56) |
| | 8/30/24 | Circle Investments LLC | Plan Administrator | ($12,000.00) |
| | 8/30/24 | Daniel Sasson | Support Staff | ($2,000.00) |
| | 8/30/24 | Wells Fargo | Service Fee | ($25.00) |
| | 8/30/24 | Wells Fargo | Service Fee | ($25.00) |
| | 8/30/24 | Wells Fargo | Service Fee | ($25.00) |
| | 8/9/24 | Chapman and Cutler LLP | US Counsel | ($9,287.00) |
| | 8/9/24 | Eshel Aminov and Partners LLP | Accountant | ($1,000.00) |
| | 8/9/24 | Kroll LLC | Appraisal Review | ($30,000.00) |
| | 8/9/24 | Wells Fargo | Service Fee | ($25.00) |
| | 7/30/24 | Circle Investments LLC | Plan Administrator | ($14,351.70) |
| | 7/30/24 | Daniel Sasson | Support Staff | ($2,000.00) |
| | 7/30/24 | Amir Flamer and Co Law Offices | Israeli Counsel | ($4,381.13) |
| | 7/30/24 | Gomitzky and Co Adcovates | Israeli Counsel | ($12,762.13) |
| | 7/30/24 | Wells Fargo | Service Fee | ($25.00) |
| | 7/30/24 | Wells Fargo | Service Fee | ($25.00) |
| | 7/30/24 | Wells Fargo | Service Fee | ($25.00) |
| | 7/23/24 | CFGI Holdings LLC | Asset Valuation | ($21,233.75) |
| | 7/3/24 | UST | UST Fee | ($312.41) |
| | | | TOTAL | ($177,785.68) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**                                                          **ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 8193125500 |
| **Purpose of Account (Operating/Payroll/Personal)** | Claim Reserve |
| Type of Account (e.g., Checking) | Market Rate Savings |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 9/26/24 | AYH Wind Down LLC | Internal Transfer | ($55,000.00) |
| | | | TOTAL | ($55,000.00) |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



## Advisors

# SNAPSHOT
## Current period ending July 31, 2024

ACCOUNT NAME:                AYH WIND DOWN LLC

ACCOUNT NUMBER:              1195-6342

Your Investment Professional:
WELLSTRADE
1-800-872-3377
Phone: 800-872-3377

MAC H0004-014
PO BOX 66535
ST LOUIS, MO 63166-9954

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Investment Professional for more details.

AYH WIND DOWN LLC
1270 AVENUE OF THE AMERICAS
NEW YORK    NY 10020-1802

## Message from Our Firm
HOW DO AMERICANS REALLY FEEL ABOUT MONEY? THE INAUGURAL WELLS FARGO MONEY STUDY SURVEYED AMERICAN ADULTS AND TEENS TO UNCOVER CANDID TRUTHS ABOUT THEIR ATTITUDES TOWARD MONEY. YOU MAY BE SURPRISED BY THE FINDINGS: VISIT WELLSFARGOADVISORS.COM/MONEYSTUDY.

**Investment and Insurance Products are:**
· **Not Insured by the FDIC or Any Federal Government Agency**
· **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate**
· **Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

# General instructions and disclosures

## About this statement

**Clearing services:** Wells Fargo Clearing Services, LLC (Wells Fargo Advisors), an indirect wholly owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB) and is a member of the New York Stock Exchange (NYSE), the Financial Industry Regulatory Authority (FINRA) and all principal U.S. exchanges. Wells Fargo Advisors carries your account(s) and acts as your custodian for funds and securities deposited with us directly by you, or as a result of transactions we process for your account. Twice a year, Wells Fargo Advisors publishes on its web site **www.wfclearing.com** a statement of the firm's financial condition. A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

**Trade date statement and trade details:** All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade. The time of the transactions, the name of the buyer or seller, and the source and amount of any commission or fee will be furnished upon written request.

**Pricing of securities:** Securities prices on your statement may vary from actual liquidation value. Prices are provided by outside quotation services which we believe are reliable but due to the nature of market data the accuracy cannot be guaranteed. In the absence of such pricing, prices are estimated by Wells Fargo Advisors using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange are priced as of the close of the statement period. Unlisted shares may be valued at the current best published "bid-price", and, if none exists, the last reported transaction if occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A." Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, if less actively traded, by utilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-ask" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program (DPP) and real estate investment trust (REIT) securities that are not listed on a national exchange are generally illiquid. Because no trading market exists for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Values for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. The sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, contact the individual servicing your account.

**Estimated annual income/yield:** Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors; Wells Fargo Advisors is not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

**Income summary:** The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.

**Texas designation:** If you are a resident of Texas who has purchased mutual fund shares, you may designate a representative to receive notification to assist in avoiding escheatment of assets in your investment account to the State of Texas. The designated representative does not have any rights to your account. Please use the Texas Unclaimed Property link (**https://claimittexas.org/**) to access the Designation of Representative for Notice Request form which you may complete and return to us at **ATTN: H0006-08K, 1 N. Jefferson Ave, St. Louis, MO 63103** or return by email at **clientcontact@firstclearing.com**.

**Tax reporting:** We are required by federal law to report annually to you and to the Internal Revenue Service (IRS) on Form(s) 1099  interest income, dividend payments and sales proceeds including cost basis information for applicable transactions credited to your account.

## About your rights and responsibilities

**Questions and complaints about Your Account:** This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your statement, you should promptly report them to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with Wells Fargo Advisors should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to **Wells Fargo Advisors Client Services at (866) 887-2402 or ATTN: H0005-087, 1 N. Jefferson Ave, St. Louis, MO 63103.**

**Public disclosure:** You may reach FINRA by calling the FINRA BrokerCheck Hotline at **(800) 289-9999** or by visiting the FINRA website at **www.finra.org**. An investor brochure that includes information describing FINRA BrokerCheck is available from FINRA upon request. A brochure describing the FINRA Pricing of Securities Regulation Public Disclosure Program is also available from the FINRA upon request.

**MSRB disclosure:** A brochure describing the protections available under MSRB rules and how to file a complaint is available at **www.MSRB.org**.

**Account protection:** Wells Fargo Advisors is a member of the Securities Investor Protection Corporation (SIPC) which protects against the loss of cash and securities held in client accounts of a SIPC member firm in the event of the member's insolvency and liquidation. SIPC coverage is limited to $500,000 per customer, including up to $250,000 for cash. For more information on SIPC coverage, please see the explanatory brochure at **www.sipc.org** or contact SIPC at **(202) 371-8300**. In addition, Wells Fargo Advisors maintains additional insurance coverage provided through London Underwriters (led by Lloyd's of London Syndicates). This additional insurance policy becomes available to clients if their SIPC limit is exhausted and provides additional protection up to a firm aggregate of $1 billion, including up to $1.9 million for cash per client. SIPC does not insure the quality of investments or protect against market losses. SIPC only protects the custody function of their members, which means that SIPC works to restore to clients their securities and cash that are in their accounts when the member firm liquidation begins. Not all investments are protected by SIPC. In general, SIPC does not cover instruments such as unregistered investment contracts, unregistered limited partnerships, fixed annuity contracts, escrow receipts, direct investments, currency, commodities or related contracts, hedge funds and certain other investments.

**Investor education:** Wells Fargo Advisors publishes on its web site **www.wellsfargoadvisors.com** information on topics of interest to investors as well as market commentary and economic analysis. This information may be found in the "Other Insights" menu. Wells Fargo Advisors has also developed numerous investor education guides to provide you with important information regarding the products and services we offer. These guides may be found in the "Why Invest With Us" menu.

**Free credit balances:** Free credit balances are not segregated and may be used by Wells Fargo Advisors in the operation of its business in accordance with applicable laws and regulations. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

**Investment objectives/Risk tolerances:** Please inform us promptly of any material change that might affect your investment objectives, risk tolerances or financial situation, or if you wish to impose or change any reasonable restrictions on the management of your account. A copy of the Investment Advisory Services Disclosure document is available without charge upon request. Please contact the individual denoted on the front of your statement to update your information and to receive a copy of this document.

**Option accounts:** Pursuant to FINRA Rule 2360, option assignment notices are randomly allocated by an automated process amongst all client short option positions that are subject to exercise, including positions established on the day of assignment. Transaction confirmations that were previously furnished to you provides information on commissions and other charges related to your option transaction executions. Details of our random allocation procedures and copies of transaction confirmations are available upon request.



**SNAPSHOT**    Page 1 of 6

**AYH WIND DOWN LLC**

JULY 1, 2024 - JULY 31, 2024
ACCOUNT NUMBER: 1195-6342

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value** | **$1,009,646.93** | **$0.00** |
| Cash deposited | 0.00 | 1,000,000.00 |
| Securities deposited | 0.00 | 0.00 |
| Cash withdrawn | -1.37 | -1.37 |
| Securities withdrawn | 0.00 | 0.00 |
| Change in value | 4,284.33 | 13,931.26 |
| **Closing value** | **$1,013,929.89** | **$1,013,929.89** |

## Portfolio summary



| | | ASSET TYPE | PREVIOUS VALUE ON JUN 30 | % | CURRENT VALUE ON JUL 31 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|---|---|
| **CURRENT** | **ASSETS** | Cash and sweep balances | 1.37 | 0.00 | 0.00 | 0.00 | 0 |
| | | Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | | Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | | Mutual funds | 1,009,645.56 | 100.00 | 1,013,929.89 | 100.00 | 51,609 |
| | | **Asset value** | **$1,009,646.93** | **100%** | **$1,013,929.89** | **100%** | **$51,609** |

# SNAPSHOT ███████████████████

**AYH WIND DOWN LLC**

JULY 1, 2024 - JULY 31, 2024
ACCOUNT NUMBER:  1195-6342

## Cash flow summary

| | THIS PERIOD | THIS YEAR |
|---|---:|---:|
| **Opening value of cash and sweep balances** | **$1.37** | |
| Income and distributions | 4,284.33 | 13,931.26 |
| Electronic funds transfers | 0.00 | 1,000,000.00 |
| **Net additions to cash** | **$4,284.33** | **$1,013,931.26** |
| Withdrawals by check | -1.37 | -1.37 |
| Securities purchased | -4,284.33 | -1,013,929.89 |
| **Net subtractions from cash** | **-$4,285.70** | **-$1,013,931.26** |
| **Closing value of cash and sweep balances** | **$0.00** | |

## Income summary *

| | | THIS PERIOD | THIS YEAR |
|---|---|---:|---:|
| **TAXABLE** | Money market/sweep funds | 0.00 | 1.37 |
| | Ordinary dividends and ST capital gains | 4,284.33 | 13,929.89 |
| | **Total taxable income** | **$4,284.33** | **$13,931.26** |
| | **Total federally tax-exempt income** | **$0.00** | **$0.00** |
| | **Total income** | **$4,284.33** | **$13,931.26** |

\* Certain distributions made in the current year are reported as prior year income according to IRS regulations.  This may cause a difference between Cash Flow and Income Summary totals.

## Gain/loss summary **

| | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---:|---:|
| Short term/Net lots | 0.00 | 0.00 |
| Long term (L) | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |

\*\* Net tax lots can combine short and long term holdings, along with reinvested and systematic dividend lots into the Short term/Net lots category.



**SNAPSHOT**

**AYH WIND DOWN LLC**

Page 3 of 6

JULY 1, 2024 - JULY 31, 2024
ACCOUNT NUMBER:  1195-6342

## Your Investment Professional

WELLSTRADE
1-800-872-3377
Phone: 800-872-3377

MAC H0004-014
PO BOX 66535
ST LOUIS, MO 63166-9954

## Account profile

| | |
|---|---|
| Full account name: | AYH WIND DOWN LLC |
| Account type: | Standard Brokerage |
| Brokerage account number: | 1195-6342 |
| Tax status: | Taxable |
| Investment objective/Risk tolerance: | Please Provide |
| Cost Basis Election: | First in, First out |
| Sweep option: | EXPANDED BANK DEPOSIT |

## Client service information

Website:               www.wellsfargo.com

## For your consideration

Go paperless.  Accessing your account documents online or on your mobile device is easy, secure, and costs nothing.  Sign on at **wellsfargo.com**, select your WellsTrade account, go to **Portfolio** and select **Statements & Docs**, and then click on the **Delivery Preferences** link.  Choose **Paperless - All Docs** or view your Delivery Settings details to select specific account documents for paperless delivery.

## Document delivery status

| | Paper | Electronic |
|---|---|---|
| Statements: | X | |
| Trade confirmations: | X | |
| Tax documents: | X | |
| Shareholder communications: | X | |
| Other documents: | X | |

SNAPSHOT
205 WT WT01

**AYH WIND DOWN LLC**

JULY 1, 2024 - JULY 31, 2024
ACCOUNT NUMBER:  1195-6342

# Portfolio detail

## Mutual Funds

### Open End Mutual Funds
Open End Mutual Fund shares are priced at net asset value. Estimated Annual Income and Yield refer to Dividends and Interest Income only, and typically do not reflect Total return.

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FEDERATED HERMES US TREASURY CASH RESERVES CL IS UTIXX | | | | | | | | |
| Acquired Net Tax Lots nc | 1,013,929.89000 | 1.00 | 1,013,929.89 | 1.0000 | 1,013,929.89 | 0.00 | 51,609 | 5.09 |
| **Total Open End Mutual Funds** | | | **$1,013,929.89** | | **$1,013,929.89** | **$0.00** | **$51,609** | **5.09** |
| **Total Mutual Funds** | | | **$1,013,929.89** | | **$1,013,929.89** | **$0.00** | **$51,609** | **5.09** |

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

# Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| 07/01 | | | | BEGINNING BALANCE | | | 1.37 |
| 07/01 | Cash | DIVIDEND | | FEDERATED HERMES US TREASURY CASH RESERVES CL IS 062824  1,009,645.56000 AS OF  6/28/24 | | 4,284.33 | |
| 07/01 | Cash | REINVEST DIV | 4,284.33000 | FEDERATED HERMES US TREASURY CASH RESERVES CL IS REINVEST AT  1.000 | | -4,284.33 | |
| 07/01 | Cash | CHECK ISSUED | | ON ACCOUNT CHK ISS #CS20653233 | | -1.37 | 0.00 |

205 WT WT01



**AYH WIND DOWN LLC**

JULY 1, 2024 - JULY 31, 2024
ACCOUNT NUMBER: 1195-6342

## Cash sweep activity

Our Cash Sweep program allows you to earn a return on the idle cash balances in your account by automatically investing such balances into one of our cash sweep options. These 'sweep transactions' may represent a net amount for the day and occur on settlement date. The following section displays transfers into and out of your sweep option. Transactions displayed here are Transfer To, Transfer From and Reinvested Dividends and Interest. These transaction amounts are not included in your cash flow summary.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | DATE | TRANSACTION | DESCRIPTION | AMOUNT |
|------|-------------|-------------|--------|------|-------------|-------------|--------|
| 07/01 | | BEGINNING BALANCE | 1.37 | 07/31 | | ENDING BALANCE | 0.00 |
| 07/01 | TRANSFER FROM | EXPANDED BANK DEPOSIT | -1.37 | | | | |

## Bank Deposits Through Teller

**July 1 - July 31**

### Wells Fargo Bank, N.A. (Member FDIC)          **Account number 3224334304**          **Questions? Call us at 1-800-266-6263**

Deposits made in a bank branch on the last business day of the month will typically appear on your next statement.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | BANK BALANCE |
|------|-------------|-------------|--------|--------------|
| 07/01 | | BEGINNING BALANCE | | $0.00 |
| 07/31 | | ENDING BALANCE | | $0.00 |

Page 6 of 6

**AYH WIND DOWN LLC**

JULY 1, 2024 - JULY 31, 2024
ACCOUNT NUMBER:  1195-6342

## Specific instructions and disclosures

**Cost basis - To add or update information or modify your reporting options, please contact Your Investment Professional.**
This statement presents estimated unrealized or realized gains or losses for your information only.   If acquisition or other information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio.   Cost basis information is not verified by Wells Fargo Advisors and  should not be relied upon for legal or tax purposes. Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to the IRS.

Cost basis options
Unless specific tax lots are selected at trade time, sales of tax lots will occur using the cost basis election reflected in the Account profile section.

205 WT WT01

# Navigate Business Checking <sup>SM</sup>

July 31, 2024 ■ Page 1 of 5



AYH WIND DOWN LLC
OPERATING
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-0075

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $127,380.25 |
| Deposits/Credits | 1.01 |
| Withdrawals/Debits | - 55,116.12 |
| Ending balance on 7/31 | $72,265.14 |

Account number:  8193124255

AYH WIND DOWN LLC
OPERATING
*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

July 31, 2024 ■ Page 2 of 5



## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.01 |
| Average collected balance | $118,757.55 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $1.01 |
| Interest paid this year | $29.76 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/3 | < | Business to Business ACH Debit - Quarterly Fee Payment 240702 0000 Ayh Wind Down LLC | | 312.41 | 127,067.84 |
| 7/23 | | WT Fed#02801 Truist Bank /Ftr/Bnf=Cfgi Holdings LLC Srf# Ow00004746662691 Trn#240723111011 Rfb# Ow00004746662691 | | 21,233.75 | 105,834.09 |
| 7/30 | | Wire Trans Svc Charge - Sequence: 240730120166 Srf# Ow00004769401639 Trn#240730120166 Rfb# Ow00004769401639 | | 25.00 | |
| 7/30 | | Wire Trans Svc Charge - Sequence: 240730120645 Srf# Ow00004769404680 Trn#240730120645 Rfb# Ow00004769404680 | | 25.00 | |
| 7/30 | | Wire Trans Svc Charge - Sequence: 240730121075 Srf# Ow00004769409831 Trn#240730121075 Rfb# Ow00004769409831 | | 25.00 | |
| 7/30 | | WT 240730-120166 Bank Hapoalim B.M. /Bnf=Gornitzky and CO Adcovates Srf# Ow00004769401639 Trn#240730120166 Rfb# Ow00004769401639 | | 12,762.13 | |
| 7/30 | | WT 240730-120645 Bank Leumi Le Israe /Bnf=Amir Flamer and CO Law Offices Srf# Ow00004769404680 Trn#240730120645 Rfb# Ow00004769404680 | | 4,381.13 | |
| 7/30 | | WT Fed#04766 Jpmorgan Chase Ban /Ftr/Bnf=Daniel Sasson Srf# Ow00004769407028 Trn#240730120881 Rfb# Ow00004769407028 | | 2,000.00 | |
| 7/30 | | WT Fed#04794 Jpmorgan Chase Ban /Ftr/Bnf=Circle Investments Srf# Ow00004769409831 Trn#240730121075 Rfb# Ow00004769409831 | | 14,351.70 | 72,264.13 |
| 7/31 | | Interest Payment | 1.01 | | 72,265.14 |
| | | Ending balance on 7/31 | | | 72,265.14 |
| | | Totals | $1.01 | $55,116.12 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2024 - 07/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

July 31, 2024 ■ Page 3 of 5



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $10,000.00 | $72,264.13 |
| • Combined balance in linked accounts, which may include | $15,000.00 | $811,063.06 |
|    - Average ledger balance in your Navigate Business Checking, Initiate Business<br>     Checking, and Additional Navigate Business Checking, plus | | |
|    - Average ledger balance in your Business Market Rate Savings and Business<br>     Platinum Savings, plus | | |
|    - Average ledger balance in your Business Time Account | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

_____

Effective September 1, 2024, we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

_____

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

_____

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement,



including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

————————

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

July 31, 2024  ■  Page 5 of 5



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                          $ _____
register or transfers into                              $ _____
your account which are not                             $ _____
shown on your statement.                             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                      TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .   $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount $    |        |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

 **Advisors**

## SNAPSHOT
## Current period ending August 31, 2024

ACCOUNT NAME:                    AYH WIND DOWN LLC

ACCOUNT NUMBER:              1195-6342

Your Investment Professional:
WELLSTRADE                                              MAC H0004-014
1-800-872-3377                                           PO BOX 66535
Phone: 800-872-3377                                 ST LOUIS, MO 63166-9954

If you have more than one account with us, why not link them and receive summary
information for your entire household? Contact Your Investment Professional for more details.

AYH WIND DOWN LLC
1270 AVENUE OF THE AMERICAS
NEW YORK     NY 10020-1802

### Message from Our Firm
DO YOUR CHILDREN OR YOUNG ADULT RELATIVES NEED HELP MANAGING THEIR FINANCES?
FOR GUIDANCE INCLUDING INVESTING BASICS AND SAVING AND BUDGETING, VISIT
WFA.COM/FINANCIAL-ED FOR RESOURCES AVAILABLE TO HELP THEM BE FINANCIALLY
SUCCESSFUL.

**Investment and Insurance Products are:**
· **Not Insured by the FDIC or Any Federal Government Agency**
· **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank**
  **Affiliate**
· **Subject to Investment Risks, Including Possible Loss of the Principal Amount**
  **Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a
registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

# General instructions and disclosures

## About this statement

**Clearing services:** Wells Fargo Clearing Services, LLC (Wells Fargo Advisors), an indirect wholly owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB) and is a member of the New York Stock Exchange (NYSE), the Financial Industry Regulatory Authority (FINRA) and all principal U.S. exchanges. Wells Fargo Advisors carries your account(s) and acts as your custodian for funds and securities deposited with us directly by you, or as a result of transactions we process for your account. Twice a year, Wells Fargo Advisors publishes on its web site **www.wfclearing.com** a statement of the firm's financial condition. A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

**Trade date statement and trade details:** All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade. The time of the transactions, the name of the buyer or seller, and the source and amount of any commission or fee will be furnished upon written request.

**Pricing of securities:** Securities prices on your statement may vary from actual liquidation value. Prices are provided by outside quotation services which we believe are reliable but due to the nature of market data the accuracy cannot be guaranteed. In the absence of such pricing, prices are estimated by Wells Fargo Advisors using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange are priced as of the close of the statement period. Unlisted shares may be valued at the current best published "bid-price", and, if none exists, the last reported transaction if occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A." Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, if less actively traded, by utilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-ask" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program (DPP) and real estate investment trust (REIT) securities that are not listed on a national exchange are generally illiquid. Because no trading market exists for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Values for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. The sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, contact the individual servicing your account.

**Estimated annual income/yield:** Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors; Wells Fargo Advisors is not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

**Income summary:** The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.

**Texas designation:** If you are a resident of Texas who has purchased mutual fund shares, you may designate a representative to receive notification to assist in avoiding escheatment of assets in your investment account to the State of Texas. The designated representative does not have any rights to your account. Please use the Texas Unclaimed Property link (**https://claimittexas.org/**) to access the Designation of Representative for Notice Request form which you may complete and return to us at **ATTN: H0006-08K, 1 N. Jefferson Ave, St. Louis, MO 63103** or return by email at **clientcontact@firstclearing.com**.

**Tax reporting:** We are required by federal law to report annually to you and to the Internal Revenue Service (IRS) on Form(s) 1099  interest income, dividend payments and sales proceeds including cost basis information for applicable transactions credited to your account.

## About your rights and responsibilities

**Questions and complaints about Your Account:** This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your statement, you should promptly report them to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with Wells Fargo Advisors should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to **Wells Fargo Advisors Client Services at (866) 887-2402 or ATTN: H0005-087, 1 N. Jefferson Ave, St. Louis, MO 63103.**

**Public disclosure:** You may reach FINRA by calling the FINRA BrokerCheck Hotline at **(800) 289-9999** or by visiting the FINRA website at **www.finra.org.** An investor brochure that includes information describing FINRA BrokerCheck is available from FINRA upon request. A brochure describing the FINRA Pricing of Securities Regulation Public Disclosure Program is also available from the FINRA upon request.

**MSRB disclosure:** A brochure describing the protections available under MSRB rules and how to file a complaint is available at **www.MSRB.org.**

**Account protection:** Wells Fargo Advisors is a member of the Securities Investor Protection Corporation (SIPC) which protects against the loss of cash and securities held in client accounts of a SIPC member firm in the event of the member's insolvency and liquidation. SIPC coverage is limited to $500,000 per customer, including up to $250,000 for cash. For more information on SIPC coverage, please see the explanatory brochure at **www.sipc.org** or contact SIPC at **(202) 371-8300.** In addition, Wells Fargo Advisors maintains additional insurance coverage provided through London Underwriters (led by Lloyd's of London Syndicates). This additional insurance policy becomes available to clients if their SIPC limit is exhausted and provides additional protection up to a firm aggregate of $1 billion, including up to $1.9 million for cash per client. SIPC does not insure the quality of investments or protect against market losses. SIPC only protects the custody function of their members, which means that SIPC works to restore to clients their securities and cash that are in their accounts when the member firm liquidation begins. Not all investments are protected by SIPC. In general, SIPC does not cover instruments such as unregistered investment contracts, unregistered limited partnerships, fixed annuity contracts, escrow receipts, direct investments, currency, commodities or related contracts, hedge funds and certain other investments.

**Investor education:** Wells Fargo Advisors publishes on its web site **www.wellsfargoadvisors.com** information on topics of interest to investors as well as market commentary and economic analysis. This information may be found in the "Other Insights" menu. Wells Fargo Advisors has also developed numerous investor education guides to provide you with important information regarding the products and services we offer. These guides may be found in the "Why Invest With Us" menu.

**Free credit balances:** Free credit balances are not segregated and may be used by Wells Fargo Advisors in the operation of its business in accordance with applicable laws and regulations. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

**Investment objectives/Risk tolerances:** Please inform us promptly of any material change that might affect your investment objectives, risk tolerances or financial situation, or if you wish to impose or change any reasonable restrictions on the management of your account. A copy of the Investment Advisory Services Disclosure document is available without charge upon request. Please contact the individual denoted on the front of your statement to update your information and to receive a copy of this document.

**Option accounts:** Pursuant to FINRA Rule 2360, option assignment notices are randomly allocated by an automated process amongst all client short option positions that are subject to exercise, including positions established on the day of assignment. Transaction confirmations that were previously furnished to you provides information on commissions and other charges related to your option transaction executions. Details of our random allocation procedures and copies of transaction confirmations are available upon request.



**SNAPSHOT** ██████████████████████    Page 1 of 5

**AYH WIND DOWN LLC**

AUGUST 1, 2024 - AUGUST 31, 2024
ACCOUNT NUMBER:  1195-6342

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value** | **$1,013,929.89** | **$0.00** |
| Cash deposited | 0.00 | 1,000,000.00 |
| Securities deposited | 0.00 | 0.00 |
| Cash withdrawn | 0.00 | -1.37 |
| Securities withdrawn | 0.00 | 0.00 |
| Change in value | 4,434.29 | 18,365.55 |
| **Closing value** | **$1,018,364.18** | **$1,018,364.18** |

## Portfolio summary



| CURRENT | ASSET TYPE | PREVIOUS VALUE ON JUL 31 | % | CURRENT VALUE ON AUG 31 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|---|
| **ASSETS** | Cash and sweep balances | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Mutual funds | 1,013,929.89 | 100.00 | 1,018,364.18 | 100.00 | 53,464 |
| | **Asset value** | **$1,013,929.89** | **100%** | **$1,018,364.18** | **100%** | **$53,464** |

# SNAPSHOT ███████████████

**AYH WIND DOWN LLC**

AUGUST 1, 2024 - AUGUST 31, 2024
ACCOUNT NUMBER:  1195-6342

## Cash flow summary

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value of cash and sweep balances** | **$0.00** | |
| Income and distributions | 4,434.29 | 18,365.55 |
| Electronic funds transfers | 0.00 | 1,000,000.00 |
| **Net additions to cash** | **$4,434.29** | **$1,018,365.55** |
| Withdrawals by check | 0.00 | -1.37 |
| Securities purchased | -4,434.29 | -1,018,364.18 |
| **Net subtractions from cash** | **-$4,434.29** | **-$1,018,365.55** |
| **Closing value of cash and sweep balances** | **$0.00** | |

## Income summary *

| | | THIS PERIOD | THIS YEAR |
|---|---|---|---|
| **TAXABLE** | Money market/sweep funds | 0.00 | 1.37 |
| | Ordinary dividends and ST capital gains | 4,434.29 | 18,364.18 |
| | **Total taxable income** | **$4,434.29** | **$18,365.55** |
| | **Total federally tax-exempt income** | **$0.00** | **$0.00** |
| | **Total income** | **$4,434.29** | **$18,365.55** |

* Certain distributions made in the current year are reported as prior year income according to IRS regulations.  This may cause a difference between Cash Flow and Income Summary totals.

## Gain/loss summary **

| | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---|---|
| Short term/Net lots | 0.00 | 0.00 |
| Long term (L) | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |

** Net tax lots can combine short and long term holdings, along with reinvested and systematic dividend lots into the Short term/Net lots category.



**SNAPSHOT** <span>██████████████████</span>    Page 3 of 5

**AYH WIND DOWN LLC**

AUGUST 1, 2024 - AUGUST 31, 2024
ACCOUNT NUMBER: 1195-6342

## Your Investment Professional

WELLSTRADE
1-800-872-3377
Phone: 800-872-3377

MAC H0004-014
PO BOX 66535
ST LOUIS, MO 63166-9954

## Account profile

| | |
|---|---|
| Full account name: | AYH WIND DOWN LLC |
| Account type: | Standard Brokerage |
| Brokerage account number: | 1195-6342 |
| Tax status: | Taxable |
| Investment objective/Risk tolerance: | Please Provide |
| Cost Basis Election: | First in, First out |

## Client service information

Website:    www.wellsfargo.com

## For your consideration

Go paperless.  Accessing your account documents online or on your mobile device is easy, secure, and costs nothing.  Sign on at **wellsfargo.com**, select your WellsTrade account, go to **Portfolio** and select **Statements & Docs**, and then click on the **Delivery Preferences** link.  Choose **Paperless - All Docs** or view your Delivery Settings details to select specific account documents for paperless delivery.

## Document delivery status

| | **Paper** | **Electronic** |
|---|---|---|
| Statements: | X | |
| Trade confirmations: | X | |
| Tax documents: | X | |
| Shareholder communications: | X | |
| Other documents: | X | |

Page 4 of 5

**AYH WIND DOWN LLC**

AUGUST 1, 2024 - AUGUST 31, 2024
ACCOUNT NUMBER:  1195-6342

# Portfolio detail

## Mutual Funds

### Open End Mutual Funds
Open End Mutual Fund shares are priced at net asset value. Estimated Annual Income and Yield refer to Dividends and Interest Income only, and typically do not reflect Total return.

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FEDERATED HERMES US TREASURY CASH RESERVES CL IS UTIXX | | | | | | | | |
| Acquired Net Tax Lots nc | 1,018,364.18000 | 1.00 | 1,018,364.18 | 1.0000 | 1,018,364.18 | 0.00 | 53,464 | 5.25 |
| **Total Open End Mutual Funds** | | | **$1,018,364.18** | | **$1,018,364.18** | **$0.00** | **$53,464** | **5.25** |
| **Total Mutual Funds** | | | **$1,018,364.18** | | **$1,018,364.18** | **$0.00** | **$53,464** | **5.25** |

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

# Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| 08/01 | | | | BEGINNING BALANCE | | | 0.00 |
| 08/01 | Cash | DIVIDEND | | FEDERATED HERMES US TREASURY CASH RESERVES CL IS 073124  1,013,929.89000 AS OF  7/31/24 | | 4,434.29 | |
| 08/01 | Cash | REINVEST DIV | 4,434.29000 | FEDERATED HERMES US TREASURY CASH RESERVES CL IS REINVEST AT  1.000 | | -4,434.29 | |
| | | | | | | | 0.00 |



**AYH WIND DOWN LLC**

AUGUST 1, 2024 - AUGUST 31, 2024
ACCOUNT NUMBER:  1195-6342

## Specific instructions and disclosures

**Cost basis - To add or update information or modify your reporting options, please contact Your Investment Professional.**
This statement presents estimated unrealized or realized gains or losses for your information only.   If acquisition or other information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio.   Cost basis information is not verified by Wells Fargo Advisors and  should not be relied upon for legal or tax purposes. Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to the IRS.

Cost basis options
Unless specific tax lots are selected at trade time, sales of tax lots will occur using the cost basis election reflected in the Account profile section.

*** THIS PAGE IS INTENTIONALLY LEFT BLANK ***

# Navigate Business Checking℠

August 31, 2024 ■ Page 1 of 4



AYH WIND DOWN LLC
OPERATING
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-0075

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Does your family have a security phrase?
Scammers can impersonate a loved one in trouble and ask you to send money quickly. A secret family code word or phrase can help to verify that it's really them. Share one with your family and remember to carefully verify all unexpected requests for money.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $72,265.14 |
| Deposits/Credits | 0.34 |
| Withdrawals/Debits | - 72,102.56 |
| Ending balance on 8/31 | $162.92 |

Account number:  8193124255
AYH WIND DOWN LLC
OPERATING
*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

August 31, 2024 ■ Page 2 of 4



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.34 |
| Average collected balance | $40,305.23 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.34 |
| Interest paid this year | $30.10 |

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 8/9 | | Wire Trans Svc Charge - Sequence: 240809071407 Srf# Ow00004804053553 Trn#240809071407 Rfb# Ow00004804053553 | | 25.00 | |
| 8/9 | | WT Fed#07521 Bank of America, N /Ftr/Bnf=Kroll LLC Srf# Ow00004804049183 Trn#240809070664 Rfb# Ow00004804049183 | | 30,000.00 | |
| 8/9 | | WT Fed#07561 Jpmorgan Chase Ban /Ftr/Bnf=Eshel Aminov and Partners LLP Srf# Ow00004804050505 Trn#240809070926 Rfb# Ow00004804050505 | | 1,000.00 | |
| 8/9 | | WT Fed#07616 Jpmorgan Chase Ban /Ftr/Bnf=Chapman and Cutler LLP Srf# Ow00004804053553 Trn#240809071407 Rfb# Ow00004804053553 | | 9,287.00 | 31,953.14 |
| 8/30 | | Wire Trans Svc Charge - Sequence: 240830196784 Srf# Ow00004872497310 Trn#240830196784 Rfb# Ow00004872497310 | | 25.00 | |
| 8/30 | | Wire Trans Svc Charge - Sequence: 240830197254 Srf# Ow00004872501849 Trn#240830197254 Rfb# Ow00004872501849 | | 25.00 | |
| 8/30 | | Wire Trans Svc Charge - Sequence: 240830200252 Srf# Ow00004872527096 Trn#240830200252 Rfb# Ow00004872527096 | | 25.00 | |
| 8/30 | | WT Fed#02364 Jpmorgan Chase Ban /Ftr/Bnf=Daniel Sasson Srf# Ow00004872497310 Trn#240830196784 Rfb# Ow00004872497310 | | 2,000.00 | |
| 8/30 | | WT Fed#02424 Jpmorgan Chase Ban /Ftr/Bnf=Circle Investments Srf# Ow00004872501849 Trn#240830197254 Rfb# Ow00004872501849 | | 12,000.00 | |
| 8/30 | | WT 240830-200252 Bank Hapoalim B.M. /Bnf=Gornitzky and CO Adcovates Srf# Ow00004872527096 Trn#240830200252 Rfb# Ow00004872527096 | | 17,715.56 | |
| 8/30 | | Interest Payment | 0.34 | | 162.92 |
| Ending balance on 8/31 | | | | | 162.92 |
| Totals | | | $0.34 | $72,102.56 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

August 31, 2024 ■ Page 3 of 4



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2024 - 08/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | $162.58 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $736,032.83 ☑ |
|    - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|    - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|    - Average ledger balance in your Business Time Account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ☑ IMPORTANT ACCOUNT INFORMATION

—————————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

—————————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

August 31, 2024 ■ Page 4 of 4



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

ADD
B. Any deposits listed in your                    $ _____
   register or transfers into                     $ _____
   your account which are not                     $ _____
   shown on your statement.                     + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

 **Advisors**

## SNAPSHOT
## Current period ending September 30, 2024

ACCOUNT NAME:               AYH WIND DOWN LLC

ACCOUNT NUMBER:             1195-6342

Your Investment Professional:
WELLSTRADE                              MAC H0004-014
1-800-872-3377                          PO BOX 66535
Phone: 800-872-3377                     ST LOUIS, MO 63166-9954

If you have more than one account with us, why not link them and receive summary
information for your entire household? Contact Your Investment Professional for more details.

AYH WIND DOWN LLC
1270 AVENUE OF THE AMERICAS
NEW YORK    NY 10020-1802

### Message from Our Firm

THE UNAUDITED STATEMENT OF FINANCIAL CONDITION AS OF JUNE 30, 2024, FOR WELLS
FARGO CLEARING SERVICES LLC IS AVAILABLE AT
WELLSFARGOCLEARINGSERVICESLLC.COM. IF YOU WOULD LIKE A PAPER COPY, AT NO
COST, PLEASE CALL 1-866-281-7436.

**Investment and Insurance Products are:**
· **Not Insured by the FDIC or Any Federal Government Agency**
· **Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank
  Affiliate**
· **Subject to Investment Risks, Including Possible Loss of the Principal Amount
  Invested**

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a
registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

SNAPSHOT
205 WT   WT01

# General instructions and disclosures

## About this statement

**Clearing services:** Wells Fargo Clearing Services, LLC (Wells Fargo Advisors), an indirect wholly owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB) and is a member of the New York Stock Exchange (NYSE), the Financial Industry Regulatory Authority (FINRA) and all principal U.S. exchanges. Wells Fargo Advisors carries your account(s) and acts as your custodian for funds and securities deposited with us directly by you, or as a result of transactions we process for your account. Twice a year, Wells Fargo Advisors publishes on its web site **www.wfclearing.com** a statement of the firm's financial condition. A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

**Trade date statement and trade details:** All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade. The time of the transactions, the name of the buyer or seller, and the source and amount of any commission or fee will be furnished upon written request.

**Pricing of securities:** Securities prices on your statement may vary from actual liquidation value. Prices are provided by outside quotation services which we believe are reliable but due to the nature of market data the accuracy cannot be guaranteed. In the absence of such pricing, prices are estimated by Wells Fargo Advisors using available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at those prices. Securities listed on a national exchange are priced as of the close of the statement period. Unlisted shares may be valued at the current best published "bid-price", and, if none exists, the last reported transaction if occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A." Corporate and municipal bonds and other fixed income securities are priced by a computerized pricing service or, if less actively traded, by utilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-ask" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program (DPP) and real estate investment trust (REIT) securities that are not listed on a national exchange are generally illiquid. Because no trading market exists for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net assets of the program. See statement sections for additional pricing information. Values for hedge funds and certain managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. The sale or redemption price of your securities may be higher or lower than the prices shown on your statement. For an actual quote, contact the individual servicing your account.

**Estimated annual income/yield:** Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the security as of the statement closing date. EAI and EAY are estimates and the actual income and yield might be lower or higher than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors; Wells Fargo Advisors is not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

**Income summary:** The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to reclassifications or other corrections made in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter these numbers both during and after year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.

**Texas designation:** If you are a resident of Texas who has purchased mutual fund shares, you may designate a representative to receive notification to assist in avoiding escheatment of assets in your investment account to the State of Texas. The designated representative does not have any rights to your account. Please use the Texas Unclaimed Property link (**https://claimittexas.org/**) to access the Designation of Representative for Notice Request form which you may complete and return to us at **ATTN: H0006-08K, 1 N. Jefferson Ave, St. Louis, MO 63103** or return by email at **clientcontact@firstclearing.com**.

**Tax reporting:** We are required by federal law to report annually to you and to the Internal Revenue Service (IRS) on Form(s) 1099  interest income, dividend payments and sales proceeds including cost basis information for applicable transactions credited to your account.

## About your rights and responsibilities

**Questions and complaints about Your Account:** This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your statement, you should promptly report them to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with Wells Fargo Advisors should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to **Wells Fargo Advisors Client Services at (866) 887-2402 or ATTN: H0005-087, 1 N. Jefferson Ave, St. Louis, MO 63103.**

**Public disclosure:** You may reach FINRA by calling the FINRA BrokerCheck Hotline at **(800) 289-9999** or by visiting the FINRA website at **www.finra.org**. An investor brochure that includes information describing FINRA BrokerCheck is available from FINRA upon request. A brochure describing the FINRA Pricing of Securities Regulation Public Disclosure Program is also available from the FINRA upon request.

**MSRB disclosure:** A brochure describing the protections available under MSRB rules and how to file a complaint is available at **www.MSRB.org.**

**Account protection:** Wells Fargo Advisors is a member of the Securities Investor Protection Corporation (SIPC) which protects against the loss of cash and securities held in client accounts of a SIPC member firm in the event of the member's insolvency and liquidation. SIPC coverage is limited to $500,000 per customer, including up to $250,000 for cash. For more information on SIPC coverage, please see the explanatory brochure at **www.sipc.org** or contact SIPC at **(202) 371-8300.** In addition, Wells Fargo Advisors maintains additional insurance coverage provided through London Underwriters (led by Lloyd's of London Syndicates). This additional insurance policy becomes available to clients if their SIPC limit is exhausted and provides additional protection up to a firm aggregate of $1 billion, including up to $1.9 million for cash per client. SIPC does not insure the quality of investments or protect against market losses. SIPC only protects the custody function of their members, which means that SIPC works to restore to clients their securities and cash that are in their accounts when the member firm liquidation begins. Not all investments are protected by SIPC. In general, SIPC does not cover instruments such as unregistered investment contracts, unregistered limited partnerships, fixed annuity contracts, escrow receipts, direct investments, currency, commodities or related contracts, hedge funds and certain other investments.

**Investor education:** Wells Fargo Advisors publishes on its web site **www.wellsfargoadvisors.com** information on topics of interest to investors as well as market commentary and economic analysis. This information may be found in the "Other Insights" menu. Wells Fargo Advisors has also developed numerous investor education guides to provide you with important information regarding the products and services we offer. These guides may be found in the "Why Invest With Us" menu.

**Free credit balances:** Free credit balances are not segregated and may be used by Wells Fargo Advisors in the operation of its business in accordance with applicable laws and regulations. You have the right to receive from us in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

**Investment objectives/Risk tolerances:** Please inform us promptly of any material change that might affect your investment objectives, risk tolerances or financial situation, or if you wish to impose or change any reasonable restrictions on the management of your account. A copy of the Investment Advisory Services Disclosure document is available without charge upon request. Please contact the individual denoted on the front of your statement to update your information and to receive a copy of this document.

**Option accounts:** Pursuant to FINRA Rule 2360, option assignment notices are randomly allocated by an automated process amongst all client short option positions that are subject to exercise, including positions established on the day of assignment. Transaction confirmations that were previously furnished to you provides information on commissions and other charges related to your option transaction executions. Details of our random allocation procedures and copies of transaction confirmations are available upon request.



**SNAPSHOT** ████████████████████    Page 1 of 5

**AYH WIND DOWN LLC**

SEPTEMBER 1, 2024 - SEPTEMBER 30, 2024
ACCOUNT NUMBER:  1195-6342

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value** | **$1,018,364.18** | **$0.00** |
| Cash deposited | 0.00 | 1,000,000.00 |
| Securities deposited | 0.00 | 0.00 |
| Cash withdrawn | 0.00 | -1.37 |
| Securities withdrawn | 0.00 | 0.00 |
| Change in value | 4,433.93 | 22,799.48 |
| **Closing value** | **$1,022,798.11** | **$1,022,798.11** |

## Portfolio summary



| CURRENT | ASSETS | ASSET TYPE | PREVIOUS VALUE ON AUG 31 | % | CURRENT VALUE ON SEP 30 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|---|---|
| | | Cash and sweep balances | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | | Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | | Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | | Mutual funds | 1,018,364.18 | 100.00 | 1,022,798.11 | 100.00 | 53,390 |
| | | **Asset value** | **$1,018,364.18** | **100%** | **$1,022,798.11** | **100%** | **$53,390** |

# SNAPSHOT ███████████████████████

**AYH WIND DOWN LLC**

SEPTEMBER 1, 2024 - SEPTEMBER 30, 2024
ACCOUNT NUMBER:  1195-6342

## Cash flow summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value of cash and sweep balances** | **$0.00** | |
| Income and distributions | 4,433.93 | 22,799.48 |
| Electronic funds transfers | 0.00 | 1,000,000.00 |
| **Net additions to cash** | **$4,433.93** | **$1,022,799.48** |
| Withdrawals by check | 0.00 | -1.37 |
| Securities purchased | -4,433.93 | -1,022,798.11 |
| **Net subtractions from cash** | **-$4,433.93** | **-$1,022,799.48** |
| **Closing value of cash and sweep balances** | **$0.00** | |

## Income summary *

| TAXABLE | | THIS PERIOD | THIS YEAR |
|---|---|---|---|
| | Money market/sweep funds | 0.00 | 1.37 |
| | Ordinary dividends and ST capital gains | 4,433.93 | 22,798.11 |
| | **Total taxable income** | **$4,433.93** | **$22,799.48** |
| | **Total federally tax-exempt income** | **$0.00** | **$0.00** |
| | **Total income** | **$4,433.93** | **$22,799.48** |

\* Certain distributions made in the current year are reported as prior year income according to IRS regulations.  This may cause a difference between Cash Flow and Income Summary totals.

## Gain/loss summary **

|  | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---|---|
| Short term/Net lots | 0.00 | 0.00 |
| Long term (L) | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |

\*\* Net tax lots can combine short and long term holdings, along with reinvested and systematic dividend lots into the Short term/Net lots category.

 **Advisors**

**SNAPSHOT**                                                                    Page 3 of 5

**AYH WIND DOWN LLC**

SEPTEMBER 1, 2024 - SEPTEMBER 30, 2024
ACCOUNT NUMBER:  1195-6342

## Your Investment Professional

WELLSTRADE                          MAC H0004-014
1-800-872-3377                      PO BOX 66535
Phone: 800-872-3377                 ST LOUIS, MO 63166-9954

## Client service information

Website:              www.wellsfargo.com

## Account profile

Full account name:              AYH WIND DOWN LLC
Account type:                   Standard Brokerage
Brokerage account number:       1195-6342
Tax status:                     Taxable
Investment objective/Risk tolerance:   Please Provide
Cost Basis Election:            First in, First out

## For your consideration

Go paperless.  Accessing your account documents online or on your mobile device is easy, secure, and costs nothing.  Sign on at **wellsfargo.com**, select your WellsTrade account, go to **Portfolio** and select **Statements & Docs**, and then click on the **Delivery Preferences** link.  Choose **Paperless - All Docs** or view your Delivery Settings details to select specific account documents for paperless delivery.

## Document delivery status

| | Paper | Electronic |
|---|---|---|
| Statements: | X | |
| Trade confirmations: | X | |
| Tax documents: | X | |
| Shareholder communications: | X | |
| Other documents: | X | |

**AYH WIND DOWN LLC**

SEPTEMBER 1, 2024 - SEPTEMBER 30, 2024
ACCOUNT NUMBER:  1195-6342

# Portfolio detail

## Mutual Funds

### Open End Mutual Funds

Open End Mutual Fund shares are priced at net asset value. Estimated Annual Income and Yield refer to Dividends and Interest Income only, and typically do not reflect Total return.

Although retail and government money market funds seek to preserve a net asset value (NAV) of $1.00 per share, in a negative interest rate environment, the fund's net asset value (NAV) may float to the nearest 1/100th of a cent (i.e., $0.9999). When the NAV is floating, the value of your investment will fluctuate and lose value.

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | ADJ COST/ ORIG COST | CURRENT PRICE | CURRENT MARKET VALUE | UNREALIZED GAIN/LOSS | ESTIMATED ANNUAL INCOME | ESTIMATED ANNUAL YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FEDERATED HERMES US TREASURY CASH RESERVES CL IS UTIXX | | | | | | | | |
| Acquired Net Tax Lots nc | 1,022,798.11000 | 1.00 | 1,022,798.11 | 1.0000 | 1,022,798.11 | 0.00 | 53,390 | 5.22 |
| **Total Open End Mutual Funds** | | | **$1,022,798.11** | | **$1,022,798.11** | **$0.00** | **$53,390** | **5.22** |
| **Total Mutual Funds** | | | **$1,022,798.11** | | **$1,022,798.11** | **$0.00** | **$53,390** | **5.22** |

nc Cost information for this tax lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

# Activity detail

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| 09/01 | | | | BEGINNING BALANCE | | | 0.00 |
| 09/03 | Cash | DIVIDEND | | FEDERATED HERMES US TREASURY CASH RESERVES CL IS 083024   1,018,364.18000 AS OF  8/30/24 | | 4,433.93 | |
| 09/03 | Cash | REINVEST DIV | 4,433.93000 | FEDERATED HERMES US TREASURY CASH RESERVES CL IS REINVEST AT  1.000 | | -4,433.93 | |
| | | | | | | | 0.00 |

205 WT WT01



**AYH WIND DOWN LLC**

SEPTEMBER 1, 2024 - SEPTEMBER 30, 2024
ACCOUNT NUMBER:  1195-6342

## Specific instructions and disclosures

**Cost basis - To add or update information or modify your reporting options, please contact Your Investment Professional.**
This statement presents estimated unrealized or realized gains or losses for your information only.   If acquisition or other information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio.   Cost basis information is not verified by Wells Fargo Advisors and  should not be relied upon for legal or tax purposes. Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to the IRS.

Cost basis options
Unless specific tax lots are selected at trade time, sales of tax lots will occur using the cost basis election reflected in the Account profile section.

*** THIS PAGE IS INTENTIONALLY LEFT BLANK ***

# Business Market Rate Savings

September 30, 2024 ∎ Page 1 of 4



AYH WIND DOWN LLC
CLAIM RESERVE
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-0075

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**   (1-800-225-5935)
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

September 30, 2024 ■ Page 2 of 4



---

## Statement period activity summary

| | | |
|---|---|---|
| Beginning balance on 7/1 | | $690,755.73 |
| Deposits/Credits | | 6,468.33 |
| Withdrawals/Debits | | - 55,000.00 |
| Ending balance on 9/30 | | $642,224.06 |

Account number: 8193125500

AYH WIND DOWN LLC
CLAIM RESERVE

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 026012881

For Wire Transfers use
Routing Number (RTN): 121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $6,468.33 |
| Average collected balance | $689,948.34 |
| Annual percentage yield earned | 3.78% |
| Interest earned this statement period | $6,488.58 |
| Interest paid this year | $17,416.94 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 7/31 | Interest Payment | 2,203.41 | | 692,959.14 |
| 8/30 | Interest Payment | 2,210.43 | | 695,169.57 |
| 9/26 | Online Transfer to Ayh Wind Down LLC Business Checking xxxxxx4255 Ref #Ib0Pp2J28x on 09/26/24 | | 55,000.00 | 640,169.57 |
| 9/30 | Interest Payment | 2,054.49 | | 642,224.06 |
| | Ending balance on 9/30 | | | 642,224.06 |
| Totals | | $6,468.33 | $55,000.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2024 - 07/31/2024 | Standard monthly service fee $5.00 | | You paid $0.00 | |
|---|---|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | | This fee period | |
| • Minimum daily balance | | $300.00 | $690,755.73 | ✓ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | | $25.00 | $0.00 | |

| Fee period 08/01/2024 - 08/31/2024 | Standard monthly service fee $5.00 | | You paid $0.00 | |
|---|---|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | | This fee period | |
| • Minimum daily balance | | $300.00 | $692,959.14 | ✓ |

September 30, 2024 ■ Page 3 of 4



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $300.00 | $640,169.57 ☑ |
| • Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00 ☐ |

YC/YC

# ✔ IMPORTANT ACCOUNT INFORMATION

————————————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

————————————

Updated limits on Overdraft Fees

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

————————————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

September 30, 2024 ■ Page 4 of 4



---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Navigate Business Checking℠

September 30, 2024 ■ Page 1 of 5



AYH WIND DOWN LLC
OPERATING
C/O CHAPMAN & CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK NY 10020-0075

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (348)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

September 30, 2024 ■ Page 2 of 5



---

## Statement period activity summary

| | | |
|---|---|---:|
| Beginning balance on 9/1 | | $162.92 |
| Deposits/Credits | | 55,225.02 |
| Withdrawals/Debits | | - 50,567.00 |
| Ending balance on 9/30 | | $4,820.94 |

Account number:  8193124255

AYH WIND DOWN LLC
OPERATING

*NEW York account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  026012881

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.02 |
| Average collected balance | $2,582.61 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $30.12 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 9/25 | | Wire Trans Svc Charge Reversal | 25.00 | | |
| 9/25 | | Wire Trans Svc Charge Reversal | 25.00 | | 212.92 |
| 9/26 | | Online Transfer From Ayh Wind Down LLC Business Market Rate Savings xxxxxx5500 Ref #Ib0Pp2J28x on 09/26/24 | 55,000.00 | | |
| 9/26 | | Wire Trans Svc Charge - Sequence: 240926055018 Srf# Ow00004958405437 Trn#240926055018 Srf# Ow00004958405437 | | 25.00 | |
| 9/26 | | WT 240926-055018 Bank Leumi Le Israe /Bnf=Meirav Kennedy Srf# Ow00004958405437 Trn#240926055018 Rfb# Ow00004958405437 | | 6,241.04 | 48,946.88 |
| 9/27 | | Refund of Wire Transfer Fee Assessed on 07/30/2024 | 25.00 | | |
| 9/27 | | Refund of Wire Transfer Fee Assessed on 07/30/2024 | 25.00 | | |
| 9/27 | | Refund of Wire Transfer Fee Assessed on 08/09/2024 | 25.00 | | |
| 9/27 | | Refund of Wire Transfer Fee Assessed on 08/30/2024 | 25.00 | | |
| 9/27 | | Refund of Wire Transfer Fee Assessed on 08/30/2024 | 25.00 | | |
| 9/27 | | Refund of Wire Transfer Fee Assessed on 08/30/2024 | 25.00 | | |
| 9/27 | | Refund of Wire Transfer Fee Assessed on 09/26/2024 | 25.00 | | |
| 9/27 | | Wire Trans Svc Charge - Sequence: 240927063276 Srf# Ow00004961706143 Trn#240927063276 Rfb# Ow00004961706143 | | 25.00 | |
| 9/27 | | Wire Trans Svc Charge - Sequence: 240927064607 Srf# Ow00004961721101 Trn#240927064607 Rfb# Ow00004961721101 | | 25.00 | |
| 9/27 | | Wire Trans Svc Charge - Sequence: 240927066224 Srf# Ow00004961743212 Trn#240927066224 Rfb# Ow00004961743212 | | 25.00 | |
| 9/27 | | WT 240927-063276 Bank Leumi Le Israe /Bnf=Amir Flamer and CO Law Offices Srf# Ow00004961706143 Trn#240927063276 Rfb# Ow00004961706143 | | 3,501.17 | |

September 30, 2024 ∎ Page 3 of 5



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/27 | | WT 240927-064607 Bank Hapoalim B.M. /Bnf=Gornitzky and CO Adcovates Srf# Ow00004961721101 Trn#240927064607 Rfb# Ow00004961721101 | | 13,924.80 | |
| 9/27 | | WT Fed#06951 Jpmorgan Chase Ban /Ftr/Bnf=Chapman and Cutler LLP Srf# Ow00004961735787 Trn#240927065673 Rfb# Ow00004961735787 | | 12,780.00 | |
| 9/27 | | WT Fed#07422 Jpmorgan Chase Ban /Ftr/Bnf=Daniel Sasson Srf# Ow00004961739347 Trn#240927066005 Rfb# Ow00004961739347 | | 2,019.99 | |
| 9/27 | | WT Fed#07011 Jpmorgan Chase Ban /Ftr/Bnf=Circle Investments Srf# Ow00004961743212 Trn#240927066224 Rfb# Ow00004961743212 | | 12,000.00 | 4,820.92 |
| 9/30 | | Interest Payment | 0.02 | | 4,820.94 |
| | | Ending balance on 9/30 | | | 4,820.94 |
| | | Totals | $55,225.02 | $50,567.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
| • Minimum daily balance | $10,000.00 | $362.92 | ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $690,088.79 | ☑ |

- Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus
- Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus
- Average ledger balance in your Business Time Account (CD)

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 6 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

September 30, 2024 ■ Page 4 of 5



 IMPORTANT ACCOUNT INFORMATION

_____

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

_____

**Updated limits on Overdraft Fees**

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

_____

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

September 30, 2024 ■ Page 5 of 5



---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801