UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re,                                                  Case No.: 21-12051-mg

ALL YEAR HOLDINGS LIMITED,                              Chapter 11

                              Debtor,                   **NOTICE OF MOTION**

--------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the annexed application of Krown Foods

Corp., Ideal Builders & Renovations LLC, The Slice Guys Corp. and Prince Deli Corp.,

by their attorney, David M. Harrison, Esq., the undersigned will move before the

Honorable Martin Glenn, at the United States Bankruptcy Court, located at One Bowling

Green, New York, NY 10004, for: **(i)** a Comfort Order confirming that the automatic

stay imposed by the debtor's filing for Chapter 11 bankruptcy relief extends to the

action for property damages, entitled: *Krown Foods Corp., Ideal Builders &*

*Renovations LLC, The Slice Guys Corp. and Prince Deli Corp., Plaintiffs, -against-*

*Apartment Developers LLC and 394 Gates Corp.,* Defendants, venued in Supreme

Court of the State of New York, County of Kings, pursuant to Index Number 503785-

2024; and, **(ii)** if such automatic stay imposed by the debtor's filing for Chapter 11

bankruptcy relief extends to said herein referenced action, granting Krown Foods

Corp., Ideal Builders & Renovations LLC, The Slice Guys Corp, and Prince Deli

Corp. relief from the automatic stay, pursuant to Section 362 of the United States

Bankruptcy Code, permitting said entities to pursue their action for property damages,

by reason of transfer of ownership and/or abandonment of Apartment Developers

LLC and 394 Gates LLC by the bankruptcy debtor, All Year Holdings Limited; or,

alternatively, **(iii)** if such automatic stay imposed by the debtor's filing for Chapter 11 bankruptcy relief extends to said herein referenced action, granting Krown Foods Corp., Ideal Builders & Renovations LLC, The Slice Guys Corp., and Prince Deli Corp., \relief from the automatic stay, pursuant to Section 362 of the United States Bankruptcy Code, permitting said entities to pursue their action for property damages, only to the limited extent for allowance of recovery of moneys from any policy of liability insurance providing applicable insurance coverage through the bankruptcy debtor to Apartment Developers LLC and 394 Gates LLC; and, **(iv)** such other and further relief as this Honorable Court may deem to be just and proper; and,

**PLEASE TAKE FURTHER NOTICE**, that the answering papers, if any, shall be filed with the Court and served on the undersigned no later than fourteen days after the service of moving papers, pursuant to Rule 9006-1.

Dated: Brooklyn, New York
December 5, 2025

Yours, etc.

**DAVID M. HARRISON, ESQ.**
Attorney for the Movant
Office and P.O. Address
48 Willoughby Street
Brooklyn, New York 11201
(718) 243-2109

By: _____
David M. Harrison, Esq.

**TO:**

**ARCHER & GREINER, PC**
Attorneys for the Debtor
Office & P.O. Address
1211 Avenue of the Americas
Suite 2750
New York, NY 10306
(212) 682-4950

**WEIL GOTSHAL & MANGES LLP**
Attorneys for the Debtor
Office & P.O. Address
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

**HERRICK FEINSTEIN LLP**
Attorneys for the Debtor
Office & P.O. Address
2 Park Avenue
New York, NY 10016

**KOFFSKY SCHWALB LLC**
Attorneys for the Debtor
Office & P.O. Address
500 Seventh Avenue, 8th Floor
New York, NY 10018
(646) 553-1591

**ANDREA BETH SCHWARTZ, ESQ.**
**DOJ-UST**
Attorneys for the United States Trustee
Office & P.O. Address
Alexander Hamilton U.S. Custom House
One Bowling Green, Room 534
New York, NY 10004