UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re,                                                    Case No.: 21-12051-mg

ALL YEAR HOLDINGS LIMITED,                                Chapter 11

              Debtor,                         **AFFIRMATION**

--------------------------------------------------------X

**DAVID M. HARRISON, ESQ.**, an attorney duly admitted to practice law before the Courts of the State of New York, affirms under penalty of perjury as follows:

1. That I am an attorney in good standing, admitted to practice in the United States Bankruptcy Court, Southern District of New York.

2. That I am the attorney for the movants, Krown Foods Corp., Ideal Builders & Renovation LLC, The Slice Guys Corp. and Prince Deli Corp., the plaintiffs in an action for property damages, in an action entitled *Krown Foods Corp., Ideal Builders & Renovations LLC, The Slice Guys Corp. and Prince Deli Corp.*, Plaintiffs, -against- *Apartment Developers LLC and 394 Gates Corp.*, Defendants, venued in Supreme Court of the State of New York, County of Kings, pursuant to Index Number 503785-2024.

3. That I execute this Affirmation in support of the within application for: **(i)** a Comfort Order confirming that the automatic stay imposed by the debtor's filing for Chapter 11 bankruptcy relief extends to the herein referenced action for property damages; and, **(ii)** if such automatic stay imposed by the debtor's filing for Chapter 11 bankruptcy relief extends to said herein referenced action, granting the movants, Krown Foods Corp., Ideal Builders & Renovations LLC, The Slice Guys Corp. and Prince Deli Corp., relief from the automatic stay, pursuant to Section 362 of the United States Bankruptcy

Code, permitting said entities to pursue their action for property damages, by reason of

transfer of ownership and/or abandonment of Apartment Developers LLC and 394 Gates

LLC by the bankruptcy debtor, All Year Holdings Limited; or, alternatively, **(iii)** if such

automatic stay imposed by the debtor's filing for Chapter 11 bankruptcy relief extends

to said herein referenced action, granting Krown Foods Corp., Ideal Builders &

Renovations LLC, The Slice Guys Corp, and Prince Deli Corp. relief from the automatic

stay, pursuant to Section 362 of the United States Bankruptcy Code, permitting said

entities to pursue their action for property damages, only to the limited extent for

allowance of recovery of moneys from any policy of liability insurance providing

applicable insurance coverage through the bankruptcy debtor to Apartment Developers

LLC and 394 Gates LLC; and, **iv)** for such other and further relief as this Honorable

Court may deem to be just and proper.

## **UNDERLYING FACTS CONCERNING**
## <u>**MOVANTS' ACTION FOR PROPERTY DAMAGES**</u>

4.   The herein referenced property damage action results from a fire originating

at premises commonly known and designated as 394 Gates Avenue, Brooklyn, NY .

The plaintiffs in said action Krown Foods Corp., Ideal Builders & Renovations LLC,

The Slice Guys Corp. and Prince Deli Corp., in said action are tenants/occupants of

392 Gates Avenue, Brooklyn, NY 11216 (a/k/a 357 Nostrand Avenue, Brooklyn, NY).

The subject fire occurred on February 7, 2022.

5.   Said property damage action was commenced, pursuant to the electronic filing

of a Summons With Notice and Verified Complaint, on February 6, 2024.   Annexed

hereto and made a part hereof as **Exhibit "1"** is a duplicate copy of plaintiffs' said

Summons With Notice and Verified Complaint.

6.   As per the contents of said Complaint, 394 Gates LLC was the owner of the

394 Gates Avenue, Brooklyn, NY premises where said fire originated (Paragraph 14 to

plaintiffs' Verified Complaint).  Annexed hereto and made a part hereof as **Exhibit "2"**

is the last recorded deed to said 394 Gates Avenue property, dated July 7, 2014,

reflecting 394 Gates LLC as the owner of said property at the time of said fire, as well

as related documents on file with ACRIS.

7.   Said Complaint further asserts 394 Gates LLC as having contracted with

Apartment Developers LLC, concerning the construction, remediation and repair of

said 394 Gates Avenue, Brooklyn, NY property (Paragraph 16 to Verified Complaint).

As a result, Apartment Developers LLC was responsible for the operation, management,

maintenance, monitoring, inspection, oversight, supervision, repair, testing direction

and/or otherwise control of said 394 Gates Avenue property (Paragraph 17 to Verified

Complaint).

8.   By reason of the negligent operation and control of said 394 Gates Avenue

property, Apartment Developers LLC and/or 394 Gates LLC failed to take proper

measures necessary to prevent trespassers, squatters, vagrants and/or other individuals

from gaining access to the 394 Gates Avenue premises, thereby making for dangerous

and hazardous building conditions (Paragraph 21 to Verified Complaint).

9.   Upon information and belief, said illegal occupants of within the 394

Gates Avenue, Brooklyn, New York premises started a fire which not only caused

extensive fire damage to said building premise but also caused fire related damages

to the adjacent building premise of 392 Gates Avenue, Brooklyn, NY premises, thereby causing Kraft Foods Corp., Ideal Builders Renovations LLC, The Slice Guys Corp. and Prince Deli Corp., tenants of said 392 Gates Avenue premises, to sustain damage to business merchandise, equipment, goods and other property necessary for the functioning of defendants' businesses, as well as a loss of business income.  By reason of said property damages, plaintiffs in said action seek monetary damages against Apartment Developers LLC and 394 Gates LLC.

### DEBTOR'S RELATION TO THE DEFENDANTS IN SAID PROPERTY DAMAGE ACTION

10.   Said property damage action is one of multiple lawsuits brought against Apartment Developers LLC and 394 Gates LLC by reason of said fire occurring on February 7, 2022.  Your affirmant has recently learned through filings made on behalf of 394 Gates LLC in another such action (*392 Gates Realty Corp., Plaintiff, -against Apartment Developers LLC and 394 Gates LLC, Defendants*, Supreme Court Kings County Index No.: 530460/22), that said defendant entity was operated, managed and controlled by an individual named Yoel Goldman through the bankruptcy debtor, All Year Holdings Limited, until the bankruptcy debtor was taken over by a restructuring officer named Ephraim Diamond in November of 2021.   All Year Holdings Limited later filed for Chapter 11 bankruptcy on December 14, 2021 with Ephraim Diamond as debtor-in possession

11.   According to an Affirmation filed in said related action executed by Kranthi Vallabheni, managing member of KV Mortgage Partners, said entity took over ownership of all of the membership interests in 394 Gates LLC on July 23, 2024, which

was obviously subsequent to the commencement of the herein mentioned property damages action. A duplicate copy of Mr. Vallabheni's said Affirmation, dated May 19, 2025, is annexed hereto and made a part hereof as **Exhibit "3"**.

12. As per said Affidavit, on February 7, 2022, the date of said building fire, all of the properties associated with Yoel Goldman (including 394 Gates Avenue, Brooklyn, New York, owned by 394 Gates LLC at the time of such fire) were under the management and control of Ephraim Diamond, a debtor-in possession, pursuant to the United States Bankruptcy Code.

13. The Honorable Court should also take notice that it appears that Mr. Goldman's signature is contained within the document entitled "Real Property Transfer Report," on behalf of 394 Gates LLC, within the document entitled "Real Property Transfer Report," attached to the last recorded deed to said 394 Gates Avenue, Brooklyn, New York property prior to said fire (**Exhibit "2"**).

14. Your affirmant's understanding is that 394 Gates LLC was one of several hundreds of property owner entities formally owned or control by Yoel Godman, through the bankruptcy debtor, All Year Holdings Limited. On or about November 17, 2021, all of the assets owned by Mr. Goldman, through All Year Holdings Limited, were turned over to Ephraim Diamond in the capacity as Chief Restructuring Officer, appointed by the holders of millions of dollars in defaulted Israeli bonds. All Year Holdings Limited subsequently filed for Chapter 11 bankruptcy relief on December 14, 2021. In connection therewith, the bankruptcy debtor's unencumbered assets were reorganized into a new entity but all other over encumbered assets (of which, upon information and belief, included both 394 Gates LLC and Apartment Developers LLC) were abandoned.

According to counsel for 394 Gates LLC in said related property damage action, control,

of 394 Gates LLC passed to KV Mortgage Partners on or about May 2024, in partial

satisfaction of a $5,000,000.00 debt. A duplicate copy of the attorney affirmation

executed by counsel for 394 Gates LLC (Lorenzo DeLuca, Esq.) in said related action,

dated February 24, 2025 is annexed hereto and made a part hereof as **Exhibit "4"**.

15. As such, while the debtor is not a party to the subject action for property

damages filed by movants, the debtor is clearly a related party to such action because the

alleged negligence resulting in said fire was committed, in whole or in part, by 394 Gates,

LLC, the owner of the building premises wherein the fire originated, which entity was

owned and/or under the control of the bankruptcy debtor, All Year Holdings Limited,

at the time of debtor's bankruptcy filing. Accordingly, it is your affirmant's contention

that the automatic stay imposed by the filing of debtor's Chapter 11 bankruptcy case does

extend to such property damages action.

## MOVANTS' APPLICATION FOR RELIEF

16. Accordingly, your affirmant brings application for a Comfort Order, on

behalf of Krown Foods Corp., Ideal Builders & Renovation LLC, The Slice Guys Corp.

and Prince Deli Corp., confirming that the automatic stay imposed by the debtor's filing

extends to movants' state court action for property damages.

17. Furthermore, if indeed the automatic stay does apply, Krown Foods Corp.,

Ideal Builders & Renovation LLC, The Slice Guys Corp. and Prince Deli Corp. bring

application for relief from the automatic stay, pursuant to Section 362 of the United States

Bankruptcy Code, by reason of transfer of ownership and/or abandonment of Apartment

Apartment Developers LLC and 394 Gates LLC by the bankruptcy debtor; or alternatively, for relief from the automatic stay, pursuant to Section 362 of the United States Bankruptcy Code, allowing movants to pursue their action for property damages, only to the limited extent for allowance of recovery of moneys from any policy of liability insurance providing applicable insurance coverage through the bankruptcy debtor to Apartment Developers LLC and 394 Gates LLC.

18.   That no prior application for relief requested herein has been made on behalf of said entities in connection with the subject bankruptcy action.

**WHEREFORE**, your affirmant respectfully requests that this Court issue an Order for the herein requested relief.

Dated: Brooklyn, New York
December 5, 2025

By: _David M. Harrison_
David M. Harrison, Esq.